# UNITED STATES DISTRICT COURT
## District of Massachusetts
### (Boston)

Joseph P. Schmitt, pro se,
    Plaintiff,

v.

Jeffrey Smith, et al,
    Defendants.

Civil Action No.
_____

---

### Affidavit In Support of Motion For Waiver of Filing Fee and to Proceed in Forma Pauperis

I, Joseph P. Schmitt, pro se plaintiff in the above-entitled action, do hereby depose and say:

1. I am a temporary civil detainee being incarcerated at Nemansket Correctional Center (MA. Treatment Center).

2. As of the penning of this affidavit plaintiff has approximately $.19 in his "Personal" institutional account, and approximately $1,105.00 in his "Savings" institutional account.

3. Plaintiff has had no income from outside sources for over a full year.

4. Plaintiff has no source of income what-so-ever.

5. Plaintiff anticipates having to expend most of

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date : 20040217 14:12

| Commit# : | M81137 | | MASS. TREATMENT CENTER | | Page : | 1 |
| Name : | SCHMITT, JOSEPH, , | | Statement From | 20030801 | | |
| Inst : | MASS. TREATMENT CENTER | | To | 20040217 | | |
| Block : | MPU - SEGREGATION UNIT | | | | | |
| Cell/Bed : | 011 /B | | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Total Transaction before this Period : | $514.38 | $510.22 | $1,742.23 | $292.59 |
| 20030806 10:51 | IC - Transfer from Inmate to Club A/c | 1487392 | | MTC | ~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $2.21 | $0.00 | $0.00 |
| 20030807 15:33 | IS - Interest | 1512438 | | MTC | | $0.01 | $0.00 | $0.00 | $0.00 |
| 20030807 15:33 | IS - Interest | 1512439 | | MTC | | $0.00 | $0.00 | $1.88 | $0.00 |
| 20030815 08:40 | AT - Account Transfer | 1548241 | | MTC | ~FOR COSMETICS~M81137 SCHMITT,JOSEPH PERSONAL | $48.27 | $0.00 | $0.00 | $48.27 |
| 20030821 22:30 | CN - Canteen | 1573992 | | MTC | ~Canteen Date : 20030821 | $0.00 | $48.33 | $0.00 | $0.00 |
| 20030825 14:06 | AT - Account Transfer | 1581432 | | MTC | ~CANTEEN PURCHASE~M81137 SCHMITT,JOSEPH PERSONAL | $41.57 | $0.00 | $0.00 | $41.57 |
| 20030826 10:58 | AT - Account Transfer | 1584740 | | MTC | ~8/14/03 SICK CALL~M81137 SCHMITT,JOSEPH PERSONAL | $6.00 | $0.00 | $0.00 | $6.00 |
| 20030826 10:58 | IC - Transfer from Inmate to Club A/c | 1584742 | | MTC | ~8/14/03 SICK CALL~MEDICAL CO-PAYMENT - Z4~MEDICAL CO-PAYMENT - Z4 | $0.00 | $6.00 | $0.00 | $0.00 |
| 20030826 12:37 | AT - Account Transfer | 1585071 | | MTC | ~FOR APPLIANCE ORDER~M81137 SCHMITT,JOSEPH PERSONAL | $177.85 | $0.00 | $0.00 | $177.85 |
| 20030826 12:37 | IC - Transfer from Inmate to Club A/c | 1585073 | | MTC | ~APPLIANCE ORDER~CANTEEN CORP. WASH ACCOUNT - Z6~CANTEEN CORP. WASH ACCOUNT - Z6 | $0.00 | $177.85 | $0.00 | $0.00 |
| 20030906 22:30 | CN - Canteen | 1631927 | | MTC | ~Canteen Date : 20030906 | $0.00 | $42.59 | $0.00 | $0.00 |
| 20030910 07:59 | IS - Interest | 1655421 | | MTC | | $0.02 | $0.00 | $0.00 | $0.00 |
| 20030910 07:59 | IS - Interest | 1655422 | | MTC | | $0.00 | $0.00 | $1.72 | $0.00 |
| 20031008 17:01 | IS - Interest | 1790613 | | MTC | | $0.00 | $0.00 | $0.00 | $0.00 |
| 20031008 17:01 | IS - Interest | 1790614 | | MTC | | $0.00 | $0.00 | $1.45 | $0.00 |
| 20031015 13:07 | AT - Account Transfer | 1819493 | | MTC | ~FOR POSTAGE~M81137 SCHMITT,JOSEPH PERSONAL | $2.21 | $0.00 | $0.00 | $2.21 |
| 20031015 13:08 | IC - Transfer from Inmate to Club A/c | 1819495 | | MTC | ~POSTAGE/CHRIS LACONTO ~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $2.21 | $0.00 | $0.00 |
| 20031107 16:29 | IS - Interest | 1935512 | | MTC | | $0.00 | $0.00 | $0.00 | $0.00 |
| 20031107 16:29 | IS - Interest | 1935513 | | MTC | | $0.00 | $0.00 | $1.54 | $0.00 |
| 20031110 09:28 | CI - Transfer from Club to Inmate A/c | 1941418 | | MTC | ~refund for medical co-pays charged on 12/10/02, 4/7/03, 8/26/03 per Treasurer~M81137 SCHMITT,JOSEPH PERSONAL~MEDICAL CO-PAYMENT - Z4 | $18.00 | $0.00 | $0.00 | $0.00 |
| 20031114 11:23 | IC - Transfer from Inmate to Club A/c | 1967099 | | MTC | ~1) SUPERINTENDANT MCI NORFOLK 2) CLERK OF COURTS J.J.MOAKLEY US COURTHOUSE~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.97 | $0.00 | $0.00 |
| 20031114 11:25 | AT - Account Transfer | 1967106 | | MTC | ~FOR POSTAGE~M81137 SCHMITT,JOSEPH PERSONAL | $0.97 | $0.00 | $0.00 | $0.97 |
| 20031118 15:50 | CI - Transfer from Club to Inmate A/c | 1975217 | | MTC | ~CANT REFUND 9/5~M81137 SCHMITT,JOSEPH PERSONAL~KCN WASH ACCOUNT - Z5 | $30.63 | $0.00 | $0.00 | $0.00 |
| 20031119 09:56 | IC - Transfer from Inmate to Club A/c | 1980357 | | MTC | ~LETTER TO DENNIS BURKS~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.83 | $0.00 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date : 20040217 14:12

| | | | | |
|---|---|---|---|---|
| Commit# : | M81137 | | MASS. TREATMENT CENTER | Page : 2 |
| Name : | SCHMITT, JOSEPH, , | | Statement From 20030801 | |
| Inst : | MASS. TREATMENT CENTER | | To 20040217 | |
| Block : | MPU - SEGREGATION UNIT | | | |
| Cell/Bed : | 011 /B | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| 20031119 10:39 | IC - Transfer from Inmate to Club A/c | 1980528 | | MTC | ~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.83 | $0.00 | $0.00 |
| 20031120 22:31 | CN - Canteen | 1994679 | | MTC | ~Canteen Date : 20031120 | $0.00 | $8.61 | $0.00 | $0.00 |
| 20031125 22:30 | CN - Canteen | 2006470 | | MTC | ~Canteen Date : 20031125 | $0.00 | $10.50 | $0.00 | $0.00 |
| 20031204 11:29 | IC - Transfer from Inmate to Club A/c | 2047041 | | MTC | ~JOSEPH T. CHAVEZ 43899 H4C203 6900 W. MILLEN DRIVE HOBBS, NM 88244~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.83 | $0.00 | $0.00 |
| 20031209 13:44 | IS - Interest | 2071538 | | MTC | | $0.02 | $0.00 | $0.00 | $0.00 |
| 20031209 13:44 | IS - Interest | 2071539 | | MTC | | $0.00 | $0.00 | $1.53 | $0.00 |
| 20031210 14:57 | IC - Transfer from Inmate to Club A/c | 2080857 | | MTC | ~CHRISTOPHER LACONTO ATTY AT LAW 120 MAIN ST WORCESTER MA 01608~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $1.29 | $0.00 | $0.00 |
| 20031218 22:30 | CN - Canteen | 2126800 | | MTC | ~Canteen Date : 20031218 | $0.00 | $13.93 | $0.00 | $0.00 |
| 20031219 13:25 | IC - Transfer from Inmate to Club A/c | 2129727 | | MTC | ~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $2.90 | $0.00 | $0.00 |
| 20031219 13:26 | IC - Transfer from Inmate to Club A/c | 2129728 | | MTC | ~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $3.85 | $0.00 | $0.00 |
| 20031219 13:38 | IC - Transfer from Inmate to Club A/c | 2129808 | | MTC | ~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.60 | $0.00 | $0.00 |
| 20031219 13:38 | IC - Transfer from Inmate to Club A/c | 2129809 | | MTC | ~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.83 | $0.00 | $0.00 |
| 20031224 22:30 | CN - Canteen | 2150916 | | MTC | ~Canteen Date : 20031224 | $0.00 | $4.54 | $0.00 | $0.00 |
| 20040105 10:36 | AT - Account Transfer | 2192665 | | MTC | ~2 @ 2.55 1)ACLU 99 CHAUNCY ST BOSTON ATTN: OLINDA SERY-BLE 2)AL TROISI, ESQ MASS CORR LGL SVS 8 WINTER ST BOSTON~M81137 SCHMITT,JOSEPH PERSONAL | $5.10 | $0.00 | $0.00 | $5.10 |
| 20040105 10:38 | IC - Transfer from Inmate to Club A/c | 2192680 | | MTC | ~LGL ML/AL TROISI, ESQ 8 WINTER ST MASS CORR LGL SVS BOSTON~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $2.55 | $0.00 | $0.00 |
| 20040105 10:39 | IC - Transfer from Inmate to Club A/c | 2192684 | | MTC | ~A.C.L.U. 99 CHAUNCY ST. SUITE 310 BOSTON MASS ATTN: OLINDA SERY-BLE~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $2.55 | $0.00 | $0.00 |
| 20040108 10:36 | AT - Account Transfer | 2214474 | | MTC | ~FOR 11 STAMPS~M81137 SCHMITT,JOSEPH PERSONAL | $4.07 | $0.00 | $0.00 | $4.07 |
| 20040108 10:37 | IC - Transfer from Inmate to Club A/c | 2214477 | | MTC | ~11 CHARGE SLIPS FOR $.37 EACH/ STAMPS TO SEND LETTERS OUT~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $4.07 | $0.00 | $0.00 |
| 20040112 10:29 | AT - Account Transfer | 2222810 | | MTC | ~FOR POSTAGE~M81137 SCHMITT,JOSEPH PERSONAL | $4.42 | $0.00 | $0.00 | $4.42 |
| 20040112 10:30 | IC - Transfer from Inmate to Club A/c | 2222815 | | MTC | ~CT/RR FRANCIS A FORD CLERK OF COURTS/COURTHOUSE RM 21 2 MAIN ST/WORCESTER MA 01608~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $4.42 | $0.00 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
# DEPARTMENT OF CORRECTION
## Inmate Transaction Report

Date : 20040217 14:12

| | | | | |
|---|---|---|---|---|
| Commit# : | M81137 | MASS. TREATMENT CENTER | | Page : 3 |
| Name : | SCHMITT, JOSEPH, , | Statement From | 20030801 | |
| Inst : | MASS. TREATMENT CENTER | To | 20040217 | |
| Block : | MPU - SEGREGATION UNIT | | | |
| Cell/Bed : | 011 /B | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| 20040112 10:31 | AT - Account Transfer | 2222819 | | MTC | ~FOR POSTAGE~M81137 SCHMITT,JOSEPH  PERSONAL | $0.83 | $0.00 | $0.00 | $0.83 |
| 20040112 10:32 | IC - Transfer from Inmate to Club A/c | 2222824 | | MTC | ~MAIL TO KATHLEEN DENNEHY~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.83 | $0.00 | $0.00 |
| 20040112 10:33 | AT - Account Transfer | 2222825 | | MTC | ~FOR POSTAGE~M81137 SCHMITT,JOSEPH  PERSONAL | $1.75 | $0.00 | $0.00 | $1.75 |
| 20040112 10:33 | IC - Transfer from Inmate to Club A/c | 2222827 | | MTC | ~POSTAGE TO CHRISTOPHER LOCONTO~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $1.75 | $0.00 | $0.00 |
| 20040113 12:09 | IS - Interest | 2238797 | | MTC | | $0.02 | $0.00 | $0.00 | $0.00 |
| 20040113 12:09 | IS - Interest | 2238798 | | MTC | | $0.00 | $0.00 | $1.59 | $0.00 |
| 20040114 09:48 | AT - Account Transfer | 2247268 | | MTC | ~FOR POSTAGE~M81137 SCHMITT,JOSEPH  PERSONAL | $0.83 | $0.00 | $0.00 | $0.83 |
| 20040114 09:49 | IC - Transfer from Inmate to Club A/c | 2247270 | | MTC | ~LETTER TO CHRISTOPHER LOCONTO~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.83 | $0.00 | $0.00 |
| 20040114 09:57 | AT - Account Transfer | 2247293 | | MTC | ~FOR POSTAGE~M81137 SCHMITT,JOSEPH  PERSONAL | $1.29 | $0.00 | $0.00 | $1.29 |
| 20040114 09:58 | IC - Transfer from Inmate to Club A/c | 2247297 | | MTC | ~PETER COSTANZA ESQ~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $1.29 | $0.00 | $0.00 |
| 20040114 09:58 | AT - Account Transfer | 2247300 | | MTC | ~FOR POSTAGE~M81137 SCHMITT,JOSEPH  PERSONAL | $1.06 | $0.00 | $0.00 | $1.06 |
| 20040114 09:59 | IC - Transfer from Inmate to Club A/c | 2247303 | | MTC | ~MR PATRICK BRADLEY~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $1.06 | $0.00 | $0.00 |
| 20040114 10:00 | AT - Account Transfer | 2247305 | | MTC | ~FOR POSTAGE~M81137 SCHMITT,JOSEPH  PERSONAL | $1.29 | $0.00 | $0.00 | $1.29 |
| 20040114 10:00 | IC - Transfer from Inmate to Club A/c | 2247307 | | MTC | ~AL TROISI ESQ~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $1.29 | $0.00 | $0.00 |
| 20040114 10:01 | AT - Account Transfer | 2247309 | | MTC | ~FOR POSTAGE~M81137 SCHMITT,JOSEPH  PERSONAL | $1.29 | $0.00 | $0.00 | $1.29 |
| 20040114 10:01 | IC - Transfer from Inmate to Club A/c | 2247310 | | MTC | ~POSTAGE TO LESLIE WALKER~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $1.29 | $0.00 | $0.00 |
| 20040116 12:59 | AT - Account Transfer | 2264178 | | MTC | ~FOR 9 POSTAGE TRANSACTIONS 9X12 ENVELOPES~M81137 SCHMITT,JOSEPH  PERSONAL | $10.42 | $0.00 | $0.00 | $10.42 |
| 20040116 13:01 | IC - Transfer from Inmate to Club A/c | 2264184 | | MTC | ~MAIL TO AMERICAN CIVIL LIBERTIES UNION~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $1.17 | $0.00 | $0.00 |
| 20040116 13:01 | IC - Transfer from Inmate to Club A/c | 2264185 | | MTC | ~MAIL TO FEDERAL BUREAU OF INVESTIGATION~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $1.17 | $0.00 | $0.00 |
| 20040116 13:02 | IC - Transfer from Inmate to Club A/c | 2264191 | | MTC | ~MAIL TO CHRISTOPHER LACONTO~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $1.17 | $0.00 | $0.00 |
| 20040116 13:02 | IC - Transfer from Inmate to Club A/c | 2264192 | | MTC | ~MAIL TO ACLU NATIONAL PRISON PROJECT~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $1.17 | $0.00 | $0.00 |
| 20040116 13:03 | IC - Transfer from Inmate to Club A/c | 2264194 | | MTC | ~MAIL TO CHRISTOPHER LOCONTO~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $1.75 | $0.00 | $0.00 |
| 20040116 13:04 | IC - Transfer from Inmate to Club A/c | 2264196 | | MTC | ~MAIL TO MICHAEL MALONEY~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.94 | $0.00 | $0.00 |
| 20040116 13:04 | IC - Transfer from Inmate to Club A/c | 2264197 | | MTC | ~MAIL TO UNITED STATES DEPT OF JUSTICE~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $1.17 | $0.00 | $0.00 |
| | | | | | | $431.96 | $422.04 | $11.22 | $369.33 |

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date : 20040217 14:12

| Commit# : | M81137 | | | MASS. TREATMENT CENTER | Page : 4 |
|---|---|---|---|---|---|
| Name : | SCHMITT, JOSEPH, , | | Statement From | 20030801 | |
| Inst : | MASS. TREATMENT CENTER | | To | 20040217 | |
| Block : | MPU - SEGREGATION UNIT | | | | |
| Cell/Bed : | 011 /B | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| 20040116 13:05 | IC - Transfer from Inmate to Club A/c | 2264198 | | MTC | ~MAIL TO PETER ALLEN SUPT MCI CEDAR JUNCTION~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.94 | $0.00 | $0.00 |
| 20040116 13:07 | IC - Transfer from Inmate to Club A/c | 2264204 | | MTC | ~MAIL TO STEPHEN KENNEDY~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.94 | $0.00 | $0.00 |
| 20040122 10:51 | AT - Account Transfer | 2286467 | | MTC | ~M81137 SCHMITT,JOSEPH PERSONAL | $3.85 | $0.00 | $0.00 | $3.85 |
| 20040122 10:52 | IC - Transfer from Inmate to Club A/c | 2286469 | | MTC | ~MR. SHERMAN BURKS 3002 MONICA LYNN R/LOUISVILLE, KY~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $3.85 | $0.00 | $0.00 |
| 20040122 10:52 | AT - Account Transfer | 2286470 | | MTC | ~M81137 SCHMITT,JOSEPH PERSONAL | $1.98 | $0.00 | $0.00 | $1.98 |
| 20040122 10:53 | IC - Transfer from Inmate to Club A/c | 2286472 | | MTC | ~CHRISTOPHER P. LOCONTO, ATTORNEY 120 MAIN STREET WORCESTER, MASS~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $1.98 | $0.00 | $0.00 |
| 20040122 10:54 | AT - Account Transfer | 2286473 | | MTC | ~M81137 SCHMITT,JOSEPH PERSONAL | $1.98 | $0.00 | $0.00 | $1.98 |
| 20040122 10:54 | IC - Transfer from Inmate to Club A/c | 2286475 | | MTC | ~KATHLEEN DENNEHY, ACTING COMM. MASS DEPT. OF CORRECTIONS 50 MAPLE ST MILFORD, MASS~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $1.98 | $0.00 | $0.00 |
| 20040122 10:55 | AT - Account Transfer | 2286476 | | MTC | ~M81137 SCHMITT,JOSEPH PERSONAL | $1.75 | $0.00 | $0.00 | $1.75 |
| 20040122 10:56 | IC - Transfer from Inmate to Club A/c | 2286477 | | MTC | ~JAMES KARVONEN, ER-64393 3620 HARRIS RD/WAYCROSS, GA~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $1.75 | $0.00 | $0.00 |
| 20040122 10:56 | AT - Account Transfer | 2286478 | | MTC | ~M81137 SCHMITT,JOSEPH PERSONAL | $1.29 | $0.00 | $0.00 | $1.29 |
| 20040122 10:57 | IC - Transfer from Inmate to Club A/c | 2286484 | | MTC | ~JULIE E. DANIELE, ESQ/MASS DOC LEGAL DIV 70 FRANKLIN ST/BOSTON, MASS~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $1.29 | $0.00 | $0.00 |
| 20040122 10:58 | AT - Account Transfer | 2286488 | | MTC | ~M81137 SCHMITT,JOSEPH PERSONAL | $1.29 | $0.00 | $0.00 | $1.29 |
| 20040122 10:59 | IC - Transfer from Inmate to Club A/c | 2286491 | | MTC | ~KATHLEEN DENNEHY, ACTING COMM MASS DEPT OF CORRECTIONS 40 MAPLE STREET, MILFORD, MASS~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $1.29 | $0.00 | $0.00 |
| 20040126 11:36 | CI - Transfer from Club to Inmate A/c | 2295222 | | MTC | ~12/18/03 CANT REFUND~M81137 SCHMITT,JOSEPH PERSONAL~KCN WASH ACCOUNT - Z5 | $13.93 | $0.00 | $0.00 | $0.00 |
| 20040128 13:27 | AT - Account Transfer | 2305160 | | MTC | ~FOR POSTAGE~M81137 SCHMITT,JOSEPH   PERSONAL | $1.75 | $0.00 | $0.00 | $1.75 |
| 20040128 13:28 | IC - Transfer from Inmate to Club A/c | 2305162 | | MTC | ~MAIL TO MR SHERMAN BURKS~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $1.75 | $0.00 | $0.00 |
| 20040128 13:47 | AT - Account Transfer | 2305243 | | MTC | ~6 ACCOUNT TRANSFERS TOTALED TOGETHER FOR MULTIPLE POSTAGE TRANSACTIONS~M81137 SCHMITT,JOSEPH   PERSONAL | $19.64 | $0.00 | $0.00 | $19.64 |
| 20040128 13:51 | AT - Account Transfer | 2305272 | | MTC | ~FOR POSTAGE~M81137 SCHMITT,JOSEPH   PERSONAL | $4.42 | $0.00 | $0.00 | $4.42 |

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date : 20040217 14:12

| Commit# : | M81137 | | | | MASS. TREATMENT CENTER | | | Page : | 5 |
|---|---|---|---|---|---|---|---|---|---|
| Name : | SCHMITT, JOSEPH, , | | | | Statement From | 20030801 | | | |
| Inst : | MASS. TREATMENT CENTER | | | | To | 20040217 | | | |
| Block : | MPU - SEGREGATION UNIT | | | | | | | | |
| Cell/Bed : | 011 /B | | | | | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| 20040128 13:53 | IC - Transfer from Inmate to Club A/c | 2305278 | | MTC | ~CT/RR US DISTRICT COURT OFFICE OF THE CLERK/US COURTHOUSE 1 COURTHOUSE WAY STE 2300 BOSTON MA 02210~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $4.42 | $0.00 | $0.00 |
| 20040128 13:54 | IC - Transfer from Inmate to Club A/c | 2305289 | | MTC | ~MAIL TO CAPT SULLIVAN/NORFOLK~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.37 | $0.00 | $0.00 |
| 20040128 13:55 | IC - Transfer from Inmate to Club A/c | 2305293 | | MTC | ~MAIL TO CHRISTOPHER LACONTO~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.37 | $0.00 | $0.00 |
| 20040128 13:55 | IC - Transfer from Inmate to Club A/c | 2305296 | | MTC | ~MAILTO CHRISTOPHER LACONTO~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.37 | $0.00 | $0.00 |
| 20040128 13:56 | IC - Transfer from Inmate to Club A/c | 2305300 | | MTC | ~MAIL TO KRISTIE LADOUCEUR~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.37 | $0.00 | $0.00 |
| 20040128 13:56 | IC - Transfer from Inmate to Club A/c | 2305301 | | MTC | ~MAIL TO MS KATHLEEN DENNEHY~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.37 | $0.00 | $0.00 |
| 20040128 13:56 | IC - Transfer from Inmate to Club A/c | 2305304 | | MTC | ~MAI TO CHRISTOPHER LACONTO~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.37 | $0.00 | $0.00 |
| 20040128 13:57 | IC - Transfer from Inmate to Club A/c | 2305305 | | MTC | ~MAIL TO FRANCIS FORD~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.37 | $0.00 | $0.00 |
| 20040128 13:57 | IC - Transfer from Inmate to Club A/c | 2305308 | | MTC | ~MAIL TO FRANCIS FORD~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.37 | $0.00 | $0.00 |
| 20040128 13:58 | IC - Transfer from Inmate to Club A/c | 2305312 | | MTC | ~MAIL TO JULIE DANIELE/ATTY~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $1.06 | $0.00 | $0.00 |
| 20040128 13:59 | IC - Transfer from Inmate to Club A/c | 2305319 | | MTC | ~CT/RR US DISTRICT COURT 1 COURTHOUSE WAY BOSTON MA 02210~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $4.99 | $0.00 | $0.00 |
| 20040128 14:00 | IC - Transfer from Inmate to Club A/c | 2305321 | | MTC | ~MAIL TO MR SHERMAN BURKS~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $2.67 | $0.00 | $0.00 |
| 20040128 14:00 | IC - Transfer from Inmate to Club A/c | 2305324 | | MTC | ~MAIL TO MICHAEL MALONEY~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.94 | $0.00 | $0.00 |
| 20040128 14:02 | IC - Transfer from Inmate to Club A/c | 2305327 | | MTC | ~MAIL TO KATHLEEN M DENNEHY~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $1.63 | $0.00 | $0.00 |
| 20040128 14:02 | IC - Transfer from Inmate to Club A/c | 2305328 | | MTC | ~MAIL TO KRISTEN LACOUCEUR~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $1.63 | $0.00 | $0.00 |
| 20040128 14:06 | IC - Transfer from Inmate to Club A/c | 2305342 | | MTC | ~MAIL TO STEPHEN A KENNEDY~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.94 | $0.00 | $0.00 |
| 20040128 14:07 | IC - Transfer from Inmate to Club A/c | 2305344 | | MTC | ~MAIL TO JULIE DANIELE ESQ~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.94 | $0.00 | $0.00 |
| 20040128 14:07 | IC - Transfer from Inmate to Club A/c | 2305347 | | MTC | ~MAIL TO PETER ALLEN~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.94 | $0.00 | $0.00 |
| 20040128 14:08 | IC - Transfer from Inmate to Club A/c | 2305348 | | MTC | ~MAIL TO US DISTRICT COURTS~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.94 | $0.00 | $0.00 |
| 20040205 12:59 | AT - Account Transfer | 2343380 | | MTC | ~CT-RR/M.J. DONOVAN,CLERK MAGISTRATE SUFFOLK SUPERIOR CIVIL COURT/BOSTON~M81137 SCHMITT,JOSEPH  PERSONAL | $4.42 | $0.00 | $0.00 | $4.42 |

# COMMONWEALTH OF MASSACHUSETTS
# DEPARTMENT OF CORRECTION
## Inmate Transaction Report

Date : 20040217 14:12

| Commit# : | M81137 | | | MASS. TREATMENT CENTER | Page : 6 |
|---|---|---|---|---|---|
| Name : | SCHMITT, JOSEPH, , | | Statement From | 20030801 | |
| Inst : | MASS. TREATMENT CENTER | | To | 20040217 | |
| Block : | MPU - SEGREGATION UNIT | | | | |
| Cell/Bed : | 011 /B | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| 20040205 13:00 | IC - Transfer from Inmate to Club A/c | 2343383 | | MTC | ~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $4.42 | $0.00 | $0.00 |
| 20040205 13:02 | AT - Account Transfer | 2343387 | | MTC | ~U.S. DISTRICT COURTHOUSE/OFFICE OF CLERK J.J.MOAKLEY COURTHOUSE/BOSTON~M81137 SCHMITT,JOSEPH  PERSONAL | $3.85 | $0.00 | $0.00 | $3.85 |
| 20040205 13:02 | IC - Transfer from Inmate to Club A/c | 2343389 | | MTC | ~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $3.85 | $0.00 | $0.00 |
| 20040205 13:03 | IC - Transfer from Inmate to Club A/c | 2343391 | | MTC | ~LGL ML/SHERMAN BURKS/3002 MONICA LYNN RD LOUISVILLE, KY 40216-4434~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $3.85 | $0.00 | $0.00 |
| 20040206 08:53 | CN - Canteen | 2345308 | | MTC | ~Canteen Date : 20040205 | $0.00 | $8.86 | $0.00 | $0.00 |
| 20040210 11:43 | IS - Interest | 2368210 | | MTC | | $0.00 | $0.00 | $0.00 | $0.00 |
| 20040210 11:43 | IS - Interest | 2368211 | | MTC | | $0.00 | $0.00 | $1.51 | $0.00 |
| 20040210 15:26 | IC - Transfer from Inmate to Club A/c | 2373374 | | MTC | ~MAIL TO KATHLEEN DENNEHY/ACTING COMMISSIONER DOC/50 MAPLE ST STE 3/MILFORD MA 01757-3698~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $1.06 | $0.00 | $0.00 |
| 20040217 11:01 | AT - Account Transfer | 2398636 | | MTC | ~FOR COSMETIC ORDER~M81137 SCHMITT,JOSEPH  PERSONAL | $13.89 | $0.00 | $0.00 | $13.89 |

| | Personal | Savings |
|---|---|---|
| Balance as of ending date : | $14.08 | $1,091.53 |

**Current Balances :**

| Personal | Savings | Freeze | Loan | Restitution | Sentence |
|---|---|---|---|---|---|
| $14.08 | $1,091.53 | $0.00 | $0.00 | $0.00 | $0.00 |