Joseph P. Schmitt
30 Administration Road
Bridgewater, MA 02324-3230

> Attention:
> Sexually explicit
> material attached

United States District Court
Office of the Clerk
John Joseph Moakley Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210

04cv10451 RWZ

March 4, 2004

Dear Clerk of Court:

I recently submitted a civil action entitled Joseph P. Schmitt, pro se Plaintiff v. Jeffrey Smith, et al., defendants. At the time I did not have access to the subject matter for which my action is based upon. The enclosed 9 pages need to be included in the action as exhibit "A". There is already an exhibit "A" in my action. The enclosed 9 pages need to be attached with the exhibit "A" photo copy of the mailing envelope addressed to Joseph T. Chavez. There is both a copy of the front and back of said envelope.

I request that you photo copy the enclosed 9 pages and return said copy to me for my file.

Thank you.

cc: JPS

Joseph P. Schmitt

Exhibit A

Roll a smoke
make a cup of coffee
and enjoy this true
Adventure of my youth

March 13, 2002

Hi Joe,

I'm sure you seen the envelope's backside and couldn't wait to get this letter out so you could read about my youthful experience - one of many.

I sent out 4 9x12's today at $5.20 each! These assholes refused to accept service to keep cost low so I had to serve em via certified mail. No problem, its done and now I start pumping my big cock into their collective asshole!

I've got a 4 page (7 sides of writing) letter on the desk ready to be mailed tomorrow night with this letter and my 4 page (8 written sides) story entitled Rain Dance. Must admit it brought me back to a happier place and time. You remember this story Joe and when I get out in 5 months I'll send you pictures of the cliff and all the great places Ben, Mel and I called home turf.

I'm all out of love so I'll close now. 5 pages are ~~spt~~ stapled together on this letter. Enjoy and tell me what you think.

Oh and Ben was the one and only I ever did that one thing with which I mention near the very end of my recollection and discribe it as heart throbbing. I didn't even do it with David or Brent or James. Not like Ben and I did it twice on that cliff top. You'll see what I mean. Tell me what you think it is when you write back, ok

Big Love Forever
Joe

Rain Dance  A True story of my youth, Joseph P. Schmitt age 12ish

Reaching back to my pre-teen (tween) years this is a true story about me and my very special friend Benjamin. My dad was of the residents who took care of the 10 duplex houses in the small community. My Uncle Joe was the other resident. Me, I had the yard work cornered for all the houses made a bundle doing that plus selling night crawlers. I even had yard jobs in the connecting community. I lived on a dead road the very last house, in a wooded area next to the Yantic River and the railroad. All together including the post office, package store and Rosey's – a bar stripper joint I had at least 30-35 steady customers year round. My standard pay was $10.00 per yard. I worked hard every weekend and sometimes made more dough than my dad who worked all week. I was 12 years old pulling 300-350. I did a yard in like 20-30 minutes. Got tired of having to rake so I went to Benny's Hardware store with dad and bought me kick ass mower that bagged the grass. I'd put the clippings in a Hefty garbage bag and my Uncle Joe charged me $5.00 to drive me around and pick up all the bags then drive me to the dump. Business was business. I offered 10.00 but he would only take $5.00. Well an appartment-house was empty so Uncle Joe, dad and me cleaned it up painted etc etc. Yeah, I got $5.00 an hour from the land lord. After a while I went to a flat rate and made more. ☺ Anyway the only kid my age was Mel my immediate neighbor. When I spotted Benjamin I was instantly attracted to him. He was smaller than me. I rode by on my bike and caught glances at him. He was real friendly too. They lived on the other dead end near the loop, which was actually the drive way of the left side of the duplex he lived in. He was on the right. His dad and older brother told him to take off if he wanted to so he hopped on the back of my bike – it had a banana seat with a tollass sissy bar and it was chopped ≈ 6 ft fork extension on that bad to the bone hot rod 20in boys bike with 3 speed shift! – and I headed down to Eli to show off. Eli is the old guy who owned the package store. I had an account with him. I took Benjamin in and we got two Cokes and a fist full of slim jims. Benjamin was impressed even more so as we sat in the stone house windows and watched the trout come up for may flies in the river below. I told him how the land lord paid me to do the yard work for all the 10 duplex houses and how I had other jobs and even sold night crawlers, worms. I had a charge account at the package store, convenient store, a both Dino's & Yantic pizza. I did work everyweek for these places too! The stone houses were simply round stone structures with a round pointed roof a big

open door and 2 open windows. The one on the left had a stone bench seat all around and thats the one we sat in. We were in the windows actually. Oh the round houses are connected to the stone bridge. Well we chomped on slim jims (I bought at least 40 per week) and gulped the cold cokes down as I told Benjamin about his new home area & school. He'd be in Kelly Jr. High with me, although he'd be in only one of my classes plus gym. Both of us were in 7th grade. He loved to fish and hunt. I knew the best places to fish up and down the Yadur River, the pond behind my house, which was private property which I had permission to fish and even stock it. I'd catch bass catfish etc from Fitchville pond and release em into my private fishing hole. Small and deep and spring fed. Well I was a little surprised when Ben stood on the bench seat, announced he had to pee and without the slightest bit of shame unzipped his jeans and in clear view of me pulled his dick out and grinned mischievously at me as he let loose a powerful stream of piss that arched up and out the window. I had to piss too so I pulled my half hard dick out and stood so he'd see it. I didn't miss the fact that both of us had a boner when we finished pissing. I could tell he was cut. I wasn't but I'd peeled it back before taking it out so it'd look normal. Our jeans bulging naturally in front tended to hide most of our dicks but what I saw of his I liked. I wanted to see more of it and already made plans to do so. I showed him around the area on my bike. It felt really nice to have him to lean against and sit between his legs. I introduced him to Mel and Mel gave me a knowing grin. Mel and I fooled around already. Benjamin was really cute. Sort of blond-light brown-strawberry blond hair, shoulder length, green eyes, a sprinkle of freckles, slim and about ½ a head shorter than me. His dickhead was bright red and the shaft was pale and freckled. Mind you I only saw a little bit of his dick. I know he had narrow long slender fingered hands. I used to believe that wives tale about long fingers thin or fat equalled long dick thin or fat. It was summer so Ben, Mel and I spent a lot of time together. Ben was an excellent fisherman, just like Mel and I was. We'd fish all day catch and release trout and keep a few to eat. We enjoyed the woods too. Ben was a country-boy and loved to climb the huge pines and oaks and maples in the area. After only a couple weeks Ben & I were like life long best friends. It was a Saturday. Mel was out with his family visiting relatives. Ben and I decided to explore the woods. We ended up on the cliff. It was a hot sultry afternoon. We were shirtless just kicking back in the plush grass carpet looking down over the river, the distant highway and

houses. Thunder rumbled and behind us the sky was growing very dark. I'd been up on the cliff in all types of storm and loved it. I suggest that we get undressed so our clothes and sneakers won't get soaked. I pointed out that I did it a lot and to keep my clothes safe and dry I stuff em in the hollow hole in the nearby huge Oak tree. Ben agreed, making a wise crack about skid marks in my briefs. I was a little shy about being nude but Ben had seen it already as we pissed shamelessly side by side here and there over the weeks and in a matter of fact way told me I was like Johnny, his older brother. Ben was circumsized which he admitted and I saw. We were side by side in front of the hollowed Oak tree stealing peaks at each other, our boyish curiosity ruling our actions, which is only natural for a boy in the tween years as we were. I couldn't help but admire Ben's trim little body. I liked boys way more than girls any way, even at the age of twelve. I wasn't embarassed now that I knew for sure I was hung a lot better than Ben. He even made a comment about my dick and balls being pretty big. He was hairless in his crotch. Just peach fuzz above his little limp dick. His nut sac was tight up under his dick, pale just like his dick. His dickhead was a bright red. His sac was about as big as a golf ball. I felt my dick start to swell and willed it to stop, then stuffed my clothes & sneakers, all rolled up tight in my jeans into the hollow of the tree then stuffed Ben's in too. I noticed his dick was getting bigger and throwing a left jab into his flat belly I told him he better not get a boner looking at my naked butt. He threw a fast jab at me catching me solid in the bicep then bounced away laughing. His naked little body was freckled even his moon white butt and dick. The storm was really close. The wind and whip cracking lightning was awsome up there. Ben started doing his boyish version of a Rain Dance and I happily joined. He had me cracking up laughing with his antics. mooning "mother nature" and telling her to "blow this" as he bent over and spread his butt cheeks and wiggled his semi-hard dick in the direction of the darkened sky. Ben was a class clown. A great guy to hang out with. He danced his way beside me and we ended up in a side by side wild foot kicking, leg raising dance yelling over the crashing thunder and lightning and the sound of torrential down pour approaching through the heavily wooded area. His arm was around my middle back and my arm was draped over his shoulders. In the exitement both of us had sprung a boner. And then the sky was dark all over us and fat cold rain drops had us soaked in a matter of seconds. It was a thrill and a shock all in one. Made our boners wilt and our nut sacs shrivel up tight! We were loving it though Ben

was getting all touchy feely with me in a playful way. Kicking my butt and throwing jabs at me from chin to belly button. Mind you I was taller and stronger and beefier than Ben. He got a sweet 3 piece combo in on me quicker than Bruce Lee! Left right in the belly and a upper left to my face. It was still poor grape sized rain drops too. I grabbed his skinny arm and scooped him up and flipped him upside down, facing me, for a pile driver. I'd done it to him before but this time I had a face full of naked crotch. He was pleading with me not to pile drive him as he held me tight around the waist an also had a close up of my naked crotch. I laughed telling him I'd bite his dick instead and playfully nipped his limp shaft. He squirted excitedly almost slipping from my hold. I let him slide down my naked wet body and flipped his legs away so he flopped onto his back and before he knew I was kneeling over his face, his arms pinned down under my shins and my hands on his hips holding him down. I laughed telling him to kiss it as I rubbed my butt cheeks against his face. He was laughing too! Then I howled in pain and shot straight up off him, my butt stinging where he chomped on it. He was on me quick and although I couldn't get him off using full strength I let him pin my arms down as he sat straddled on my ribs-lower chest and leaning over me. Mischief in those emerald eyes. He was telling how gross it was to have my butt hole on his mouth and nose. Then as the idea struck him his face lit up with a big grin and he bounced up so his dick, semi-hard again, was almost touching my chin. I pleaded with him, laughing so hard I almost peed, not to do, but hoping he would do it. I tried to get my arms free - just hard enough to make it real, not break free. "Kiss it, Joe". He laughed jiggling his hips so his dick bounced over my chin and sealed lips. I "uh uhed" shaking my head "no" side to side. His dick was a full blown boner now and so was mine. After a few heavenly minutes I gave up and kissed it right on the underside of the small head and he let my arms go and slid down onto my belly. I swore I'd get even and he laughed saying it was worth it cause I kissed his boner. His balls were resting on my belly and he grinned a sly mischievous grin as he followed my gaze to his crotch. The rain had stopped and it was getting bright again. The thunder rolled in the distance. Ben twisted to get a look at my crotch and with dancing eyes and mischief in his voice he asked if I was horny too. I admitted I was horny too and Ben said we should jack off. I jokingly told him to jack me off, and

in it. I asked him to lick my nuts and he didn't hesitate to fulfill my perverted desire. I jerked myself off slow and easy as he licked, sucked and even nibbled on my plump nuts and sac. I let him know I was getting pretty close and with a knowing smile he leaned his head up and opened his mouth so I could push my boner into it. This time I held the foreskin down pinching my dick at the base between thumb and forefinger. I told him to suck the head and was blasting my boy jizz against the back and roof of his mouth in 30 seconds. He sucked me like a hoover vacuum cleaner. His tongue wiggling wildly and those soft pouty lips felt awsome. He was swallowing my jizz and when I realized this wasn't going to be a wham bam knob job I let go of my dick and the foreskin slip up over the swollen orgasm-sensitive head. Ben was rubbing my nuts with one hand and gently scratching my pubic area with his other. He got between my legs in the process. I was puddy in his hand. Eager to do whatever he led me into. And boy did he lead me into some wild stuff! As he slowly worked his thrilling mouth up and down I asked him if he ever did it to anyone else. He released my dick making a wet-suction-pop sound. With a sly grin he asked if he was that good and I admitted he was doing it just like I like it done. He swore he never did it with anybody. He thought about doing it all the time and was glad I liked doing it too. Then he asked if I wanted to do something else. I told him I'd do anything with him and he smiled telling me to roll over onto my belly. I did but also told him to let me suck it for him first so I could taste it clean and also so it'd be slippery with spit and slide inside me easier. He eagerly knelt in front of me and I opened my mouth and took him all the way to the base. He laughed telling me I could fit his nuts in my big mouth to and sure enough I could. I had a mouth full and loved it. Ben gently stroked my head and started pumping my mouth after I released his nuts. I sucked the best I could and Ben seemed to forget that we were just doing it to get it slippery. He pumped his dickhead between my lips, the ridge getting plenty of action. Then he'd push it all in my mouth telling me to suck hard, which I did eagerly. He wanted to shoot on my tongue, saying he'd pull out when he got close and would beat off aiming it at my wide open mouth. I didn't mind and not much longer later he pulled out and started beating off with 2 fingers and thumb. I opened wide with my tongue stuck out and spooned to catch his jizz. Ben hissed and I saw his jizz squirt out. A lot more than

And thats the way it was for me and Bejames. It was innocent love between us. The 3 of us wear tight as blood brothers and boy did we get into scraps & fight one of us you better believe the other two would jump in and pound the crap outta ya. Memories of my youth & innocence. I went to Elan in Maine and by the time I was allowed home October 31, 1980 Ben & Mel had moved. It broke my heart not to have any friends in my neighborhood. I got my license in Dec. right after my 16th birthday Dec 2, 1980. Hope you enjoyed my true life story —— I enjoyed telling it and experienceing it