Joseph P. Schmitt
30 Administration Road
Bridgewater, MA. 02324-3230

United States District Court
Office of the Clerk
John Joseph Moakely Courthouse
1 Courthouse Way, Suite 2300
Boston, MA. 02210

April 13, 2004

RE: Schmitt v. Smith, et al. 04-10451-RWZ

Dear Clerk of Court:

I am writing to inform you that this office has used an incorrect name and address for me. Today I received an "Order on Application to Proceed without Prepayment of Fees" dated 3/25/04. It was incorrectly mailed to "Joseph Peter Schmitt, IPS CO / MCI Cedar Junction / P.O. Box 100 / So. Walpole MA. 02071-0100." Please note (and correct this error) that I am not an IPS CO and my address is not MCI Cedar Junction... As shown above my address is 30 Administration Road Bridgewater MA. 02324-3230.

Due to this error on the Court Clerks behalf I must request that said clerk remail me any and all papers that were erroneously mailed to the MCI Cedar Junction address to me at my correct address, and to please correct this error in the records so all future papers are correctly mailed to me.

Please be advised that the noted mail was postmarked March 30, 2004 and I just now received it on April 13, 2004. It is very lucky that MCI Cedar Junction even forwarded this mail.

I do request an updated Docket Sheet be mailed to me at the above-noted address.

Thank you for your time and consideration in this matter.

cc: JPS