UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JOSEPH P. SCHMITT,
          Plaintiff,

v.

JEFFREY SMITH, et al.,
          Defendants.

Civil Action

No. 04-10451-RWZ

ORDER ON SCREENING
PURSUANT TO SECTION 1915(e)(2)

Having completed the screening on the merits of plaintiff's complaint pursuant to Section 1915(e)(2), the Court makes the following findings:

FINDINGS

1. The complaint is frivolous, malicious, or fails to state a claim upon which relief may be granted:

    No ☒    Yes ☐    as to defendant(s)
    _____

2. The complaint seeks relief from a defendant or defendants who are immune from such relief:

    No ☒    Yes ☐    as to defendant(s)
    _____

ORDERS

Based upon the foregoing:

1. The Clerk shall issue summonses and the United States Marshal shall serve a copy of the complaint, summons and this order upon defendant(s) as directed by the plaintiff with all costs of service to be advanced by the United States.

    No ☐    Yes ☒    ☒ as to all defendants
                               ☐ only as to defendant(s)
                               _____

2. The complaint shall be dismissed pursuant to 28 U.S.C. § 1915(e)(2) without further notice.

        No ☒    Yes ☐    ☐ as to all defendants

                                            ☐ only as to defendant(s)

                                            _____

SO ORDERED.

| | |
|---|---|
| 10/1/04 | s/ Rya W. Zobel |
| DATE | UNITED STATES DISTRICT JUDGE |