U.S. Department of Justice
United States Marshals Service

## PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Joseph Peter Schmitt | 04 10451 RWZ |
| DEFENDANT | TYPE OF PROCESS |
| Jeffrey Smith et al | Civil |

| SERVE ➡ AT | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN |
|---|---|
| | Ma Dept of Correction |
| | ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code) |
| | 50 Maple Street Ste 3 Milford Ma 01757-3698 |

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Joseph P Schmitt Ma-91137
30 Administration Road
Bridgewater, Ma 02324-3230

| | |
|---|---|
| Number of process to be served with this Form - 285 | One |
| Number of parties to be served in this case | Seven |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Service shall be conducted asap

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF  ☐ DEFENDANT

| TELEPHONE NUMBER | DATE |
|---|---|
| | 10-6-04 |

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 38 | No. 38 | Nancy Falavera | 10/14/04 |

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served (if not shown above) | |
|---|---|
| Michelle Farrell, Admin Assistant | ☒ A person of suitable age and discretion then residing in the defendant's usual place of abode |

| Address (complete only if different than shown above) | Date of Service | Time | |
|---|---|---|---|
| | 10/14/04 | 2:35 | pm |
| | Signature of U.S. Marshal or Deputy | | |

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 45.00 | 24.09 | 0 | 69.09 | | | |

REMARKS:

# United States District Court

## ———— DISTRICT OF ————

Joseph P Schmitt, pro se,
                              Plaintiff,

**v.**

Jeffrey Smith, et al
                              Defendants

### SUMMONS IN A CIVIL CASE

CASE NUMBER:

TO: (Name and address of defendant)

Ma. Department of Correction
50 Maple Street, Suite 3
Milford, Ma 01757-3698

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Joseph P Schmitt, M-81137
Ma. Treatment Center
30 Administration Road
Bridgewater, Ma 02324-3230

an answer to the complaint which is herewith served upon you, within _____ 20 _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

_____
CLERK

_____
(BY) DEPUTY CLERK

DATE  10/1/04