UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

USDC NO: 04-10451-RWZ

JOSEPH P. SCHMITT

vs

JEFFREY SMITH, et. al.

## MOTION TO COMPEL

Now comes the plaintiff in the above entitled matter and hereby moves this Honorable Court to order defendant Massachusetts Department of Correction to provide the current address for defendant Michael T. Maloney, former Commissioner of Corrections. As grounds hereof, the plaintiff says that he believes that defendant DOC has the information required to complete service.

WHEREFORE, the plaintiff moves that this Honorable Court ORDER defendant DOC to provide the requested information.

Respectfully Submitted,

Date: November 4, 2004

Joseph P. Schmitt, pro se
30 Administration Road
Bridgewater, MA 02324

## Certificate of Service

I, Joseph P. Schmitt, hereby state under pains and penalties of perjury that a hand printed copy of the attached "Motion to Compel" has been served upon counsel for defendants, MA. D.O.C. Legal Division, via pre paid first class mail on November 4, 2004

Nov. 4, 2004

Joseph P. Schmitt, pro se
30 Administration Road
Bridgewater, Ma. 02324