Joseph P Schmitt
30 Administration Road
Bridgewater, Ma. 02324

United States District Court
Office of the Clerk
United States Courthouse
1 Courthouse Way, Suite 2300
Boston, Ma. 02210

December 10, 2004

RE: November 4, 2004 MOTION TO COMPEL
    Schmitt v. Smith, et al   04-10451-RWZ

Dear Clerk:

On November 4, 2004 I submitted a "Motion to Compel" dated November 4, 2004 to this office via pre paid first class mail. I cannot complete service on one Defendant until this motion is ruled on by the court. I must conduct service within a certain time frame, but if the court does not rule on the noted motion service is impossible, and this would be a violation of my rights.

I ask that said motion be brought to the court's immediate attention for a ruling.

cc: JPS File,
    Philip W Silva, Esq.

Sincerely,
Joseph P Schmitt