UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-10451-RWZ

JOSEPH P. SCHMIDT

v.

JEFFREY SMITH, et al

ORDER

December 16, 2004

ZOBEL, D.J.

On October 26, 2004, plaintiff filed a "Motion for Court Order for Defendants to produce a True Copy of Suffolk Superior Court Action Number SUCV 2002-02562 . . . ," and on November 9, 2004, he presented a Motion to Compel. Both were filed before the returns of service of the complaint. Although plaintiff indicates service of the motion papers on counsel for the Department of Corrections, given the timing of plaintiff's requests, defendants shall have until December 29, 2004 to interpose any oppositions. The court will defer decision on the motions until that date.

|  |  |
|---|---|
| _____<br>DATE | /s/ Rya W. Zobel<br>RYA W. ZOBEL<br>UNITED STATES DISTRICT JUDGE |