# Commonwealth of Massachusetts
# SUFFOLK SUPERIOR COURT
# Case Summary
# Civil Docket

## Schmitt, M81137 v Smith, MCI-CJ IPS Officer et al

Details for Docket: SUCV2002-02562

### Case Information

| | | | |
|---|---|---|---|
| **Docket Number:** | SUCV2002-02562 | **Caption:** | Schmitt, M81137 v Smith, MCI-CJ IPS Officer et al |
| **Filing Date:** | 06/11/2002 | **Case Status:** | Dismissed |
| **Status Date:** | 06/25/2004 | **Session:** | Civil D |
| **Lead Case:** | NA | **Case Type:** | Prisoner Cases |

### Tracking Deadlines

| | | | |
|---|---|---|---|
| **TRK:** | F | **Discovery:** | 04/07/2003 |
| **Service Date:** | 09/09/2002 | **Disposition:** | 08/05/2003 |
| **Rule 15:** | 11/08/2002 | **Rule 12/19/20:** | 11/08/2002 |
| **Final PTC:** | 06/06/2003 | **Rule 56:** | 05/07/2003 |
| **Answer Date:** | 11/08/2002 | **Jury Trial:** | NO |

## Parties Involved

8 Parties Involved in Docket: SUCV2002-02562

| | | | |
|---|---|---|---|
| **Party Involved:** | | **Role:** | Defendant |
| **Last Name:** | Allen, MCI-CJ Supt | **First Name:** | Peter |
| **Address:** | | **Address:** | |
| **City:** | | **State:** | |
| **Zip Code:** | | **Zip Ext:** | |
| **Telephone:** | | | |

| | | | |
|---|---|---|---|
| **Party Involved:** | | **Role:** | Defendant |
| **Last Name:** | Faria, MCI-CJ disciplinary hearing officer | **First Name:** | William |
| **Address:** | | **Address:** | |
| **City:** | | **State:** | |

| | | | |
|---|---|---|---|
| **Zip Code:** | | **Zip Ext:** | |
| **Telephone:** | | | |

| | | | |
|---|---|---|---|
| **Party Involved:** | | **Role:** | Defendant |
| **Last Name:** | Grossi, MCI-CJ IPS Commmander | **First Name:** | William |
| **Address:** | | **Address:** | |
| **City:** | | **State:** | |
| **Zip Code:** | | **Zip Ext:** | |
| **Telephone:** | | | |

| | | | |
|---|---|---|---|
| **Party Involved:** | | **Role:** | Defendant |
| **Last Name:** | Maloney, Comr of Correction | **First Name:** | Michael T |
| **Address:** | | **Address:** | |
| **City:** | | **State:** | |
| **Zip Code:** | | **Zip Ext:** | |
| **Telephone:** | | | |

| | | | |
|---|---|---|---|
| **Party Involved:** | | **Role:** | Defendant |
| **Last Name:** | Massachusetts Dept of Correction | **First Name:** | |
| **Address:** | | **Address:** | |
| **City:** | | **State:** | |
| **Zip Code:** | | **Zip Ext:** | |
| **Telephone:** | | | |

| | | | |
|---|---|---|---|
| **Party Involved:** | | **Role:** | Defendant |
| **Last Name:** | Smith, MCI-CJ IPS Officer | **First Name:** | Jeffrey |
| **Address:** | | **Address:** | |
| **City:** | | **State:** | |
| **Zip Code:** | | **Zip Ext:** | |
| **Telephone:** | | | |

| | | | |
|---|---|---|---|
| **Party Involved:** | | **Role:** | Defendant |
| **Last Name:** | Therien, MCI-CJ disciplinary Sergeant | **First Name:** | Ernest |
| **Address:** | | **Address:** | |
| **City:** | | **State:** | |

| | | | |
|---|---|---|---|
| **Zip Code:** | | **Zip Ext:** | |
| **Telephone:** | | | |

| | | | |
|---|---|---|---|
| **Party Involved:** | | **Role:** | Plaintiff |
| **Last Name:** | Schmitt, M81137 | **First Name:** | Joseph P |
| **Address:** | Mass. Treatment Center | **Address:** | 30 Administration Road |
| **City:** | Bridgewater | **State:** | MA |
| **Zip Code:** | 02324 | **Zip Ext:** | |
| **Telephone:** | | | |

## Attorneys Involved

7 Attorneys Involved for Docket: SUCV2002-02562

| | | | |
|---|---|---|---|
| **Attorney Involved:** | | **Firm Name:** | MA14 |
| **Last Name:** | Daniele | **First Name:** | Julie E |
| **Address:** | 70 Franklin Street | **Address:** | Suite 600 Legal Division |
| **City:** | Boston | **State:** | MA |
| **Zip Code:** | 02110 | **Zip Ext:** | 1300 |
| **Telephone:** | 617-727-3300 | **Tel Ext:** | 125 |
| **Fascimile:** | 617-727-7403 | **Representing:** | Smith, MCI-CJ IPS Officer, Jeff (Defendant) |

| | | | |
|---|---|---|---|
| **Attorney Involved:** | | **Firm Name:** | MA14 |
| **Last Name:** | Daniele | **First Name:** | Julie E |
| **Address:** | 70 Franklin Street | **Address:** | Suite 600 Legal Division |
| **City:** | Boston | **State:** | MA |
| **Zip Code:** | 02110 | **Zip Ext:** | 1300 |
| **Telephone:** | 617-727-3300 | **Tel Ext:** | 125 |
| **Fascimile:** | 617-727-7403 | **Representing:** | Therien, MCI-CJ disciplinary Sergeant, Ernest (Defendant) |

| | | | |
|---|---|---|---|
| **Attorney Involved:** | | **Firm Name:** | MA14 |
| **Last Name:** | Daniele | **First Name:** | Julie E |
| **Address:** | 70 Franklin Street | **Address:** | Suite 600 Legal Division |
| **City:** | Boston | **State:** | MA |

| | | | |
|---|---|---|---|
| **Zip Code:** | 02110 | **Zip Ext:** | 1300 |
| **Telephone:** | 617-727-3300 | **Tel Ext:** | 125 |
| **Fascimile:** | 617-727-7403 | **Representing:** | Allen, MCI-CJ Supt, Peter (Defendant) |

| | | | |
|---|---|---|---|
| **Attorney Involved:** | | **Firm Name:** | MA14 |
| **Last Name:** | Daniele | **First Name:** | Julie E |
| **Address:** | 70 Franklin Street | **Address:** | Suite 600 Legal Division |
| **City:** | Boston | **State:** | MA |
| **Zip Code:** | 02110 | **Zip Ext:** | 1300 |
| **Telephone:** | 617-727-3300 | **Tel Ext:** | 125 |
| **Fascimile:** | 617-727-7403 | **Representing:** | Grossi, MCI-CJ IPS Commmander, William (Defendant) |

| | | | |
|---|---|---|---|
| **Attorney Involved:** | | **Firm Name:** | MA14 |
| **Last Name:** | Daniele | **First Name:** | Julie E |
| **Address:** | 70 Franklin Street | **Address:** | Suite 600 Legal Division |
| **City:** | Boston | **State:** | MA |
| **Zip Code:** | 02110 | **Zip Ext:** | 1300 |
| **Telephone:** | 617-727-3300 | **Tel Ext:** | 125 |
| **Fascimile:** | 617-727-7403 | **Representing:** | Maloney, Comr of Correction, Michael T (Defendant) |

| | | | |
|---|---|---|---|
| **Attorney Involved:** | | **Firm Name:** | MA14 |
| **Last Name:** | Daniele | **First Name:** | Julie E |
| **Address:** | 70 Franklin Street | **Address:** | Suite 600 Legal Division |
| **City:** | Boston | **State:** | MA |
| **Zip Code:** | 02110 | **Zip Ext:** | 1300 |
| **Telephone:** | 617-727-3300 | **Tel Ext:** | 125 |
| **Fascimile:** | 617-727-7403 | **Representing:** | Massachusetts Dept of Correction, (Defendant) |

| | | | |
|---|---|---|---|
| **Attorney Involved:** | | **Firm Name:** | MA14 |
| **Last Name:** | Daniele | **First Name:** | Julie E |
| **Address:** | 70 Franklin Street | **Address:** | Suite 600 Legal Division |
| **City:** | Boston | **State:** | MA |
| **Zip Code:** | 02110 | **Zip Ext:** | 1300 |

| | | | | |
|---|---|---|---|---|
| **Telephone:** | 617-727-3300 | | **Tel Ext:** | 125 |
| **Fascimile:** | 617-727-7403 | | **Representing:** | Faria, MCI-CJ disciplinary hear officer, William (Defendant) |

## Calendar Events

No Calendar Events found for Docket: SUCV2002-02562.

There are currently no calendar events associated with this case.

## Full Docket Entries

79 Docket Entries for Docket: SUCV2002-02562

| Entry Date: | Paper No: | Docket Entry: |
|---|---|---|
| 06/11/2002 | 1 | Affidavit of indigency and Request for Waiver, substitution or state |
| 06/11/2002 | 1 | payment of fees & costs Filing fee service fee waived (IMPOUNDED) |
| 06/11/2002 | | Origin 1, Type E96, Track F. |
| 06/11/2002 | 2 | Complaint |
| 06/11/2002 | 3 | Civil action cover sheet filed |
| 06/11/2002 | 4 | Motion of plff to serve defendants via first class pre paid mail |
| 06/21/2002 | 5 | ORDER PURSUANT TO M.G.L. C261 S 29 -- The Department of Corrections |
| 06/21/2002 | 5 | is ORDERED to produce to the Suffolk Superior Court a statement of |
| 06/21/2002 | 5 | the inmate account for JOSEPH P. SCHMITT who is housed in the M.C.I. |
| 06/21/2002 | 5 | CEDAR JUNCTION , WALPOLE, MA. 02071. The statement to be produced |
| 06/21/2002 | 5 | shall be for the 6 month period prior to the date of this order. The |
| 06/21/2002 | 5 | statement is to be mailed to: Suffolk Superior Court, Prisoner |
| 06/21/2002 | 5 | Department, 90 Devonshire Street, Boston, Ma. 02109. Service is to be |
| 06/21/2002 | 5 | made upon defendant(s) by means of certified mail by plaintiff. A |
| 06/21/2002 | 5 | copy of the complaint is to be sent to the Office of the Attorney |
| 06/21/2002 | 5 | General or the Department of Corrections by the Plaintiff. (White, |
| 06/21/2002 | 5 | Justice) (Dated 06/20/02) Notice Sent 06/24/2002. |
| 07/02/2002 | 6 | SERVICE RETURNED: Jeffrey Smith, MCI-CJ IPS Officer(Defendant) |
| 07/02/2002 | 6 | (certified mail) |
| 07/02/2002 | 7 | SERVICE RETURNED: William Grossi, MCI-CJ IPS Commmander(Defendant) |
| 07/02/2002 | 7 | certified mail |
| 07/02/2002 | 8 | SERVICE RETURNED: Ernest Therien, MCI-CJ disciplinary |
| 07/02/2002 | 8 | Sergeant(Defendant) Certified mail |
| 07/02/2002 | 9 | SERVICE RETURNED: Peter Allen, MCI-CJ Supt(Defendant) Certified Mail |
| 07/02/2002 | 10 | SERVICE RETURNED: Michael T Maloney, Comr of Correction(Defendant) |

| Date | # | Description |
|---|---|---|
| 07/02/2002 | 10 | certified mail |
| 07/02/2002 | 11 | SERVICE RETURNED: Massachusetts Dept of Correction(Defendant) |
| 07/02/2002 | 11 | Certified mail |
| 07/02/2002 | 12 | SERVICE RETURNED: William Faria, MCI-CJ disciplinary hearing officer(Defendant) certified mail |
| 07/09/2002 | 13 | Motion of plff to amend complaint (w/o opposition) |
| 07/17/2002 | 14 | Defendant's Emergency Further Motion to Enlarge Time in These and Related Cases & Allowed (White,J) (Dated 7/15/02) notice sent 7/16/02 |
| 08/27/2002 | 15 | ORDER AND JUDGMENT The plaintiff has filed a motion to dismiss (withdraw) the above captioned actions without prejudice to his seeking relief in federal court. No opposition to his motion (P#13 in case 02-1461) has been filed. The motion is allowed and the court orders that: Judgment shall enter dismissing the above seven actions without prejudice (King, J.) entered on docket pursuant to Mass R Civ P 58(a) and notice sent to parties pursuant to Mass R Civ P 77(d) (See Original Order and Judgment (P#38) in case 02-335) |
| 10/04/2002 | 16 | Motion of plff for Court to vacate its Order and Judgment (w/o opposition) |
| 10/04/2002 | 17 | Motion of plff for copy of case file (w/o opposition) |
| 02/26/2003 | | Motion (P#[16] Denied (King,J) Notice Sent 2/24/03 (entered 2/7/03) |
| 02/26/2003 | | Motion (P#17) DENIED (Patrick King, Justice) (entered 2/7/03) |
| 12/03/2003 | 18 | Motion of plaintiff for copy of case file Denied (White, J.). Notice sent 12/4/03 |
| 12/03/2003 | | ORDER ON PLAINTIFF'S MOTIONS FOR CERTIFIED COPIES OF CASE FILES AND UPDATED DOCKET SHEETS Plaintiff has filed a motion for certified copy of case file and updated docket sheet in each of the above enumerated cases. This motiion in each case is Denied As to at least eight of the cases. the same request has already bee Denied by King, J. on Feb. 7 2003 In addition Plaintiff seeks in excess of 2,500 pages of certified copies the cost of which totals $6,425.00 He is not entitled to this extraordinary expense particularly at this time of inadequate court resources (White, J.). Notice sent 12/4/03 (See P#48 in case #99-0546) |
| 12/03/2003 | | MOTION (P#18) DENIED. See order this date. (White, Justice) Notices mailed December 4, 2003. |
| 12/23/2003 | 19 | Motion of plff for reconsideration regarding Justice White's denial of motion for copy of case file (w/o opposition) |
| 12/24/2003 | 19 | Motion of plff for hearing date on his motion for reconsideration regarding White, Justice denial of motion for copy of case file and motion for court to habe plaintiff to court hearing (w/o opposition) |

| Date | # | Entry |
|---|---|---|
| 03/04/2004 | 20 | Plaintiff Joseph P Schmitt, M81137's notice of appeal |
| 03/11/2004 | | MOTION (P#19) DENIED. (White, Justice) (dated 03/03/2004) Notice Sent 03/11/2004. |
| 03/11/2004 | | MOTION (P#19.1) DENIED. No hearing necessary. (White, Justice) (dated 03/03/2004) Notices mailed 03/11/2004. |
| 04/27/2004 | 21 | Plaintiff Joseph P Schmitt, M81137's notice of appeal |
| 05/03/2004 | | Notice to Justice Catherine White of the filing of Notice of Appeal |
| 05/03/2004 | | Notice of service of the filing of Notice of Appeal to: Julie E. Daniele, Esquire, Mass Corrections Department |
| 06/18/2004 | | Notice of assembly of record on Appeal |
| 06/25/2004 | | COPY of notice of docket entry received from Appeals Court: ORDER for the foregoing reasons, the consolidated appeals are dismissed." (Mills, J.) (See P#46 in case 2002-335) |