UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOSEPH PETER SCHMITT,<br>  Plaintiff,<br><br>v.<br><br>JEFFREY SMITH, et. al.,<br>  Defendants. | )<br>)<br>)<br>) C.A. No. 04-10451-RWZ<br>)<br>)<br>) |

PLAINTIFF'S MOTION FOR COURT TO
ISSUE HABEAS CORPUS

Now comes the Pro Se Plaintiff and moves this Honorable Court to issue a Habeas Corpus in order that said Plaintiff, a temporarily civilly committed person at the Nemansket Correctional Center in Bridgewater, may be transported to the scheduled conference on January 25,2005 at 2:30 p.m. in Courtroom No. 12 on the 5th floor in accordance with Fed. R. Civ. P. 16(b) and Local Rule 16.1.

**WHEREFORE,** Plaintiff prays this Honorable Court GRANT the above captioned motion and ORDER the Department of Correction to transport him to the U.S.D.C. on January 25,2005.

Dated: December 23,2004

                 Respectfully Submitted,

                 _____
                 Joseph Peter Schmitt, Pro Se
                 Nemansket Correctional Center
                 30 Administration Road
                 Bridgewater, MA. 02324-3230