```
                    UNITED STATES DISTRICT COURT              FILED
                       District of Massachusetts         IN CLERKS OFFICE

                                                         2005 JAN 21  P 1: 27
JOSEPH P. SCHMITT, PRO SE.,    )
        PLAINTIFF,             )
                               )                          U.S. DISTRICT COURT
  vs                           )         CIVIL ACTION #: 04-10451-RWZ
                               )                          DISTRICT OF MASS.
JEFFREY SMITH, ET. AL.,        )
        DEFENDANTS.            )
```

PLAINTIFF'S MOTION FOR MEMORANDUM OF DECISION
REGARDING JUDGE RYA W. ZOBEL'S DENIAL OF PLAINTIFF'S
[14] MOTION FOR ORDER FILED ON 1/12/2005

Now comes the pro se plaintiff, Joseph P. Schmitt, and moves this Honorable Court for a copy of the written memorandum of decision of Judge Rya W. Zobel for denying said plaintiff's motion noted on the docket sheet as PAPER # 14 MOTION FOR ORDER.

As grounds for this motion plaintiff states:

1) Plaintiff has the absolute right to be fully informed as to all decisions made by the Court in his civil action;

2) Plaintiff is pro se and does not have the benefit of counsel to assist him with his civil action and is entitled to know the specific facts as to why the presiding judge denied/denies his pro se motions;

3) There may be reason for appeal and this can only be correctly determined be reviewing all relevant documents involved with the denied motion.

WHEREFORE, Plaintiff hereby request this Court GRANT the above

motion and instruct the Clerk of Court to send a true copy of the requested document to the plaintiff posthaste.

Dated: January 19, 2005

                                      Respectfully Submitted,

                                      Joseph P. Schmitt, Pro se
                                      MA. Treatment Center
                                      30 Administration Road
                                      Bridgewater, MA. 02324-3230

Cc: JPS FILE