UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE
2005 FEB -1  P 2: 33

U.S. DISTRICT COURT
DISTRICT OF MASS

JOSEPH PETER SCHMITT, PRO SE,  )
         PLAINTIFF,                 )
                                   )
vs                              )   C.A. No. 2004-10451-RWZ
                                   )
JEFFREY SMITH, ET AL,         )
         DEFENDANTS             )

## PLAINTIFF'S MOTION FOR DECLARATORY JUDGMENT

Now comes the pro se plaintiff, Joseph Peter Schmitt, and moves this Honorable Court for Declaratory Judgment.

Plaintiff's action is based on a true written account of an intimate relationship he had as a minor with another minor. Said written account is incorrectly being labeled as **CHILD PORNOGRAPHY** by the defendants, and Justice Rya W. Zobel during the January 25,2005 Scheduling Conference.

Plaintiff contends that the material in question, though it may contain explicit sexual descriptions of a real life relationship between two minor males, does not meet the criteria for child pornography statute on State and/or Federal level.

In support of pro se plaintiff's contention please see the attached memorandum of law.

**WHEREFORE,** Plaintiff prays this Honorable Court make a declaratory judgment ruling that the story pretaining to this case is not child pornography, and is in fact protected written expression under the U.S. Constitution Fiurst Amendment.

(2)

Dated: 1/31/2005

Respectfully submitted,

_____
Joseph Peter Schmitt, pro se
30 Administration Road
Bridgewater, MA. 02324-3230

    This shall serve to certify that a copy of the aforementioned motion and memorandum of law has been served upon counsel for the defendants, Philip W. Silva by pre paid first class mail on January 31,2005

_____
Joseph Peter Schmitt, pro se