UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE
2005 FEB -1 P 2:33
U.S. DISTRICT COURT
DISTRICT OF MASS

JOSEPH PETER SCHMITT, PRO SE,  )
    PLAINTIFF                   )
                                 )
VS                               )    C. A. No. 2004-10451-RWZ
                                 )
JEFFREY SMITH, ET AL.,           )
    DEFENDANTS                  )

PLAINTIFF'S MOTION TO WITHDRAW MOTION
ENTITLED, PLAINTIFF'S PRO SE REQUEST FOR JUSTICE
R. W. ZOBEL TO RECUSE HIMSELF FROM THE
ABOVE-CAPTIONED ACTION

Now comes the pro se plaintiff named in the above entitled action and moves this Honorable Court to allow him to withdraw the above captioned pro se request for Justice R.W. Zobel to recuse himself from the above-captioned action.

Wherefore, Plaintiff prays that he be allowed to withdraw his motion.

January 29, 2005

                                Respectfully submitted,

                                Joseph P. Schmitt, pro se
                                30 Administration Road
                                Bridgewater, MA. 02324-3230

This will certify that a copy of the above document was mailed to Philip W. Silva on January 31, 2005 by pre paid first class mail.

                                Joseph P. Schmitt, pro se