UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF MASSACHUSETTS

JOSEPH PETER SCHMITT,           )
                                )
                                )
                                )
     v.                         )     C.A. No. 2004-10451-RWZ
                                )
JEFFREY SMITH, et al.           )
                                )
     Defendants.                )

## OPPOSITION TO PLAINTIFF'S MOTION FOR COURT ORDER FOR DEFENDANTS TO PRODUCE A TRUE COPY OF SUFFOLK SUPERIOR COURT CIVIL ACTION NUMBER SUCV 2002-02562 BY DEFENDANT MASSACHUSETTS DEPARTMENT OF CORRECTION

Now comes the above-named defendant, by and through the undersigned counsel, and opposes plaintiff's motion for a court order for defendants to produce a true copy of Suffolk Superior Court Action Number SUCV 2002-02562.

As reason therefore, the Defendant Department of Correction states as follows:

1.   Both the instant action and a related civil action before this Court, No. 2004-10717, involve challenges to prison disciplinary proceedings involving the plaintiff. Nowhere in either complaint does the plaintiff assert claims against the named defendants for lost or negligently handled legal property. Even had such claims been made they would more properly have been brought as state law claims under Mass.Gen. Laws c. 258.

2.   Nonetheless, the instant motion seeks to have this Court impose upon the Department of Correction the burden and approximate expense of $6,425.00 for copying state court civil action files that have no apparent relationship to the underlying cases

before this court.[1] Plaintiff may access copies of the case files through the state court system. It appears he simply doesn't want to bear the expense associated with ordering the materials from the state court.[2]

3. Moreover, it appears that the materials sought by plaintiff may include sexually explicit matter which plaintiff has been prevented from receiving or possessing at the Massachusetts Treatment Center for the Sexually Dangerous. To the extent such sexually explicit materials are related to the underlying disciplinary matters before this Court and have not already been filed with the court, the defendants are prepared to submit the materials for *in camera* inspection at the appropriate time.

Wherefore, the defendant Department of Correction respectfully requests that the motion for a court order requiring the Department of Correction to provide plaintiff with copies of state court case files including Suffolk Superior Court Action Number SUCV 2002-02562 be denied.

Respectfully submitted,
Defendant Department of Correction

By its attorneys:

NANCY ANKERS WHITE
Special Assistant Attorney General

___/s/ Philip W. Silva___
Philip W. Silva, Esq.
Bridgewater State Hospital
20 Administration Road
Bridgewater, MA 02324
(508) 279-4543
B.B.O. #548175

---

[1] Since the state court actions were dismissed without prejudice defendants have not even raised a *res judicata* defense. See Docket Sheet for SUCV 2002-02562, Docket Entry #15. A copy of the Docket Sheet is attached hereto as Exhibit A.

[2] The estimated costs are taken from the state court estimate contained in the attached docket sheet at docket entry #18. The state court denied plaintiff's request to waive the cost associated with his request for copies of eight court file cases.

      I hereby certify that a true copy of the above document was served upon each party appearing pro se by mail on December 23, 2004.

                          /s/ Philip W. Silva
                          Philip W. Silva, Esq.

# Commonwealth of Massachusetts
# SUFFOLK SUPERIOR COURT
# Case Summary
# Civil Docket

## Schmitt, M81137 v Smith, MCI-CJ IPS Officer et al

Details for Docket: SUCV2002-02562

### Case Information

| | | | |
|---|---|---|---|
| **Docket Number:** | SUCV2002-02562 | **Caption:** | Schmitt, M81137 v Smith, MCI-CJ IPS Officer et al |
| **Filing Date:** | 06/11/2002 | **Case Status:** | Dismissed |
| **Status Date:** | 06/25/2004 | **Session:** | Civil D |
| **Lead Case:** | NA | **Case Type:** | Prisoner Cases |

### Tracking Deadlines

| | | | |
|---|---|---|---|
| **TRK:** | F | **Discovery:** | 04/07/2003 |
| **Service Date:** | 09/09/2002 | **Disposition:** | 08/05/2003 |
| **Rule 15:** | 11/08/2002 | **Rule 12/19/20:** | 11/08/2002 |
| **Final PTC:** | 06/06/2003 | **Rule 56:** | 05/07/2003 |
| **Answer Date:** | 11/08/2002 | **Jury Trial:** | NO |

## Parties Involved

8 Parties Involved in Docket: SUCV2002-02562

| | | | |
|---|---|---|---|
| **Party Involved:** | | **Role:** | Defendant |
| **Last Name:** | Allen, MCI-CJ Supt | **First Name:** | Peter |
| **Address:** | | **Address:** | |
| **City:** | | **State:** | |
| **Zip Code:** | | **Zip Ext:** | |
| **Telephone:** | | | |

| | | | |
|---|---|---|---|
| **Party Involved:** | | **Role:** | Defendant |
| **Last Name:** | Faria, MCI-CJ disciplinary hearing officer | **First Name:** | William |
| **Address:** | | **Address:** | |
| **City:** | | **State:** | |

| | | | |
|---|---|---|---|
| **Zip Code:** | | **Zip Ext:** | |
| **Telephone:** | | | |

| | | | |
|---|---|---|---|
| **Party Involved:** | | **Role:** | Defendant |
| **Last Name:** | Grossi, MCI-CJ IPS Commmander | **First Name:** | William |
| **Address:** | | **Address:** | |
| **City:** | | **State:** | |
| **Zip Code:** | | **Zip Ext:** | |
| **Telephone:** | | | |

| | | | |
|---|---|---|---|
| **Party Involved:** | | **Role:** | Defendant |
| **Last Name:** | Maloney, Comr of Correction | **First Name:** | Michael T |
| **Address:** | | **Address:** | |
| **City:** | | **State:** | |
| **Zip Code:** | | **Zip Ext:** | |
| **Telephone:** | | | |

| | | | |
|---|---|---|---|
| **Party Involved:** | | **Role:** | Defendant |
| **Last Name:** | Massachusetts Dept of Correction | **First Name:** | |
| **Address:** | | **Address:** | |
| **City:** | | **State:** | |
| **Zip Code:** | | **Zip Ext:** | |
| **Telephone:** | | | |

| | | | |
|---|---|---|---|
| **Party Involved:** | | **Role:** | Defendant |
| **Last Name:** | Smith, MCI-CJ IPS Officer | **First Name:** | Jeffrey |
| **Address:** | | **Address:** | |
| **City:** | | **State:** | |
| **Zip Code:** | | **Zip Ext:** | |
| **Telephone:** | | | |

| | | | |
|---|---|---|---|
| **Party Involved:** | | **Role:** | Defendant |
| **Last Name:** | Therien, MCI-CJ disciplinary Sergeant | **First Name:** | Ernest |
| **Address:** | | **Address:** | |
| **City:** | | **State:** | |

| | | | |
|---|---|---|---|
| **Zip Code:** | | **Zip Ext:** | |
| **Telephone:** | | | |

| | | | |
|---|---|---|---|
| **Party Involved:** | | **Role:** | Plaintiff |
| **Last Name:** | Schmitt, M81137 | **First Name:** | Joseph P |
| **Address:** | Mass. Treatment Center | **Address:** | 30 Administration Road |
| **City:** | Bridgewater | **State:** | MA |
| **Zip Code:** | 02324 | **Zip Ext:** | |
| **Telephone:** | | | |

# Attorneys Involved

7 Attorneys Involved for Docket: SUCV2002-02562

| | | | |
|---|---|---|---|
| **Attorney Involved:** | | **Firm Name:** | MA14 |
| **Last Name:** | Daniele | **First Name:** | Julie E |
| **Address:** | 70 Franklin Street | **Address:** | Suite 600 Legal Division |
| **City:** | Boston | **State:** | MA |
| **Zip Code:** | 02110 | **Zip Ext:** | 1300 |
| **Telephone:** | 617-727-3300 | **Tel Ext:** | 125 |
| **Fascimile:** | 617-727-7403 | **Representing:** | Smith, MCI-CJ IPS Officer, Jeff (Defendant) |

| | | | |
|---|---|---|---|
| **Attorney Involved:** | | **Firm Name:** | MA14 |
| **Last Name:** | Daniele | **First Name:** | Julie E |
| **Address:** | 70 Franklin Street | **Address:** | Suite 600 Legal Division |
| **City:** | Boston | **State:** | MA |
| **Zip Code:** | 02110 | **Zip Ext:** | 1300 |
| **Telephone:** | 617-727-3300 | **Tel Ext:** | 125 |
| **Fascimile:** | 617-727-7403 | **Representing:** | Therien, MCI-CJ disciplinary Sergeant, Ernest (Defendant) |

| | | | |
|---|---|---|---|
| **Attorney Involved:** | | **Firm Name:** | MA14 |
| **Last Name:** | Daniele | **First Name:** | Julie E |
| **Address:** | 70 Franklin Street | **Address:** | Suite 600 Legal Division |
| **City:** | Boston | **State:** | MA |

| | | | |
|---|---|---|---|
| **Zip Code:** | 02110 | **Zip Ext:** | 1300 |
| **Telephone:** | 617-727-3300 | **Tel Ext:** | 125 |
| **Fascimile:** | 617-727-7403 | **Representing:** | Allen, MCI-CJ Supt, Peter (Defendant) |
| **Attorney Involved:** | | **Firm Name:** | MA14 |
| **Last Name:** | Daniele | **First Name:** | Julie E |
| **Address:** | 70 Franklin Street | **Address:** | Suite 600 Legal Division |
| **City:** | Boston | **State:** | MA |
| **Zip Code:** | 02110 | **Zip Ext:** | 1300 |
| **Telephone:** | 617-727-3300 | **Tel Ext:** | 125 |
| **Fascimile:** | 617-727-7403 | **Representing:** | Grossi, MCI-CJ IPS Commmander, William (Defendant) |
| **Attorney Involved:** | | **Firm Name:** | MA14 |
| **Last Name:** | Daniele | **First Name:** | Julie E |
| **Address:** | 70 Franklin Street | **Address:** | Suite 600 Legal Division |
| **City:** | Boston | **State:** | MA |
| **Zip Code:** | 02110 | **Zip Ext:** | 1300 |
| **Telephone:** | 617-727-3300 | **Tel Ext:** | 125 |
| **Fascimile:** | 617-727-7403 | **Representing:** | Maloney, Comr of Correction, Michael T (Defendant) |
| **Attorney Involved:** | | **Firm Name:** | MA14 |
| **Last Name:** | Daniele | **First Name:** | Julie E |
| **Address:** | 70 Franklin Street | **Address:** | Suite 600 Legal Division |
| **City:** | Boston | **State:** | MA |
| **Zip Code:** | 02110 | **Zip Ext:** | 1300 |
| **Telephone:** | 617-727-3300 | **Tel Ext:** | 125 |
| **Fascimile:** | 617-727-7403 | **Representing:** | Massachusetts Dept of Correction, (Defendant) |
| **Attorney Involved:** | | **Firm Name:** | MA14 |
| **Last Name:** | Daniele | **First Name:** | Julie E |
| **Address:** | 70 Franklin Street | **Address:** | Suite 600 Legal Division |
| **City:** | Boston | **State:** | MA |
| **Zip Code:** | 02110 | **Zip Ext:** | 1300 |

| | | |
|---|---|---|
| **Telephone:** | 617-727-3300 | **Tel Ext:** 125 |
| **Fascimile:** | 617-727-7403 | **Representing:** Faria, MCI-CJ disciplinary hear officer, William (Defendant) |

## Calendar Events

No Calendar Events found for Docket: SUCV2002-02562.

There are currently no calendar events associated with this case.

## Full Docket Entries

79 Docket Entries for Docket: SUCV2002-02562

| Entry Date: | Paper No: | Docket Entry: |
|---|---|---|
| 06/11/2002 | 1 | Affidavit of indigency and Request for Waiver, substitution or state |
| 06/11/2002 | 1 | payment of fees & costs Filing fee service fee waived (IMPOUNDED) |
| 06/11/2002 | | Origin 1, Type E96, Track F. |
| 06/11/2002 | 2 | Complaint |
| 06/11/2002 | 3 | Civil action cover sheet filed |
| 06/11/2002 | 4 | Motion of plff to serve defendants via first class pre paid mail |
| 06/21/2002 | 5 | ORDER PURSUANT TO M.G.L. C261 S 29 -- The Department of Corrections |
| 06/21/2002 | 5 | is ORDERED to produce to the Suffolk Superior Court a statement of |
| 06/21/2002 | 5 | the inmate account for JOSEPH P. SCHMITT who is housed in the M.C.I. |
| 06/21/2002 | 5 | CEDAR JUNCTION, WALPOLE, MA. 02071. The statement to be produced |
| 06/21/2002 | 5 | shall be for the 6 month period prior to the date of this order. The |
| 06/21/2002 | 5 | statement is to be mailed to: Suffolk Superior Court, Prisoner |
| 06/21/2002 | 5 | Department, 90 Devonshire Street, Boston, Ma. 02109. Service is to be |
| 06/21/2002 | 5 | made upon defendant(s) by means of certified mail by plaintiff. A |
| 06/21/2002 | 5 | copy of the complaint is to be sent to the Office of the Attorney |
| 06/21/2002 | 5 | General or the Department of Corrections by the Plaintiff. (White, |
| 06/21/2002 | 5 | Justice) (Dated 06/20/02) Notice Sent 06/24/2002. |
| 07/02/2002 | 6 | SERVICE RETURNED: Jeffrey Smith, MCI-CJ IPS Officer(Defendant) |
| 07/02/2002 | 6 | (certified mail) |
| 07/02/2002 | 7 | SERVICE RETURNED: William Grossi, MCI-CJ IPS Commmander(Defendant) |
| 07/02/2002 | 7 | certified mail |
| 07/02/2002 | 8 | SERVICE RETURNED: Ernest Therien, MCI-CJ disciplinary |
| 07/02/2002 | 8 | Sergeant(Defendant) Certified mail |
| 07/02/2002 | 9 | SERVICE RETURNED: Peter Allen, MCI-CJ Supt(Defendant) Certified Mail |
| 07/02/2002 | 10 | SERVICE RETURNED: Michael T Maloney, Comr of Correction(Defendant) |

| Date | Doc # | Description |
|---|---|---|
| 07/02/2002 | 10 | certified mail |
| 07/02/2002 | 11 | SERVICE RETURNED: Massachusetts Dept of Correction(Defendant) |
| 07/02/2002 | 11 | Certified mail |
| 07/02/2002 | 12 | SERVICE RETURNED: William Faria, MCI-CJ disciplinary hearing |
| 07/02/2002 | 12 | officer(Defendant) certified mail |
| 07/09/2002 | 13 | Motion of plff to amend complaint (w/o opposition) |
| 07/17/2002 | 14 | Defendant's Emergency Further Motion to Enlarge Time in These and |
| 07/17/2002 | 14 | Related Cases & Allowed (White,J) (Dated 7/15/02) notice sent 7/16/02 |
| 08/27/2002 | 15 | ORDER AND JUDGMENT The plaintiff has filed a motion to dismiss |
| 08/27/2002 | 15 | (withdraw) the above captioned actions without prejudice to his |
| 08/27/2002 | 15 | seeking relief in federal court. No opposition to his motion (P#13 |
| 08/27/2002 | 15 | in case 02-1461) has been filed. The motion is allowed and the court |
| 08/27/2002 | 15 | orders that: Judgment shall enter dismissing the above seven actions |
| 08/27/2002 | 15 | without prejudice (King, J.) entered on docket pursuant to Mass R Civ |
| 08/27/2002 | 15 | P 58(a) and notice sent to parties pursuant to Mass R Civ P 77(d) |
| 08/27/2002 | 15 | (See Original Order and Judgment (P#38) in case 02-335) |
| 10/04/2002 | 16 | Motion of plff for Court to vacate its Order and Judgment (w/o |
| 10/04/2002 | 16 | opposition) |
| 10/04/2002 | 17 | Motion of plff for copy of case file (w/o opposition) |
| 02/26/2003 | | Motion (P#[16] Denied (King,J) Notice Sent 2/24/03 (entered |
| 02/26/2003 | | 2/7/03) |
| 02/26/2003 | | Motion (P#17) DENIED (Patrick King, Justice) (entered 2/7/03) |
| 12/03/2003 | 18 | Motion of plaintiff for copy of case file Denied (White, J.). Notice |
| 12/03/2003 | 18 | sent 12/4/03 |
| 12/03/2003 | | ORDER ON PLAINTIFF'S MOTIONS FOR CERTIFIED COPIES OF CASE FILES AND |
| 12/03/2003 | | UPDATED DOCKET SHEETS Plaintiff has filed a motion for certified |
| 12/03/2003 | | copy of case file and updated docket sheet in each of the above |
| 12/03/2003 | | enumerated cases. This motiion in each case is Denied As to at least |
| 12/03/2003 | | eight of the cases. the same request has already bee Denied by King, |
| 12/03/2003 | | J. on Feb. 7 2003 In addition Plaintiff seeks in excess of 2,500 |
| 12/03/2003 | | pages of certified copies the cost of which totals $6,425.00 He is |
| 12/03/2003 | | not entitled to this extraordinary expense particularly at this time |
| 12/03/2003 | | of inadequate court resources (White, J.). Notice sent 12/4/03 (See |
| 12/03/2003 | | P#48 in case #99-0546) |
| 12/03/2003 | | MOTION (P#18) DENIED. See order this date. (White, Justice) |
| 12/03/2003 | | Notices mailed December 4, 2003. |
| 12/23/2003 | 19 | Motion of plff for reconsideration regarding Justice White's denial |
| 12/23/2003 | 19 | of motion for copy of case file (w/o opposition) |
| 12/24/2003 | 19 | Motion of plff for hearing date on his motion for reconsideration |
| 12/24/2003 | 19 | regarding White, Justice denial of motion for copy of case file and |
| 12/24/2003 | 19 | motion for court to habe plaintiff to court hearing (w/o opposition) |

| Date | # | Description |
|---|---|---|
| 03/04/2004 | 20 | Plaintiff Joseph P Schmitt, M81137's notice of appeal |
| 03/11/2004 | | MOTION (P#19) DENIED. (White, Justice) (dated 03/03/2004) Notice Sent 03/11/2004. |
| 03/11/2004 | | MOTION (P#19.1) DENIED. No hearing necessary. (White, Justice) (dated 03/03/2004) Notices mailed 03/11/2004. |
| 04/27/2004 | 21 | Plaintiff Joseph P Schmitt, M81137's notice of appeal |
| 05/03/2004 | | Notice to Justice Catherine White of the filing of Notice of Appeal |
| 05/03/2004 | | Notice of service of the filing of Notice of Appeal to: Julie E. Daniele, Esquire, Mass Corrections Department |
| 06/18/2004 | | Notice of assembly of record on Appeal |
| 06/25/2004 | | COPY of notice of docket entry received from Appeals Court: ORDER for the foregoing reasons, the consolidated appeals are dismissed." (Mills, J.) (See P#46 in case 2002-335) |

UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOSEPH PETER SCHMITT, ) | |
| ) | |
| ) | |
| ) | |
| v.  ) | C.A. No. 2004-10451-RWZ |
| ) | |
| JEFFREY SMITH, et al. ) | |
| ) | |
| Defendants. ) | |

### OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL BY DEFENDANT MASSACHUSETTS DEPARTMENT OF CORRECTION

Now comes the above-named defendant, by and through the undersigned counsel, and opposes plaintiff's motion to compel to the extent such an order would require the defendant Department of Correction to release the home address of defendant, Michael T. Maloney.

As reason therefore, the Defendant Department of Correction states that although Michael T. Maloney was the Commissioner of the Department of Correction at times relevant to the complaint he is no longer employed by the Massachusetts Department of Correction. Accordingly, the defendant Department of Correction is not authorized to accept service on behalf of defendant Maloney without his express request. Further, Mass. Gen. Laws c. 66, §10 provides in relevant part:

> The home address and home telephone number of law enforcement, judicial, prosecutorial, department of youth services, department of social services, department of correction and any other public safety and criminal justice system personnel **shall not be public records** in the custody of the employers of such personnel or the public employee retirement administration commission or any retirement board established under chapter 32 **and shall not be disclosed**, but

2

such information may be disclosed to an employee organization under chapter 150E, a nonprofit organization for retired public employees under chapter 180 or to a criminal justice agency as defined in section 167 of chapter 6 (emphasis added).

Moreover, the plaintiff is free to seek service of defendant Maloney at his current place of employment.

Wherefore, the defendant Department of Correction respectfully requests that the motion to compel be denied.

        Respectfully submitted,
        Defendant Department of Correction

        By its attorneys:

        NANCY ANKERS WHITE
        Special Assistant Attorney General


        /s/ Philip W. Silva
        Philip W. Silva, Esq.
        Bridgewater State Hospital
        20 Administration Road
        Bridgewater, MA  02324
        (508) 279-4543
        B.B.O. #548175


I hereby certify that a true copy of the above document was served upon each party appearing pro se by mail on December 23, 2004.

        /s/ Philip W. Silva
        Philip W. Silva, Esq.