COPY

Joseph P. Schmitt
30 Administration Road
Bridgewater, Ma. 02324-3230

United States District Court
Office of the Clerk
John Joseph Moakley, Courthouse
1 Courthouse Way, Suite 2300
Boston Ma. 02210

Attention!
Sexually Explicit
material attached

March 4, 2004

Dear Clerk of Court:

    I recently submitted a civil action entitled Joseph P. Schmitt, pro se Plaintiff v. Jeffrey Smith, et al., Defendants. At the time I did not have access to the subject matter for which my action is based upon. The enclosed 9 pages need to be included in the action as Exhibit "A". There is already an Exhibit "A" in my action. The enclosed 9 pages need to be attached with the Exhibit "A" photo copy of the mailing envelope addressed to Joseph T. Clover. There is both a copy of the front and back of said envelope.

    I request that you photo copy the enclosed 9 pages and return said copy to me for my file.

    Thank you

Joseph P. Schmitt

EXHIBIT C