UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| JOSEPH PETER SCHMITT | ) | |
| | ) | |
| | ) | |
| v. | ) | C.A. No. 2004-10451-RWZ |
| | ) | |
| JEFFREY SMITH, et al. | ) | |
| | ) | |
| Defendants. | ) | |

**MOTION IN OPPOSITION TO PLAINTIFF'S MOTION FOR COURT TO IMPOSE SANCTIONS ON DEFENDANTS' COUNSEL**

Now come the defendants and their counsel and hereby oppose plaintiff's motion for court to impose sanctions on defendants' counsel.

In support of said opposition, the defendants and their counsel rely on the previously filed opposition to plaintiff's motion for court order for defendants to produce a true copy of Suffolk Superior Court Action 2002-02562 and their Motion to Dismiss or, in the Alternative, for Summary Judgment and Supporting Memorandum of Law and Affidavits.

        Respectfully submitted,
Defendants
By their attorneys:

NANCY ANKERS WHITE
Special Assistant Attorney General


____/s/ Philip W. Silva_____
Philip W. Silva, Esq.
Bridgewater State Hospital
20 Administration Road
Bridgewater, Massachusetts 02324
(508)279-4543
B.B.O. No. 548175

I hereby certify that a true copy of the above document will be served upon each party appearing pro se by mail on February 28, 2005.


  /s/ Philip W. Silva_____
Philip W. Silva, Esq.