Joseph P. Schmitt
30 Administration Road
Bridgewater, Massachusetts
02324-3230

FILED IN CLERKS OFFICE
2005 MAR 22 P 3:04
U.S. DISTRICT COURT
DISTRICT OF MASS

Florence Pagano, Assistant Circuit Executive
United States Court for the First Circuit
Office of the Circuit Executive
John Joseph Moakley United States Courthouse
1 Courthouse Way - Suite 3700
Boston, Massachusetts 02210

RE Complaint No. 391

Dear Executive Pagano:

    I have filed a complaint against a USDC justice which was dismissed by Chief Judge Boudin. I am once again bringing a complaint, informal at this time, regarding the same justice. The issue of this justice failing to respond to my motions is clearly habitual. There is no just cause for the justice to delay the responses to my motions when the defendants motions get habitual prompt action by the same justice. I ask that this matter be looked into informally at this time. If the matter isn't resolved within a couple weeks then I shall file a formal complaint against the justice involved. I have enclosed a copy of my letter to the court clerk outlining the issue of my concern. I simply want my motions answered by the justice as is my absolute right to expect in the United States of America

Respectfully Submitted

cc USDC CLERK
JPS FILE