UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE
2005 MAR 22 P 3:04
U.S. DISTRICT COURT
DISTRICT OF MASS

IN RE: SCHMITT vs. SMITH, et al.  04-10451-RWZ

Dear Clerk of Courts:

   I have submitted a number of motions and other pleadings in the above captioned case since November 2004 and still the Court has made no rulings on my motions. I am now asking for specific action to be taken as my due process right is being violated for no cause what-so-ever.
   Noted hereafter is a listing of the motions filed and dates of said motions for which this court has not responded to.

1) "MOTION TO COMPEL" Dated November 4, 2004
2) "PLAINTIFFS MOTION FOR COUNSEL TO BE APPOINTED" Dated December 23, 2004
3) "EMERGENCY REPLY TO DEFENDANTS OPPOSITION TO PLAINTIFFS MOTION TO COMPEL" Dated December 27, 2004
4) "EMERGENCY REPLY TO COMMONWEALTH'S OPPOSITION" Dated December 27, 2004
5) "PLAINTIFF'S MOTION FOR RECONSIDERATION REGARDING [14] MOTION FOR ORDER" Dated January 15, 2005
6) "PLAINTIFF'S MOTION FOR MEMORANDUM OF DECISION REGARDING JUDGE RYA W. ZOBEL'S DENIAL OF PLAINTIFF'S [14] MOTION FOR ORDER ON 1/12/05" Dated January 19, 2005

7) "PLAINTIFF'S MOTION FOR DECLARATORY JUDGMENT" Dated 1/31/2005
8) "PLAINTIFF'S MOTION FOR COURT TO IMPOSE SANCTIONS ON DEFENDANTS COUNSEL FOR PERJURY" Dated January 26, 2005

I request a written reply from this Clerk of Court office regarding the above motions.

I further request an updated docket entry sheet for the above captioned action.

March 18, 2005

Respectfully Submitted

Joseph P. Schmitt, pro se
30 Administration Road
Bridgewater, Massachusetts
02324-3230

Cc. Florence Pagano, Asst. Cir. Exec.
   JPS FILE