Joseph P. Schmitt
30 Administration Road
Bridgewater, Massachusetts
02324-3230

United States District Court
Office Of The Clerk
United States Courthouse
1 Courthouse Way, Suite 2300
Boston, Massachusetts
02210

April 4, 2005

RE: Schmitt v. Smith USDC 04-10451-RWZ

Dear Clerk of Courts:

Please forward me a true copy of the following motion with the listed attachments. This document was filed electronically by the defendants counsel on February 25, 2005.

* Motion to Dismiss or, in the Alternative, for Summary Judgement of Defendants Smith, Grossi, Allen, Faria, Therien and the Masachusetts Department of Correction;

* Defendants' Memorandum of Law in Support of Motion to Dismiss or for Summary Judgement;

* Affidavit of Robert Murphy;

* Affidavit of John Luongo;

* Certification of Administrative Record for MCI-Cedar Junction Disciplinary Report 02-0563.

Thank you for your most immediate action in this matter as I need the material so as I can properly litigate my action. I accidently destroyed the original copy which the defendants counsel provided me. I am indigent as shown by court records and can not afford to pay for the requested copy. I hope this fact will not cause any delay in you sending me a copy of the material without delay.

Respectfully submitted,

Joseph Peter Schmitt, pro se

Cc: JPS