Joseph P. Schmitt
30 Administration Road
Bridgewater, Massachusetts
02324-3230

United State District Court
Office of the Clerk
United States Courthouse
1 Courthouse Way, Suite 2300
Boston, Massachusetts 02210

April 26, 2005

RE:   Schmitt v. Mulvey et al   1:04-cv-10717-RWZ
      Schmitt v. Smith et al    1:04-cv-10451-RWZ

Dear Clerk of Courts:

   I received Notice of Electronic Filing on the above date for both cases noted above. Because both the Defendants and the Plaintiff filed a MOTION TO STAY I have no idea whose motion was granted and therefore must request a copy of the following motions so I can take appropriate action in each case;

   In Re: Schmitt v. Mulvey,  MOTION TO STAY (P#33)

   In Re: Schmitt v. Smith    MOTION TO STAY (P#53)


   Please forward the above requested motions to Plaintiff at the above-noted address as quickly as possible please.

   Thank you for your attention and prompt action in this matter.

                                                Respectfully,

                                                [signature]

CC: JPS FILE