United States District Court
For The
District of Massachusetts

Joseph P. Schmitt, pro se )
            Plaintiff      )
                           )
    v.                     )  Civil Action 04-10451-R.Z
                           )
Jeffrey Smith, et al.,     )
            Defendants     )

Plaintiff's Motion for Court to Make Ruling on Defendants Motion #45 Filed in This Court on February 25, 2005

Plaintiff prays this Honorable Court makes a ruling in this matter without further delay as such ruling shall have direct impact on his civil commitment trial in Worcester Superior Court dated for October 18, 2005

Dated: Sept 19, 2005

Respectfully filed

*[signature]*

Joseph P. Schmitt
30 Administration Rd.
Bridgewater, Massachusetts
02324-3230