**MASSACHUSETTS DEPARTMENT OF CORRECTION**
**MCI-CEDAR JUNCTION AT WALPOLE**
**DISCIPLINARY REPORT**

INMATE: Joseph Schmitt   ID#: W-57126   HOUSING UNIT: DDU #113

DATE: March 15, 2002   D-REPORT NO.: 02-0563

OFFENSES(S) & CODE NO.: #2; #8; #33

MINOR____ (MAJOR)____ REFERRED TO DISTRICT ATTORNEY____

MAJOR____ REFER TO SPECIAL DDU HEARING OFFICER____

DESCRIPTION OF OFFENSE(S):

On March 15, 2002 I, Officer Jeffrey Smith determined that inmate Joseph Schmitt violated institutional rules and disrupted the orderly running of the institution.

It has been determined that inmate Schmitt has authored a letter to Joseph Chavez, an inmate incarcerated in New Mexico. This letter contained an explicit sexual story pertaining to sexual acts with a child and is consistent with previously authored stories by inmate Schmitt. His actions of authoring this story violates institution rules and disrupts the orderly running, as he has been previously disciplined on material of this nature and is aware of the consequences. The letter has been confiscated as evidence and all proper authorities were notified.

HAS INMATE BEEN PLACED ON AWAITING ACTION STATUS? YES____ NO ✓

REPORTING STAFF PERSON'S SIGNATURE _____
Jeffrey Smith, C.O. IPS

DAYS OFF   S / M

SHIFT   7 / 3   (PLEASE PRINT NAME)

SHIFT COMMANDER'S SIGNATURE _____ Date: 3/19/02

DISCIPLINARY OFFICER'S SIGNATURE _____ Date: 3/20/02

APPEAL RESULTS _____

REVIEWING AUTHORITY _____   EXHIBIT A   DATE: 4/3/02

OFFENSES:

2. VIOLATING ANY DEPARTMENTAL RULE OR ANY OTHER RULE, REGULATION, OR CONDITION OF AN INSTITUTION OR COMMUNITY BASED PROGRAM.
8. CONDUCT WHICH DISRUPTS OR INTERFERES WITH THE SECURITY OR ORDERLY RUNNING OF THE INSTITUTION.
33. ATTEMPTING TO COMMIT ANY OF THE ABOVE OFFENSES, MAKING PLANS TO COMMIT ANY OF THE ABOVE OFFENSES OR AIDING ANOTHER PERSON TO COMMIT ANY OF THE ABOVE OFFENSES SHALL BE CONSIDERED THE SAME AS THE COMMISSION OF THE OFFENSE ITSELF.

REPORTING OFFICER'S SIGNATURE: _Jeffrey Smith_ TITLE: _CO1_

AOTC Information Center                                                                 Page 1 of 7

## Commonwealth of Massachusetts
## SUFFOLK SUPERIOR COURT
## Case Summary
## Civil Docket

### Schmitt, M81137 v Smith, MCI-CJ IPS Officer et al

Details for Docket: SUCV2002-02562

**Case Information**

| | | | |
|---|---|---|---|
| Docket Number: | SUCV2002-02562 | Caption: | Schmitt, M81137 v Smith, MCI-CJ IPS Officer et al |
| Filing Date: | 06/11/2002 | Case Status: | Dismissed |
| Status Date: | 06/25/2004 | Session: | Civil D, 3 Pemberton Sq, Boston |
| Lead Case: | NA | Case Type: | Prisoner Cases |

**Tracking Deadlines**

| | | | |
|---|---|---|---|
| TRK: | F | Discovery: | 04/07/2003 |
| Service Date: | 09/09/2002 | Disposition: | 08/05/2003 |
| Rule 15: | 11/08/2002 | Rule 12/19/20: | 11/08/2002 |
| Final PTC: | 06/06/2003 | Rule 56: | 05/07/2003 |
| Answer Date: | 11/08/2002 | Jury Trial: | NO |

### Parties Involved

8 Parties Involved in Docket: SUCV2002-02562

| | | | |
|---|---|---|---|
| Party Involved: | | Role: | Defendant |
| Last Name: | Allen, MCI-CJ Supt | First Name: | Peter |
| Address: | | Address: | |
| City: | | State: | |
| Zip Code: | | Zip Ext: | |
| Telephone: | | | |

| | | | |
|---|---|---|---|
| Party Involved: | | Role: | Defendant |
| Last Name: | Faria, MCI-CJ disciplinary hearing officer | First Name: | William |
| Address: | | Address: | |
| City: | | State: | |

http://www.ma-trialcourts.org/tcic/fc/?app_ctx=print_docket

EXHIBIT B

AOTC Information Center									Page 2 of 7

**Zip Code:**                          **Zip Ext:**
**Telephone:**

**Party Involved:**                    **Role:** Defendant
**Last Name:** Grossi, MCI-CJ IPS Commmander    **First Name:** William
**Address:**                           **Address:**
**City:**                              **State:**
**Zip Code:**                          **Zip Ext:**
**Telephone:**

**Party Involved:**                    **Role:** Defendant
**Last Name:** Maloney, Comr of Correction      **First Name:** Michael T
**Address:**                           **Address:**
**City:**                              **State:**
**Zip Code:**                          **Zip Ext:**
**Telephone:**

**Party Involved:**                    **Role:** Defendant
**Last Name:** Massachusetts Dept of Correction **First Name:**
**Address:**                           **Address:**
**City:**                              **State:**
**Zip Code:**                          **Zip Ext:**
**Telephone:**

**Party Involved:**                    **Role:** Defendant
**Last Name:** Smith, MCI-CJ IPS Officer       **First Name:** Jeffrey
**Address:**                           **Address:**
**City:**                              **State:**
**Zip Code:**                          **Zip Ext:**
**Telephone:**

**Party Involved:**                    **Role:** Defendant
**Last Name:** Therien, MCI-CJ disciplinary Sergeant   **First Name:** Ernest
**Address:**                           **Address:**
**City:**                              **State:**

http://www.ma-trialcourts.org/tcic/fc/?app_ctx=print_docket			1/23/2006

AOTC Information Center                                                                                  Page 3 of 7

| | | | |
|---|---|---|---|
| **Zip Code:** | | **Zip Ext:** | |
| **Telephone:** | | | |

| | | | |
|---|---|---|---|
| **Party Involved:** | | **Role:** | Plaintiff |
| **Last Name:** | Schmitt, M81137 | **First Name:** | Joseph P |
| **Address:** | Mass. Treatment Center | **Address:** | 30 Administration Road |
| **City:** | Bridgewater | **State:** | MA |
| **Zip Code:** | 02324 | **Zip Ext:** | |
| **Telephone:** | | | |

## Attorneys Involved

7 Attorneys Involved for Docket: SUCV2002-02562

| | | | |
|---|---|---|---|
| **Attorney Involved:** | | **Firm Name:** | MA14 |
| **Last Name:** | Daniele | **First Name:** | Julie E |
| **Address:** | 70 Franklin Street | **Address:** | Suite 600 Legal Division |
| **City:** | Boston | **State:** | MA |
| **Zip Code:** | 02110 | **Zip Ext:** | 1300 |
| **Telephone:** | 617-727-3300 | **Tel Ext:** | 115 |
| **Fascimile:** | 617-727-7403 | **Representing:** | Smith, MCI-CJ IPS Officer, Jeff (Defendant) |

| | | | |
|---|---|---|---|
| **Attorney Involved:** | | **Firm Name:** | MA14 |
| **Last Name:** | Daniele | **First Name:** | Julie E |
| **Address:** | 70 Franklin Street | **Address:** | Suite 600 Legal Division |
| **City:** | Boston | **State:** | MA |
| **Zip Code:** | 02110 | **Zip Ext:** | 1300 |
| **Telephone:** | 617-727-3300 | **Tel Ext:** | 115 |
| **Fascimile:** | 617-727-7403 | **Representing:** | Therien, MCI-CJ disciplinary Sergeant, Ernest (Defendant) |

| | | | |
|---|---|---|---|
| **Attorney Involved:** | | **Firm Name:** | MA14 |
| **Last Name:** | Daniele | **First Name:** | Julie E |
| **Address:** | 70 Franklin Street | **Address:** | Suite 600 Legal Division |
| **City:** | Boston | **State:** | MA |

| | | | |
|---|---|---|---|
| **Zip Code:** | 02110 | **Zip Ext:** | 1300 |
| **Telephone:** | 617-727-3300 | **Tel Ext:** | 115 |
| **Fascimile:** | 617-727-7403 | **Representing:** | Allen, MCI-CJ Supt, Peter (Defendant) |

| | | | |
|---|---|---|---|
| **Attorney Involved:** | | **Firm Name:** | MA14 |
| **Last Name:** | Daniele | **First Name:** | Julie E |
| **Address:** | 70 Franklin Street | **Address:** | Suite 600 Legal Division |
| **City:** | Boston | **State:** | MA |
| **Zip Code:** | 02110 | **Zip Ext:** | 1300 |
| **Telephone:** | 617-727-3300 | **Tel Ext:** | 115 |
| **Fascimile:** | 617-727-7403 | **Representing:** | Grossi, MCI-CJ IPS Commmander, William (Defendant) |

| | | | |
|---|---|---|---|
| **Attorney Involved:** | | **Firm Name:** | MA14 |
| **Last Name:** | Daniele | **First Name:** | Julie E |
| **Address:** | 70 Franklin Street | **Address:** | Suite 600 Legal Division |
| **City:** | Boston | **State:** | MA |
| **Zip Code:** | 02110 | **Zip Ext:** | 1300 |
| **Telephone:** | 617-727-3300 | **Tel Ext:** | 115 |
| **Fascimile:** | 617-727-7403 | **Representing:** | Maloney, Comr of Correction, Michael T (Defendant) |

| | | | |
|---|---|---|---|
| **Attorney Involved:** | | **Firm Name:** | MA14 |
| **Last Name:** | Daniele | **First Name:** | Julie E |
| **Address:** | 70 Franklin Street | **Address:** | Suite 600 Legal Division |
| **City:** | Boston | **State:** | MA |
| **Zip Code:** | 02110 | **Zip Ext:** | 1300 |
| **Telephone:** | 617-727-3300 | **Tel Ext:** | 115 |
| **Fascimile:** | 617-727-7403 | **Representing:** | Massachusetts Dept of Correction, (Defendant) |

| | | | |
|---|---|---|---|
| **Attorney Involved:** | | **Firm Name:** | MA14 |
| **Last Name:** | Daniele | **First Name:** | Julie E |
| **Address:** | 70 Franklin Street | **Address:** | Suite 600 Legal Division |
| **City:** | Boston | **State:** | MA |
| **Zip Code:** | 02110 | **Zip Ext:** | 1300 |

AOTC Information Center                                                                    Page 5 of 7

| | | | |
|---|---|---|---|
| **Telephone:** | 617-727-3300 | **Tel Ext:** | 115 |
| **Fascimile:** | 617-727-7403 | **Representing:** | Faria, MCI-CJ disciplinary hear officer, William (Defendant) |

## Calendar Events

No Calendar Events found for Docket: SUCV2002-02562.

There are currently no calendar events associated with this case.

## Full Docket Entries

79 Docket Entries for Docket: SUCV2002-02562

| Entry Date: | Paper No: | Docket Entry: |
|---|---|---|
| 06/11/2002 | 1 | Affidavit of indigency and Request for Waiver, substitution or state |
| 06/11/2002 | 1 | payment of fees & costs Filing fee service fee waived (IMPOUNDED) |
| 06/11/2002 |   | Origin 1, Type E96, Track F. |
| 06/11/2002 | 2 | Complaint |
| 06/11/2002 | 3 | Civil action cover sheet filed |
| 06/11/2002 | 4 | Motion of plff to serve defendants via first class pre paid mail |
| 06/21/2002 | 5 | ORDER PURSUANT TO M.G.L. C261 S 29 -- The Department of Corrections |
| 06/21/2002 | 5 | is ORDERED to produce to the Suffolk Superior Court a statement of |
| 06/21/2002 | 5 | the inmate account for JOSEPH P. SCHMITT who is housed in the M.C.I. |
| 06/21/2002 | 5 | CEDAR JUNCTION , WALPOLE, MA. 02071. The statement to be produced |
| 06/21/2002 | 5 | shall be for the 6 month period prior to the date of this order. The |
| 06/21/2002 | 5 | statement is to be mailed to: Suffolk Superior Court, Prisoner |
| 06/21/2002 | 5 | Department, 90 Devonshire Street, Boston, Ma. 02109. Service is to be |
| 06/21/2002 | 5 | made upon defendant(s) by means of certified mail by plaintiff. A |
| 06/21/2002 | 5 | copy of the complaint is to be sent to the Office of the Attorney |
| 06/21/2002 | 5 | General or the Department of Corrections by the Plaintiff. (White, |
| 06/21/2002 | 5 | Justice) (Dated 06/20/02) Notice Sent 06/24/2002. |
| 07/02/2002 | 6 | SERVICE RETURNED: Jeffrey Smith, MCI-CJ IPS Officer(Defendant) |
| 07/02/2002 | 6 | (certified mail) |
| 07/02/2002 | 7 | SERVICE RETURNED: William Grossi, MCI-CJ IPS Commmander(Defendant) |
| 07/02/2002 | 7 | certified mail |
| 07/02/2002 | 8 | SERVICE RETURNED: Ernest Therien, MCI-CJ disciplinary |
| 07/02/2002 | 8 | Sergeant(Defendant) Certified mail |
| 07/02/2002 | 9 | SERVICE RETURNED: Peter Allen, MCI-CJ Supt(Defendant) Certified Mail |
| 07/02/2002 | 10 | SERVICE RETURNED: Michael T Maloney, Comr of Correction(Defendant) |

| Date | # | Entry |
|---|---|---|
| 07/02/2002 | 10 | certified mail |
| 07/02/2002 | 11 | SERVICE RETURNED: Massachusetts Dept of Correction(Defendant) |
| 07/02/2002 | 11 | Certified mail |
| 07/02/2002 | 12 | SERVICE RETURNED: William Faria, MCI-CJ disciplinary hearing |
| 07/02/2002 | 12 | officer(Defendant) certified mail |
| 07/09/2002 | 13 | Motion of plff to amend complaint (w/o opposition) |
| 07/17/2002 | 14 | Defendant's Emergency Further Motion to Enlarge Time in These and |
| 07/17/2002 | 14 | Related Cases & Allowed (White,J) (Dated 7/15/02) notice sent 7/16/02 |
| 08/27/2002 | 15 | ORDER AND JUDGMENT The plaintiff has filed a motion to dismiss |
| 08/27/2002 | 15 | (withdraw) the above captioned actions without prejudice to his |
| 08/27/2002 | 15 | seeking relief in federal court. No opposition to his motion (P#13 |
| 08/27/2002 | 15 | in case 02-1461) has been filed. The motion is allowed and the court |
| 08/27/2002 | 15 | orders that: Judgment shall enter dismissing the above seven actions |
| 08/27/2002 | 15 | without prejudice (King, J.) entered on docket pursuant to Mass R Civ |
| 08/27/2002 | 15 | P 58(a) and notice sent to parties pursuant to Mass R Civ P 77(d) |
| 08/27/2002 | 15 | (See Original Order and Judgment (P#38) in case 02-335) |
| 10/04/2002 | 16 | Motion of plff for Court to vacate its Order and Judgment (w/o |
| 10/04/2002 | 16 | opposition) |
| 10/04/2002 | 17 | Motion of plff for copy of case file (w/o opposition) |
| 02/26/2003 |  | Motion (P#[16] Denied (King,J) Notice Sent 2/24/03 (entered |
| 02/26/2003 |  | 2/7/03) |
| 02/26/2003 |  | Motion (P#17) DENIED (Patrick King, Justice) (entered 2/7/03) |
| 12/03/2003 | 18 | Motion of plaintiff for copy of case file Denied (White, J.). Notice |
| 12/03/2003 | 18 | sent 12/4/03 |
| 12/03/2003 |  | ORDER ON PLAINTIFF'S MOTIONS FOR CERTIFIED COPIES OF CASE FILES AND |
| 12/03/2003 |  | UPDATED DOCKET SHEETS Plaintiff has filed a motion for certified |
| 12/03/2003 |  | copy of case file and updated docket sheet in each of the above |
| 12/03/2003 |  | enumerated cases. This motiion in each case is Denied As to at least |
| 12/03/2003 |  | eight of the cases. the same request has already bee Denied by King, |
| 12/03/2003 |  | J. on Feb. 7 2003 In addition Plaintiff seeks in excess of 2,500 |
| 12/03/2003 |  | pages of certified copies the cost of which totals $6,425.00 He is |
| 12/03/2003 |  | not entitled to this extraordinary expense particularly at this time |
| 12/03/2003 |  | of inadequate court resources (White, J.). Notice sent 12/4/03 (See |
| 12/03/2003 |  | P#48 in case #99-0546) |
| 12/03/2003 |  | MOTION (P#18) DENIED. See order this date. (White, Justice) |
| 12/03/2003 |  | Notices mailed December 4, 2003. |
| 12/23/2003 | 19 | Motion of plff for reconsideration regarding Justice White's denial |
| 12/23/2003 | 19 | of motion for copy of case file (w/o opposition) |
| 12/24/2003 | 19 | Motion of plff for hearing date on his motion for reconsideration |
| 12/24/2003 | 19 | regarding White, Justice denial of motion for copy of case file and |
| 12/24/2003 | 19 | motion for court to habe plaintiff to court hearing (w/o opposition) |

AOTC Information Center                                                                 Page 7 of 7

| Date | # | Entry |
|---|---|---|
| 03/04/2004 | 20 | Plaintiff Joseph P Schmitt, M81137's notice of appeal |
| 03/11/2004 | | MOTION (P#19) DENIED. (White, Justice) (dated 03/03/2004) Notice |
| 03/11/2004 | | Sent 03/11/2004. |
| 03/11/2004 | | MOTION (P#19.1) DENIED. No hearing necessary. (White, Justice) |
| 03/11/2004 | | (dated 03/03/2004) Notices mailed 03/11/2004. |
| 04/27/2004 | 21 | Plaintiff Joseph P Schmitt, M81137's notice of appeal |
| 05/03/2004 | | Notice to Justice Catherine White of the filing of Notice of Appeal |
| 05/03/2004 | | Notice of service of the filing of Notice of Appeal to: Julie E. |
| 05/03/2004 | | Daniele, Esquire, Mass Corrections Department |
| 06/18/2004 | | Notice of assembly of record on Appeal |
| 06/25/2004 | | COPY of notice of docket entry received from Appeals Court: ORDER |
| 06/25/2004 | | for the foregoing reasons, the consolidated appeals are dismissed." |
| 06/25/2004 | | (Mills, J.) (See P#46 in case 2002-335) |

**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Joseph Peter Schmitt | 04-10451-RWZ |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Jeffrey Smith, et al | Civil Rights Action |

SERVE → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Michael T. Malone
AT ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
50 Maple Street Ste 3, Milford MA

FILED IN CLERKS OFFICE 2004 OCT 25 A 11: U.S. DISTRICT COURT DISTRICT OF MASS.

RECEIVED U.S. MARSHAL SERVICE BOSTON, MA

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Joseph P. Schmitt, M-50037
[illegible] Administration Rd.
Bridgewater, MA 02350-3093

Number of process to be served with this Form - 285: 1
Number of parties to be served in this case: 3
Check for service on U.S.A.: ☐

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Should served [illegible]
9am - 5pm

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER:
DATE: 10-6-04

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 38 | District to Serve No. 38 | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | 38 | 38 | Nancy Talavera | 10/14/04 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):

Address (complete only if different than shown above):

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Date of Service: 10/15/04   Time: 1:15 pm
Signature of U.S. Marshal or Deputy:

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|

REMARKS:
(1) 10/17/04 1:15pm - Indiv. no longer works at above address. Unknown where subject currently works.

1. CLERK OF THE COURT    FORM USM-285

EXHIBIT C