UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-10451-RWZ

JOSEPH SCHMITT,
    Plaintiff,

v.

JEFFREY SMITH, et al.,
Defendants.

## DEFENDANTS' MOTION TO STAY ALL FURTHER PROCEEDINGS UNTIL SUCH TIME AS THE COURT HAS RULED ON DEFENDANTS' MOTION TO DISMISS, OR IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT AND SUPPLEMENT THERETO

Defendants hereby move this Court to stay all further proceedings, including any future motions which plaintiff may file, until such time as the Court has ruled on Defendants' Motion to Dismiss, or in the Alternative, for Summary Judgment and Supplement thereto. As grounds therefor, as set forth in their motion, defendants are entitled to qualified immunity. Qualified immunity is a shield against the burdens of litigation, not merely a defense against liability for money damages. Mitchell v. Forsyth, 472 U.S. 511, 526 (1985) Accordingly, the Court's determination on the defendants' motion will likely make the need for any further proceedings in this case moot.

Respectfully submitted,

NANCY ANKERS WHITE
Special Assistant Attorney General

Dated: January 24, 2006    /s/ C. Raye Poole
    C. Raye Poole
    Department of Correction

        Legal Division
        70 Franklin Street, Suite 600
        Boston, MA  02110
        (617) 727-3300 Ext. 147
        BBO# 632719

### Certificate of Service

I, C. Raye Poole, counsel for the defendants, hereby certify that on this 24th day of January 2006, I served a copy of the above motion by first class mail, postage prepaid, on the plaintiff, Joseph Schmitt, at his last known address, Massachusetts Treatment Center, 30 Administration Road, Bridgewater, Massachusetts  02324.

        /s/ C. Raye Poole
        C. Raye Poole