UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-10451-RWZ
CIVIL ACTION NO. 04-10717-RWZ

JOSEPH SCHMITT,
    Plaintiff,

v.

JEFFREY SMITH, et al.,
    Defendants

AND

JOSEPH SCHMITT,
    Plaintiff

v.

PATRICK MULVEY, et al.,
    Defendants

### QUESTIONS TO THE JURY ON SPECIAL VERDICT

1. Did one or more of defendants violate plaintiff's right to free speech by censoring his mail, confiscating his story entitled Weekend in Paradise, and filing a disciplinary report dated February 21, 2002 against plaintiff or causing such to be done?

    Patrick Mulvey    Yes __✓__    No _____

    Peter Allen    Yes __✓__    No _____

If the answer is YES as to any defendant, please answer Question 2 (a).

If the answer is NO as to all defendants listed above, please answer next Question 3.

    2. Plaintiff is entitled to recover damages in the amount of $ __101.00__.

Please answer next Question 3.

    3. Did one or more of defendants violate plaintiff's right to free speech by censoring his mail, confiscating his story entitled Rain Dance, and filing a disciplinary report dated March 15, 2002 against plaintiff or causing such to be done?

| | | |
|---|---|---|
| Jeffrey Smith | Yes ✓ | No ____ |
| Peter Allen | Yes ✓ | No ____ |

If the answer is YES as to any defendant, please answer Question 4.

If the answer is NO as to all defendants, please return your verdict to the court.

    4. Plaintiff is entitled to recover damages in the amount of $ __201,00__.

___4/4/2006___  
DATE

___David T. McDonnell Jr.___  
FOREPERSON's SIGNATURE