UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

__JOSEPH SCHMITT__
               Plaintiff(s)

v.                                      CIVIL ACTION NO. __04-10451-RWZ__
                                                                          04-10717-RWZ

__JEFFREY SMITH ET AL__
               Defendant(s)

**JUDGMENT IN A CIVIL CASE**

__ZOBEL__, D.J.

X     **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐     **Decision by the Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

    Judgment for PLAINTIFF in the amount of $302.00

Dated: __04/05/06__                         By     __LISA A. URSO__
                                                                           Deputy Clerk