UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Joseph P. Schmitt,                         CIVIL ACTION NO. 04-10451-RWZ
    Plaintiff,                          CIVIL ACTION NO. 04-10717-RWZ

v.

Jeffrey Smith, et al.,
    Defendants
AND
Joseph P. Schmitt,
    Plaintiff

v.

Patrick Mulvey, et al.,
    Defendants.

## PLAINTIFF'S MOTION FOR PRO SE ATTORNEY FEES

Now comes the pro se Plaintiff, Joseph P. Schmitt, in the above captioned actions and moves this Honorable Court to GRANT him pro se attorney fees.

As grounds therfor, Plaintiff states the following:

1. Plaintiff has prosecuted the above captioned actions from start to completion of a jury trial as his own counsel. Plaintiff has devoted hundreds of hours studying law books and researching case law to aid his prosecution of the above actions against trained and skilled attornies of the defendants.

2. Plaintiff believes that he is entitled to pro se counsel fees pusuant to 42 USCA §1988 and 42 USCA §1997.

3. Plaintiff hereby requests the amount of $3,000.00 for pro se attorney fees for both the above entitled actions.

WHEREFORE, Plaintiff prays this Honorable Court GRANT his above motion and order the defendants to pay Plaintiff $3,000.00 for pro se attorney fees.

Dated: April 7,2006

Respectfully, Filed

*[signature]*

Joseph P. Schmitt

30 Administration Road

Bridgewater, Massachusetts

02324-3230

CERTIFICATE OF SERVICE

I, Joseph P. Schmitt, hereby certify that a true copy of the above document has been served upon counsel for the defendants via first class united states mail on April 7,2006

*[signature]*

Joseph P. Schmitt