UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2006 APR 12 P 3:06

U.S. DISTRICT COURT
DISTRICT OF MASS

JOSEPH P. SCHMITT, pro se,
    Plaintiff,

v.

CIVIL ACTION NO. 04-10451-RWZ
CIVIL ACTION NO. 04-10717-RWZ

JEFFREY SMITH, et al.,

AND

PATRICK MULVEY, et al.,
    Defendants.

## MOTION FOR ORDER AGAINST DEFENDANTS

Now comes the pro se Plaintiff and moves this Honorable Court to order the defendants to forward the $302.00 awarded to him by the jury on March 5, 2006 to the Plaintiff's institutional account without further delay.

Dated: March 11, 2006

Respectfully Filed,

Joseph P. Schmitt, pro se
30 Administration Road
Bridgewater, Massachusetts
02324-3230

Cc: C. Raye Poole, Esq.