UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE
2006 APR 12 P 3: 07
U.S. DISTRICT COURT
DISTRICT OF MASS

JOSEPH P. SCHMITT, pro se,
    Plaintiff,

v.

JEFFREY SMITH, et al.,
AND
PATRICK MULVEY, et al.,
    Defendants.

CIVIL ACTION NO. 04-10451-RWZ
CIVIL ACTION NO. 04-10717-RWZ

### PLAINTIFF'S MOTION FOR TRANSCRIPTS

Now comes the pro se Plaintiff and moves this Honorable court for a certified copy of trial and pre trial conference calls transcripts.

As grounds for the above captioned motion, Plaintiff states the following.

1. Plaintiff is indigent and can not afford the costs required to order and pay for said transcripts.

2. Plaintiff is contemplating avenues of appeal and to do so in a meaningful way he must aquire the requested transcripts.

3. This Honorable Court has declared Plaintiff indigent.

**WHEREFORE**, Plaintiff requests this Honorable Court waive all costs involved for Plaintiff to receive a certified copy of the requested transcipts, and to instruct its clerk of court to take the necessary steps to assure that the pro se Plaintiff receive a true and certified copy of all transcripts requested in an expeditious fashion.

Dated: April 10, 2006

Respectfully Filed,

Joseph P. Schmitt, pro se
30 Administration Road
Bridgewater, Massachusetts
02324-3230