UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-10451-RWZ
CIVIL ACTION NO. 04-10717-RWZ

JOSEPH SCHMITT,
    Schmitt,

v.

JEFFREY SMITH, et al.,
Defendants

AND

JOSEPH SCHMITT,
    Schmitt,

v.

PATRICK MULVEY, et al.,
Defendants.

## DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME

    Defendants in the above-captioned matters hereby move for an enlargement of time, until May 12, 2006, to respond to plaintiff, Joseph Schmitt's ("Schmitt"), motion for court order (04-10451 Doc. No. 72). As grounds therefor, counsel for defendants needs to confer with various Department officials at the Treatment Center prior to responding to this motion.

    Respectfully submitted,

    NANCY ANKERS WHITE
    Special Assistant Attorney General

DATED: April 21, 2006    C. Raye Poole

    /s/ C. Raye Poole

        B.B.O. # 632719
        Department of Correction
        Legal Division
        70 Franklin Street, Suite 600
        Boston, MA 02110
        (617) 727-3300 ext. 147

<u>Certificate of Service</u>

I, C. Raye Poole, counsel for the defendants, hereby certify that on this 21st day of April 2006, I served a copy of the above motion by first class mail, postage prepaid, on the Schmitt, Joseph Schmitt, at his last known address, Massachusetts Treatment Center, 30 Administration Road, Bridgewater, Massachusetts  02324.

        <u>/s/ C. Raye Poole</u>
        C. Raye Poole