04/20/2006  10:32   5082798448                FHS, INC.                      PAGE 02
Natalya Pushkina - 10717 and 10451 Affidavit of Natalya Pushkina.doc
Page 1

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-10451-RWZ
CIVIL ACTION NO. 04-10717-RWZ

JOSEPH SCHMITT,
   Plaintiff,
v.
JEFFREY SMITH, et al.,
Defendants

AND

JOSEPH SCHMITT,
   Plaintiff,
v.
PATRICK MULVEY, et al.,
Defendants.

### AFFIDAVIT OF NATALYA PUSHKINA

I, Natalya Pushkina, do on oath depose and state:

1. I am presently employed as the institutional librarian at the Massachusetts Treatment Center ("Treatment Center") located in Bridgewater, Massachusetts. I have held this position since January 2003.

2. The incarcerated population at the Treatment Center, which includes inmates, civil detainees, and civil commitments ("inmates/civils"), regardless of whether they are indigent, are afforded supplies, free of charge, for filing their cases with the courts.

3. These supplies include lined writing paper, 20 sheets per month, typing paper, two sheets at the time, pencils and pens, one per month, and unlimited envelopes, which must be addressed to someone concerning their legal matters, such as a court clerk, attorney, or a qualified examiner, prior to the inmate/civil leaving the library. The inmates/civils are

EXHIBIT A

also provided with copying of their legal documents, free of charge.

4. The inmates/civils have free use of the five typewriters, including corrective ribbons, which are available on a first come, first served basis at the library. On occasion, the inmates/civils may have to wait to use the typewriters. However, they are given the first priority as soon as one is available.

5. If the inmate/civil needs more than the allotted two sheets of typing paper, he may request, and will receive, more as needed. Similarly, if the inmate/civil's pen should run dry, he will be provided with another.

Signed under the pains and penalties of perjury this 20th day of April 2006.

_____
Natalya Pushkina

2

Attachment A

OBR No. 06-043

## MASSACHUSETTS TREATMENT CENTER
## OBSERVATION OF BEHAVIOR REPORT

Resident Name: Joseph Schmitt   Comm. No. M81137   Unit D-2

Date: 2/3/06   Time: 1030   Reporting Staff: Dankiewitch

Behavior Observed: _____   Code No. B-17, C-11

Witness (if any): Manuel Botelho

Referred to District Attorney: _____

Type or print in INK your report of the noted behavior. Use the reverse if more space is necessary.

On 2/3/06, at 10:30am, I, IPS officer John Dankiewitch concluded through self-admission that on Feb 1, 2006 Resident Schmitt attempted to exchange his typewriter ribbon for a Learning Center Ribbon. Resident Schmitt reported that the Ribbon #4 was in need of replacement upon inspection of the Smith Corona Ribbon Library aide Manuel Botelho determined that the Ribbon Resident Schmitt turned in was not the one he was issued upon arrival to the Library. Resident Schmitt removed the label from the Ribbon issued and placed it on a Ribbon that he brought to the Library. On 2/3/06, the actual Library Ribbon was found on a shelf.

Has the resident been placed on pre-hearing restriction? No ✓  Yes ___  Approved By ___

Type of Restriction(s): _____

Reporting Staff signature: _____   Date 2/3/06   shift/days off 7-3 / S/S

Shift Commander signature: Cpt John Ruce   Date 2/3/06

Finding and sanction if any: Dismiss B-17, Guilty C-11 5 days loss of library

Appeal results: Waived 2/7/06

Reviewing Authority: _____   Date 2/8/06

EXHIBIT B

Attachment C

## DEPARTMENT OF CORRECTION
## MASSACHUSETTS TREATMENT CENTER
## OBSERVATION OF BEHAVIOR REPORT
## WAIVER OF HEARING/ENTRY OF GUILTY PLEA

   I have been advised that I have the right to appear before the Behavior Review Committee Board concerning the charges pending against me in Observation of Behavior Report #(s) __06-043__

   I **DO NOT** wish to appear before the BRC and hereby waive my appearance. I hereby enter a plea of guilty concerning the charges pending but reserve the right to appeal any sanctions which may be imposed. I am signing this document of my own free will and am under no duress, coercion or threats and fully understand the contents and meaning of this document. I have been informed that the BRC members are as follows:

_Lt. Benjamin_, _____, _CI Menu_____
Chairperson            Board Member            Board Member

I have no objections to these staff members considering the disposition in this case.

_Joseph Schmitt_____    _M81137_____
Resident Print or Type Name         Commitment Number

_[signature]_____    _2-2-06   11 AM_____
Resident Signature                  Date/Time

_Lt. Benjamin_____    _D-Officer, Lt._____
Staff Witness Print or Type Name    Title

_[signature]_____
Staff Witness Signature

   Based on the inmates plea of guilty on the charge(s), and the information provided in the reporting staff member's report, the resident is found guilty and the following sanction(s) imposed for the following reasons (attach additional pages if necessary):

_Dismissed B17   Guilty C-11 5 days loss of library_

_____

_____

   The resident has been given a copy of this document and has been advised of his right to appeal this matter in writing to the Superintendent within fifteen (15) days.

_[signature]_____    _2/2/06  11:00 AM_____
Staff Signature                     Date/Time

_____    _____
Deputy Superintendent of Operations   Date/Time

Attachment C

## DEPARTMENT OF CORRECTION
## MASSACHUSETTS TREATMENT CENTER
## OBSERVATION OF BEHAVIOR REPORT RECEIPT

OBR No(s) _06-043_ Date _2-3-06_

Treatment Center Resident _Schmitt, Joseph_ Comm. No. _M81137_ was given his copy/copies of the OBR(s) listed above as well as a Representation, Witnesses, Evidence and/or Tape Recording Form

Served By _LT. BENJAMIN_ Date _2-7-06_
Signature _Mike Benjamin_ Time _1000AM_

### ACKNOWLEDGMENT OF SERVICE

Resident's Signature _[signed]_ Date _2-7-06_ Time _10:45 AM_

I personally delivered copies of OBR(s) listed above as well as a Request for Representation, Witnesses, Evidence and/or Tape Recording Form to resident _____
And he refused to sign the acknowledgment of service.

Staff Person's Signature _____ Date _____
Print Name _____ Time _____

Comments:

Staff Person's Signature _____

**PLEASE RETURN TO DEPUTY'S OFFICE**

DEPARTMENT OF CORRECTION
MASSACHUSETTS TREATMENT CENTER
BEHAVIOR REVIEW COMMITTEE
APPEAL WAIVER

I, Resident _Joseph Schmitt_, do hereby waive my right to appeal OBR number(s) _06-043_, and would like to begin serving my sanction Immediately. I am signing this document of my own free will and am under no duress, coercion or Threats.

Thank you for your consideration in this matter.

_____     2-7-06
Resident's Signature                  Date

_____     2-7-06
Witness                               Date