Joseph P. Schmitt
30 Administration Road
Bridgewater, Massachusetts
02324-3230

FILED
IN CLERKS OFFICE

2006 APR 21  P 12: 58

U.S. DISTRICT COURT
DISTRICT OF MASS.

Jay Johnson
Docket Clerk
United States Courthouse
1 Courthouse Way
Boston, Massachusetts

April 13, 2006

Dear Mr. Jay Johnson:

On April 5 & 6, 2006 I prosecuted Civil Action Nos 04-10451-RWZ & 04-10717-RWZ. I was successful in both actions before a jury of my peers.

I am going to have to prosecute more cases before a jury as you can easily verify by reviewing the cases I have filed before Judge Zobel and Judge Gertner. I want (need) to learn what I did right and wrong in the eyes of a jury member and to do this I must obtain the address of each jury member. I believe this information is discoverable by counsel and since I am pro se I have this right also. Just to be on the safe side I will also make my request pursuant to Title 5 of the United States Code, Section §552 (FOIA) and §552a (Privacy Acts). I request the names and address of all jury members seat in the above two combined/ consolidated actions.

I thank you for your time and prompt reply in this matter.

Respectfully Filed

[signature]

Cc: JPS