UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JOSEPH P. SCHMITT, pro se.,
        Plaintiff,

-vs-

JEFFREY SMITH, et al.,
AND
PATRICK MULVEY, et al.,
        Defendants

CIVIL ACTION NOS.
04-10451-RWZ
04-10717-RWZ

FILED
IN CLERKS OFFICE
2006 MAY -5  A 11:30
U.S. DISTRICT COURT
DISTRICT OF MASS

### PLAINTIFF'S MOTION FOR RECONSIDERATION

Now comes the pro se plaintiff and move this court for a reconsideration of its denial of motion(s) (73) Motion for Attorney Fees, and (74) Motion to Recover Expenses.

As grounds for this above entitled motion plaintiff requests that the court review his six page motion dated April 25, 2006 entitled **PLAINTIFF'S OPPOSITION.**

Furthermore, Plaintiff moves that this court provide the Plaintiff with a written memorandum of decision regarding this court's denial of motions (73) and (74) so plaintiff may file a meaningful appeal as is his guaranteed right by law.

Dated: May 4, 2006.

Respectfully filed,

_____
Joseph P. Schmitt, pro se
30 Administration Road
Bridgewater, Massachusets
02324-3230

### CERTIFICATE OF SERVICE

The undersigned certifies that a true copy of the above motion was served upon the legal department for the defendants at the MTC on 5/4/2006 via institutional mail.

_____
Joseph P. Schmitt, pro se