UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JOSEPH PETER SCHMITT, pro se.,
    Plaintiff,

-vs-

JEFFREY SMITH, et al.,
AND
PATRICK MULVEY, et al.,

CIVIL ACTION NOS.
04-10451-RWZ
04-10717-RWZ

### PLAINTIFF'S NOTICE OF APPEAL

    Now comes the pro se plaintiff, Joseph Peter Schmitt, in the above captioned actions, and hereby gives notice of his intent to appeal Judge Rya W. Zobel's denial of motions [73] Plaintiff's Motion For Pro Se Attorney Fees, and [74] Plaintiff's Motion To Recover Expenses.

The above noted motions were docket as denied on 5/2/2006.

Plaintiff respectfully requests that the clerk of court assemble the original papers regarding the above noted motions and notify said plaintiff when said records are assembled.

Dated: May 4,2006

                            Respectfully Filed,

                            Joseph Peter Schmitt, pro se
                            30 Administration Road
                            Bridgewater, Massachusetts
                            02324-3230