Joseph P. Schmitt
30 Administration Road
Bridgewater, Massachusetts
02324-3230

Jay Johnson, Docket Clerk
United States District Court
1 Courthouse Way, Suite 6110
Boston, Massachusetts
02210

May 22, 2006

RE: USDC Actions 04-10451-RWZ/04-10717-RWZ

Dear Clerk Johnson:

I have an ongoing appeal involving the two captioned cases in which I am the pro se plaintiff. I need a complete copy of the case file in oredr to prepare and compile my briefs for appeals. The major problem is that because I am so limited by the defendants rules and regulations as to the amount of paper work I may maintian in my living quarters, I had to discard the cases as it ran its course in the court.

I urgently need and request a true and complete copy of both cases "Schmitt v. Smith, et al., 2004-10451-RWZ, and, Schmitt v. Mulvey, et al., 2004-10717-RWZ"

I have to have my brief filed in less than a month and that means I have to have this requested documents pretty fast. I apologize for the urgent request but I have very little options left open at this point.

Thank you for your attention and prompt action in this matter.

Lastly, I will also need an updated docket sheet for both these cases noted above.

Sincerely,