UNITED STATES DISTRICT COURT

FILED
CLERKS OFFICE
2006 JUL 26 P 2:46
U.S. DISTRICT COURT
DISTRICT OF MASS

TO: Clerk of Court
FR: Joseph P. Schmitt
RE: USDC # 04-10451-RWZ and 04-10717-RWZ
DA: July 10, 2006

Dear Clerk of Court

Please forward to me an <u>updated docket entry sheet</u> for the above noted actions.

Also please forward to me a true and complete copy of <u>All pleadings</u> from either the plaintiff or the defendants dated May 9, 2006 to the present day and time in both the above noted actions.

Please take immediate action as I may have a major issue of having my oppositions to defendants motions not being received by this court, which is caused by the defendants.

Thank you for your immediate action.

Joseph P. Schmitt
30 Administration Road
Bridgewater, MA. 02324

cc: JPS