UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

CASE NOS. 06-1778 and 06-1789

JOSEPH SCHMITT,
    Plaintiff-Appellant,

v.

JEFFREY SMITH, et al.,
    Defendants-Appellees.

### AFFIDAVIT OF EVELYN SMITH

I, Evelyn Smith, do hereby depose and state as follows:

1. I am the Deputy Director of Administrative Services for the Bridgewater Correctional Complex, Massachusetts Department of Correction, located in Bridgewater, Massachusetts.

2. Attached is a true and accurate copy of Joseph Schmitt's Inmate Transaction Report from January 1, 2005 until the present and is a record kept during the normal course of business at the Bridgewater Correctional Complex, which includes the Massachusetts Treatment Center.

Signed under the pains and penalties of perjury this 29th day of August 2006.

*Evelyn Smith*
Evelyn Smith

**EXHIBIT 2**

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date: 20060829 09:41

| | | | | | | Page: 1 |
|---|---|---|---|---|---|---|
| Commit# : | M81137 | | | MASS. TREATMENT CENTER | | |
| Name : | SCHMITT, JOSEPH, , | | | Statement From | 20050101 | |
| Inst : | MASS. TREATMENT CENTER | | | To | 20060829 | |
| Block : | B2 | | | | | |
| Cell/Bed : | 020 /B | | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Total Transaction before this Period : | $14,047.95 | $11,145.56 | $1,757.11 | $1,755.99 |
| 20050104 09:06 | EX - External Disbursement | 3923323 | 96849 | MTC | ~NATIONAL GEOGRAPHIC SOCIETY | $0.00 | $24.00 | $0.00 | $0.00 |
| 20050104 09:06 | MA - Maintenance and Administration | 3923324 | | MTC | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20050106 22:30 | CN - Canteen | 3945393 | | MTC | ~Canteen Date : 20050106 | $0.00 | $77.54 | $0.00 | $0.00 |
| 20050113 17:06 | IS - Interest | 3986034 | | MTC | | $7.55 | $0.00 | $0.00 | $0.00 |
| 20050113 17:06 | IS - Interest | 3986035 | | MTC | | $0.00 | $0.00 | $0.00 | $0.00 |
| 20050113 22:30 | CN - Canteen | 3995886 | | MTC | ~Canteen Date : 20050113 | $0.00 | $50.40 | $0.00 | $0.00 |
| 20050120 22:30 | CN - Canteen | 4022424 | | MTC | ~Canteen Date : 20050120 | $0.00 | $59.73 | $0.00 | $0.00 |
| 20050128 10:46 | EX - External Disbursement | 4054534 | 97401 | MTC | ~MARIE B MCGUIRK, ESQUIRE | $0.00 | $2,000.00 | $0.00 | $0.00 |
| 20050128 10:47 | EX - External Disbursement | 4054538 | 97399 | MTC | ~US PLAYING CARD CO | $0.00 | $22.50 | $0.00 | $0.00 |
| 20050128 10:47 | EX - External Disbursement | 4054541 | 97398 | MTC | ~MYSTERY GUILD | $0.00 | $65.40 | $0.00 | $0.00 |
| 20050201 13:20 | IC - Transfer from Inmate to Club A/c | 4065449 | | MTC | ~CERT 7004 1160 0007 1647 4518~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $4.42 | $0.00 | $0.00 |
| 20050201 14:23 | EX - External Disbursement | 4065694 | 97431 | MTC | ~NATIONAL GEOGRAPHIC SOCIETY | $0.00 | $34.00 | $0.00 | $0.00 |
| 20050201 14:23 | MA - Maintenance and Administration | 4065695 | | MTC | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20050203 22:30 | CN - Canteen | 4086596 | | MTC | ~Canteen Date : 20050203 | $0.00 | $56.90 | $0.00 | $0.00 |
| 20050204 10:06 | IC - Transfer from Inmate to Club A/c | 4088841 | | MTC | ~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $3.85 | $0.00 | $0.00 |
| 20050208 10:49 | IC - Transfer from Inmate to Club A/c | 4100172 | | MTC | ~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $3.85 | $0.00 | $0.00 |
| 20050208 10:50 | IC - Transfer from Inmate to Club A/c | 4100176 | | MTC | ~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $1.75 | $0.00 | $0.00 |
| 20050209 16:46 | IS - Interest | 4115066 | | MTC | | $6.88 | $0.00 | $0.00 | $0.00 |
| 20050209 16:46 | IS - Interest | 4115067 | | MTC | | $0.00 | $0.00 | $0.00 | $0.00 |
| 20050210 22:30 | CN - Canteen | 4135216 | | MTC | ~Canteen Date : 20050210 | $0.00 | $59.99 | $0.00 | $0.00 |
| 20050211 10:14 | VC - Voided Check | 4139348 | 97401 | STH | ~MARIE B MCGUIRK, ESQUIRE | $2,000.00 | $0.00 | $0.00 | $0.00 |
| 20050211 10:14 | TI - Transfer from Institution | 4139351 | | MTC | ~Associate Receipt Number is 4139348 | $2,000.00 | $0.00 | $0.00 | $0.00 |
| 20050211 10:14 | TI - Transfer from Institution | 4139350 | | STH | ~Associate Receipt Number is 4139348 | $0.00 | $2,000.00 | $0.00 | $0.00 |
| 20050211 12:52 | IC - Transfer from Inmate to Club A/c | 4139889 | | MTC | ~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $1.06 | $0.00 | $0.00 |
| 20050211 12:52 | IC - Transfer from Inmate to Club A/c | 4139890 | | MTC | ~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.83 | $0.00 | $0.00 |
| 20050214 14:43 | EX - External Disbursement | 4144871 | 97767 | MTC | ~MOTORBOATING | $0.00 | $13.97 | $0.00 | $0.00 |
| 20050216 13:41 | IC - Transfer from Inmate to Club A/c | 4154556 | | MTC | ~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $1.29 | $0.00 | $0.00 |
| 20050216 13:42 | IC - Transfer from Inmate to Club A/c | 4154558 | | MTC | ~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $1.29 | $0.00 | $0.00 |
| 20050216 14:59 | IC - Transfer from Inmate to Club A/c | 4154892 | | MTC | ~810,816,5-822,4-823~CANTEEN CORP. WASH ACCOUNT - Z6~CANTEEN CORP. WASH | $0.00 | $71.02 | $0.00 | $0.00 |

## COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date: 20060829 09:41

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Commit#: | M81137 | | | MASS. TREATMENT CENTER | | Page: | 2 |
| Name: | SCHMITT, JOSEPH,, | | | Statement From | 20050101 | | |
| Inst: | MASS. TREATMENT CENTER | | | To | 20060829 | | |
| Block: | B2 | | | | | | |
| Cell/Bed: | 020/B | | | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | ACCOUNT - Z6 | | | | |
| 20050217 22:30 | CN - Canteen | 4169642 | | MTC | ~Canteen Date : 20050217 | $0.00 | $58.65 | $0.00 | $0.00 |
| 20050218 12:33 | IC - Transfer from Inmate to Club A/c | 4171442 | | MTC | ~CLOTHING~KCN WASH ACCOUNT - Z5~KCN WASH ACCOUNT - Z5 | $0.00 | $194.27 | $0.00 | $0.00 |
| 20050218 13:20 | EX - External Disbursement | 4171564 | 97916 | MTC | ~THE MYSTERY GUILD | $0.00 | $22.96 | $0.00 | $0.00 |
| 20050224 22:30 | CN - Canteen | 4198403 | | MTC | ~Canteen Date : 20050224 | $0.00 | $56.97 | $0.00 | $0.00 |
| 20050225 08:54 | EX - External Disbursement | 4199127 | 98035 | MTC | ~PENNY MARKETING | $0.00 | $9.95 | $0.00 | $0.00 |
| 20050225 09:46 | CI - Transfer from Club to Inmate A/c | 4199391 | | MTC | ~REFUND 1/20/05~M81137 SCHMITT,JOSEPH PERSONAL~KCN WASH ACCOUNT - Z5 | $59.73 | $0.00 | $0.00 | $0.00 |
| 20050228 10:24 | IC - Transfer from Inmate to Club A/c | 4203092 | | MTC | ~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $1.75 | $0.00 | $0.00 |
| 20050303 22:30 | CN - Canteen | 4228611 | | MTC | ~Canteen Date : 20050303 | $0.00 | $59.07 | $0.00 | $0.00 |
| 20050304 10:04 | ML - Mail | 4232742 | 41224 | STH | ~TIME INC | $3.00 | $0.00 | $0.00 | $0.00 |
| 20050304 10:04 | MA - Maintenance and Administration | 4232744 | | STH | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20050304 10:04 | TI - Transfer from Institution | 4232746 | | STH | ~Associate Receipt Number is 4232742 | $0.00 | $2.00 | $0.00 | $0.00 |
| 20050304 10:04 | TI - Transfer from Institution | 4232747 | | MTC | ~Associate Receipt Number is 4232742 | $2.00 | $0.00 | $0.00 | $0.00 |
| 20050307 13:49 | IC - Transfer from Inmate to Club A/c | 4239496 | | MTC | ~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.37 | $0.00 | $0.00 |
| 20050307 13:49 | IC - Transfer from Inmate to Club A/c | 4239500 | | MTC | ~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.37 | $0.00 | $0.00 |
| 20050310 22:30 | CN - Canteen | 4265321 | | MTC | ~Canteen Date : 20050310 | $0.00 | $59.56 | $0.00 | $0.00 |
| 20050315 08:19 | ML - Mail | 4275605 | 224948 | STH | ~HACHETTE FILIPACCHI MEDIA US | $9.14 | $0.00 | $0.00 | $0.00 |
| 20050315 08:19 | TI - Transfer from Institution | 4275608 | | MTC | ~Associate Receipt Number is 4275605 | $9.14 | $0.00 | $0.00 | $0.00 |
| 20050315 08:19 | TI - Transfer from Institution | 4275607 | | STH | ~Associate Receipt Number is 4275605 | $0.00 | $9.14 | $0.00 | $0.00 |
| 20050315 16:53 | IS - Interest | 4286039 | | MTC | | $4.44 | $0.00 | $0.00 | $0.00 |
| 20050315 16:53 | IS - Interest | 4286040 | | MTC | | $0.00 | $0.00 | $0.00 | $0.00 |
| 20050317 22:30 | CN - Canteen | 4312921 | | MTC | ~Canteen Date : 20050317 | $0.00 | $59.61 | $0.00 | $0.00 |
| 20050318 12:30 | IC - Transfer from Inmate to Club A/c | 4314878 | | MTC | ~3 OVERSIZED LETTERS~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $2.49 | $0.00 | $0.00 |
| 20050321 09:02 | ML - Mail | 4317592 | 651473 | STH | ~NATIONAL GEOGRAPHIC SOCIETY | $10.00 | $0.00 | $0.00 | $0.00 |
| 20050321 09:02 | TI - Transfer from Institution | 4317594 | | STH | ~Associate Receipt Number is 4317592 | $0.00 | $10.00 | $0.00 | $0.00 |
| 20050321 09:02 | TI - Transfer from Institution | 4317595 | | MTC | ~Associate Receipt Number is 4317592 | $10.00 | $0.00 | $0.00 | $0.00 |
| 20050321 12:22 | IC - Transfer from Inmate to Club A/c | 4319343 | | MTC | ~3 PIECES OF LEGAL MAIL (ALL .83)~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $2.49 | $0.00 | $0.00 |
| 20050323 10:40 | IC - Transfer from Inmate to Club A/c | 4329271 | | MTC | ~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $5.47 | $0.00 | $0.00 |
| 20050323 14:03 | IC - Transfer from Inmate to Club A/c | 4330035 | | MTC | ~postage to: joseph chavez #43899 unit a-325 | $0.00 | $0.83 | $0.00 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
# DEPARTMENT OF CORRECTION
## Inmate Transaction Report

Date: 20060829 09:41

| Commit# : | M81137 | | | MASS. TREATMENT CENTER | | | Page: 3 | |
|---|---|---|---|---|---|---|---|---|
| Name : | SCHMITT, JOSEPH, , | | | Statement From | 20050101 | | | |
| Inst : | MASS. TREATMENT CENTER | | | To | 20060829 | | | |
| Block : | B2 | | | | | | | |
| Cell/Bed : | 020 /B | | | | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | p.o. box 1059 santa fe, new mexico 87504-1059 ~POSTAGE - Z11~POSTAGE - Z11 | | | | |
| 20050324 22:30 | CN - Canteen | 4345172 | | MTC | ~Canteen Date : 20050324 | $0.00 | $59.94 | $0.00 | $0.00 |
| 20050325 09:51 | EX - External Disbursement | 4346447 | 98743 | MTC | ~EDWARD HAMILTON | $0.00 | $15.40 | $0.00 | $0.00 |
| 20050328 14:26 | IC - Transfer from Inmate to Club A/c | 4352026 | | MTC | ~POSTAGE TO: JAMES KARVONEN, #643693 W.C.I. 3620 HARRIS ROAD WAYCROSS, GA 31501 CERT #7004 1160 0006 1673 3265~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $4.42 | $0.00 | $0.00 |
| 20050330 12:57 | IC - Transfer from Inmate to Club A/c | 4361049 | | MTC | ~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.83 | $0.00 | $0.00 |
| 20050331 22:30 | CN - Canteen | 4373682 | | MTC | ~Canteen Date : 20050331 | $0.00 | $59.87 | $0.00 | $0.00 |
| 20050401 08:33 | IC - Transfer from Inmate to Club A/c | 4376951 | | MTC | ~CERT70041160000616733531--POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $5.11 | $0.00 | $0.00 |
| 20050401 08:34 | IC - Transfer from Inmate to Club A/c | 4376953 | | MTC | ~CERT 70041160000616733524~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $5.11 | $0.00 | $0.00 |
| 20050401 08:34 | IC - Transfer from Inmate to Club A/c | 4376959 | | MTC | ~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.83 | $0.00 | $0.00 |
| 20050401 12:50 | IC - Transfer from Inmate to Club A/c | 4378657 | | MTC | ~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.60 | $0.00 | $0.00 |
| 20050407 22:30 | CN - Canteen | 4412661 | | MTC | ~Canteen Date : 20050407 | $0.00 | $59.16 | $0.00 | $0.00 |
| 20050408 16:48 | IS - Interest | 4425907 | | MTC | | $6.40 | $0.00 | $0.00 | $0.00 |
| 20050408 16:48 | IS - Interest | 4425908 | | MTC | | $0.00 | $0.00 | $0.00 | $0.00 |
| 20050412 10:14 | IC - Transfer from Inmate to Club A/c | 4442857 | | MTC | ~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.60 | $0.00 | $0.00 |
| 20050412 10:14 | IC - Transfer from Inmate to Club A/c | 4442859 | | MTC | ~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.60 | $0.00 | $0.00 |
| 20050412 10:14 | IC - Transfer from Inmate to Club A/c | 4442858 | | MTC | ~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.60 | $0.00 | $0.00 |
| 20050414 09:09 | ML - Mail | 4461105 | 20822 | STH | ~PRIMEDIA ENTHUSIAST PUBLICATIONS | $3.32 | $0.00 | $0.00 | $0.00 |
| 20050414 09:09 | MA - Maintenance and Administration | 4461108 | | STH | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20050414 09:09 | TI - Transfer from Institution | 4461111 | | MTC | ~Associate Receipt Number is 4461105 | $2.32 | $0.00 | $0.00 | $0.00 |
| 20050414 09:09 | TI - Transfer from Institution | 4461110 | | STH | ~Associate Receipt Number is 4461105 | $0.00 | $2.32 | $0.00 | $0.00 |
| 20050414 22:30 | CN - Canteen | 4465215 | | MTC | ~Canteen Date : 20050414 | $0.00 | $59.94 | $0.00 | $0.00 |
| 20050419 11:48 | CI - Transfer from Club to Inmate A/c | 4474499 | | MTC | ~REFUND 4/14/05~M81137 SCHMITT,JOSEPH PERSONAL~KCN WASH ACCOUNT - Z5 | $4.85 | $0.00 | $0.00 | $0.00 |
| 20050419 11:48 | TI - Transfer from Institution | 4474501 | | MTC | ~Associate Receipt Number is 4474499 | $4.85 | $0.00 | $0.00 | $0.00 |
| 20050419 11:48 | TI - Transfer from Institution | 4474500 | | STH | ~Associate Receipt Number is 4474499 | $0.00 | $4.85 | $0.00 | $0.00 |
| 20050420 13:37 | EX - External Disbursement | 4481636 | 99392 | MTC | ~TRAVELER | $0.00 | $12.00 | $0.00 | $0.00 |
| 20050420 13:38 | EX - External Disbursement | 4481639 | 99391 | MTC | ~CARGO | $0.00 | $9.97 | $0.00 | $0.00 |
| 20050420 13:41 | EX - External Disbursement | 4481658 | 99385 | MTC | ~OUTDOOR LIFE | $0.00 | $11.97 | $0.00 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
# DEPARTMENT OF CORRECTION
# Inmate Transaction Report

Date : 20060829 09:41

| | | | | | Page: 4 |
|---|---|---|---|---|---|
| Commit# : | M81137 | | MASS. TREATMENT CENTER | | |
| Name : | SCHMITT, JOSEPH,, | | Statement From | 20050101 | |
| Inst : | MASS. TREATMENT CENTER | | To | 20060829 | |
| Block : | B2 | | | | |
| Cell/Bed : | 020/B | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| 20050420 13:41 | EX - External Disbursement | 4481665 | 99383 | MTC | ~FLYING BUFFALO INC | $0.00 | $25.00 | $0.00 | $0.00 |
| 20050420 13:55 | CI - Transfer from Club to Inmate A/c | 4481719 | | MTC | ~REFUND 4/14/05~M81137 SCHMITT,JOSEPH PERSONAL~KCN WASH ACCOUNT - Z5 | $2.90 | $0.00 | $0.00 | $0.00 |
| 20050420 13:55 | TI - Transfer from Institution | 4481720 | | STH | ~Associate Receipt Number is 4481719 | $0.00 | $2.90 | $0.00 | $0.00 |
| 20050420 13:55 | TI - Transfer from Institution | 4481721 | | MTC | ~Associate Receipt Number is 4481719 | $2.90 | $0.00 | $0.00 | $0.00 |
| 20050421 22:30 | CN - Canteen | 4494885 | | MTC | ~Canteen Date : 20050421 | $0.00 | $56.73 | $0.00 | $0.00 |
| 20050425 16:45 | CI - Transfer from Club to Inmate A/c | 4501884 | | MTC | ~REFUND 3/10/05~M81137 SCHMITT,JOSEPH PERSONAL~KCN WASH ACCOUNT - Z5 | $2.90 | $0.00 | $0.00 | $0.00 |
| 20050425 16:45 | TI - Transfer from Institution | 4501885 | | STH | ~Associate Receipt Number is 4501884 | $0.00 | $2.90 | $0.00 | $0.00 |
| 20050425 16:45 | TI - Transfer from Institution | 4501886 | | MTC | ~Associate Receipt Number is 4501884 | $2.90 | $0.00 | $0.00 | $0.00 |
| 20050428 22:30 | CN - Canteen | 4523713 | | MTC | ~Canteen Date : 20050428 | $0.00 | $57.99 | $0.00 | $0.00 |
| 20050429 11:17 | EX - External Disbursement | 4527629 | 99657 | MTC | ~MYSTERY GUILD | $0.00 | $30.98 | $0.00 | $0.00 |
| 20050502 13:45 | IC - Transfer from Inmate to Club A/c | 4534943 | | MTC | ~POSTAGE TO WORCESTER, MA~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $6.54 | $0.00 | $0.00 |
| 20050505 22:30 | CN - Canteen | 4563217 | | MTC | ~Canteen Date : 20050505 | $0.00 | $53.45 | $0.00 | $0.00 |
| 20050510 14:12 | CI - Transfer from Club to Inmate A/c | 4578422 | | MTC | ~REFUND 5/5/05~M81137 SCHMITT,JOSEPH PERSONAL~KCN WASH ACCOUNT - Z5 | $7.07 | $0.00 | $0.00 | $0.00 |
| 20050510 14:12 | TI - Transfer from Institution | 4578423 | | STH | ~Associate Receipt Number is 4578422 | $0.00 | $7.07 | $0.00 | $0.00 |
| 20050510 14:12 | TI - Transfer from Institution | 4578424 | | MTC | ~Associate Receipt Number is 4578422 | $7.07 | $0.00 | $0.00 | $0.00 |
| 20050511 13:14 | EX - External Disbursement | 4583867 | 99919 | MTC | ~NATIONAL GEOGRAPHIC SOCIETY | $0.00 | $17.90 | $0.00 | $0.00 |
| 20050511 13:14 | MA - Maintenance and Administration | 4583869 | | MTC | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20050511 13:17 | EX - External Disbursement | 4583892 | 99907 | MTC | ~MYSTERY GUILD | $0.00 | $11.50 | $0.00 | $0.00 |
| 20050511 14:03 | IC - Transfer from Inmate to Club A/c | 4584070 | | MTC | ~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.83 | $0.00 | $0.00 |
| 20050511 14:08 | IC - Transfer from Inmate to Club A/c | 4584092 | | MTC | ~CERT 70041160000616733517~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $5.11 | $0.00 | $0.00 |
| 20050511 14:09 | IC - Transfer from Inmate to Club A/c | 4584093 | | MTC | ~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.60 | $0.00 | $0.00 |
| 20050511 16:48 | IS - Interest | 4592254 | | MTC | | $5.64 | $0.00 | $0.00 | $0.00 |
| 20050511 16:48 | IS - Interest | 4592255 | | MTC | | $0.00 | $0.00 | $0.00 | $0.00 |
| 20050512 22:30 | CN - Canteen | 4613776 | | MTC | ~Canteen Date : 20050512 | $0.00 | $59.70 | $0.00 | $0.00 |
| 20050516 11:23 | EX - External Disbursement | 4622142 | 100061 | MTC | ~OUT | $0.00 | $17.95 | $0.00 | $0.00 |
| 20050518 14:52 | IC - Transfer from Inmate to Club A/c | 4633370 | | MTC | ~POSTAGE TO WORCESTER, MA~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $1.29 | $0.00 | $0.00 |
| 20050519 22:30 | CN - Canteen | 4647383 | | MTC | ~Canteen Date : 20050519 | $0.00 | $51.71 | $0.00 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date: 20060829 09:41

| | | | | |
|---|---|---|---|---|
| Commit# : | M81137 | MASS. TREATMENT CENTER | | Page: 5 |
| Name : | SCHMITT, JOSEPH,, | Statement From | 20050101 | |
| Inst : | MASS. TREATMENT CENTER | To | 20060829 | |
| Block : | B2 | | | |
| Cell/Bed : | 020 /B | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| 20050524 16:27 | CI - Transfer from Club to Inmate A/c | 4659817 | | MTC | ~REFUND 5/19/05~M81137 SCHMITT,JOSEPH PERSONAL~KCN WASH ACCOUNT - Z5 | $51.71 | $0.00 | $0.00 | $0.00 |
| 20050524 16:27 | TI - Transfer from Institution | 4659819 | | MTC | ~Associate Receipt Number is 4659817 | $51.71 | $0.00 | $0.00 | $0.00 |
| 20050524 16:27 | TI - Transfer from Institution | 4659818 | | STH | ~Associate Receipt Number is 4659817 | $0.00 | $51.71 | $0.00 | $0.00 |
| 20050526 22:30 | CN - Canteen | 4681062 | | MTC | ~Canteen Date : 20050526 | $0.00 | $55.19 | $0.00 | $0.00 |
| 20050527 11:10 | IC - Transfer from Inmate to Club A/c | 4682682 | | MTC | ~822,823,825~CANTEEN CORP. WASH ACCOUNT - Z6~CANTEEN CORP. WASH ACCOUNT - Z6 | $0.00 | $52.84 | $0.00 | $0.00 |
| 20050527 12:45 | IC - Transfer from Inmate to Club A/c | 4682972 | | MTC | ~CLOTHING~KCN WASH ACCOUNT - Z5~KCN WASH ACCOUNT - Z5 | $0.00 | $112.44 | $0.00 | $0.00 |
| 20050527 14:32 | IC - Transfer from Inmate to Club A/c | 4683234 | | MTC | ~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $5.80 | $0.00 | $0.00 |
| 20050531 08:21 | VC - Voided Check | 4686004 | 100061 | STH | ~OUT | $17.95 | $0.00 | $0.00 | $0.00 |
| 20050531 08:21 | TI - Transfer from Institution | 4686005 | | STH | ~Associate Receipt Number is 4686004 | $0.00 | $17.95 | $0.00 | $0.00 |
| 20050531 08:21 | TI - Transfer from Institution | 4686006 | | MTC | ~Associate Receipt Number is 4686004 | $17.95 | $0.00 | $0.00 | $0.00 |
| 20050602 22:30 | CN - Canteen | 4711477 | | MTC | ~Canteen Date : 20050602 | $0.00 | $58.32 | $0.00 | $0.00 |
| 20050603 14:01 | EX - External Disbursement | 4714488 | 100449 | MTC | ~MYSTERY GUILD | $0.00 | $8.60 | $0.00 | $0.00 |
| 20050603 14:01 | MA - Maintenance and Administration | 4714490 | | MTC | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20050606 14:01 | IC - Transfer from Inmate to Club A/c | 4720687 | | MTC | ~CERT 70041160000616733500~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $4.42 | $0.00 | $0.00 |
| 20050607 13:36 | EX - External Disbursement | 4726912 | 100566 | MTC | ~PARALYZED VETERANS OF AMERICA | $0.00 | $15.00 | $0.00 | $0.00 |
| 20050608 13:41 | IC - Transfer from Inmate to Club A/c | 4733061 | | MTC | ~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $3.69 | $0.00 | $0.00 |
| 20050609 16:49 | IS - Interest | 4754031 | | MTC | | $4.92 | $0.00 | $0.00 | $0.00 |
| 20050609 16:49 | IS - Interest | 4754032 | | MTC | | $0.00 | $0.00 | $0.00 | $0.00 |
| 20050609 22:30 | CN - Canteen | 4762575 | | MTC | ~Canteen Date : 20050609 | $0.00 | $59.85 | $0.00 | $0.00 |
| 20050610 11:13 | EX - External Disbursement | 4767121 | 100670 | MTC | ~HOT ROD | $0.00 | $12.00 | $0.00 | $0.00 |
| 20050615 10:55 | IC - Transfer from Inmate to Club A/c | 4782801 | | MTC | ~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.60 | $0.00 | $0.00 |
| 20050616 22:30 | CN - Canteen | 4798023 | | MTC | ~Canteen Date : 20050616 | $0.00 | $55.02 | $0.00 | $0.00 |
| 20050620 11:46 | IC - Transfer from Inmate to Club A/c | 4805483 | | MTC | ~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $1.52 | $0.00 | $0.00 |
| 20050620 11:46 | IC - Transfer from Inmate to Club A/c | 4805490 | | MTC | ~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $1.52 | $0.00 | $0.00 |
| 20050621 15:38 | CI - Transfer from Club to Inmate A/c | 4811586 | | MTC | ~REFUND SHOWER SHOES~M81137 SCHMITT,JOSEPH PERSONAL~KCN WASH ACCOUNT - Z5 | $0.23 | $0.00 | $0.00 | $0.00 |
| 20050621 15:38 | TI - Transfer from Institution | 4811588 | | MTC | ~Associate Receipt Number is 4811586 | $0.23 | $0.00 | $0.00 | $0.00 |
| 20050621 15:38 | TI - Transfer from Institution | 4811587 | | STH | ~Associate Receipt Number is 4811586 | $0.00 | $0.23 | $0.00 | $0.00 |
| 20050623 22:30 | CN - Canteen | 4829156 | | MTC | ~Canteen Date : 20050623 | $0.00 | $59.85 | $0.00 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
# DEPARTMENT OF CORRECTION
## Inmate Transaction Report

Date: 20060829 09:41

| | | | | | Page: 6 |
|---|---|---|---|---|---|
| Commit# : | M81137 | | MASS. TREATMENT CENTER | | |
| Name : | SCHMITT, JOSEPH,, | | Statement From | 20050101 | |
| Inst : | MASS. TREATMENT CENTER | | To | 20060829 | |
| Block : | B2 | | | | |
| Cell/Bed : | 020 /B | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| 20050630 13:57 | IC - Transfer from Inmate to Club A/c | 4860042 | | MTC | ~CERT7004 1160 0006 1673 3241~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $9.90 | $0.00 | $0.00 |
| 20050630 13:58 | IC - Transfer from Inmate to Club A/c | 4860044 | | MTC | ~CERT 7004 1160 0006 1673 3234~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $9.90 | $0.00 | $0.00 |
| 20050630 22:30 | CN - Canteen | 4860826 | | MTC | ~Canteen Date : 20050630 | $0.00 | $59.15 | $0.00 | $0.00 |
| 20050706 14:07 | IC - Transfer from Inmate to Club A/c | 4884596 | | MTC | ~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.83 | $0.00 | $0.00 |
| 20050707 22:30 | CN - Canteen | 4899387 | | MTC | ~Canteen Date : 20050707 | $0.00 | $50.01 | $0.00 | $0.00 |
| 20050711 14:49 | IC - Transfer from Inmate to Club A/c | 4909839 | | MTC | ~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $3.85 | $0.00 | $0.00 |
| 20050712 13:01 | EX - External Disbursement | 4915241 | 101315 | MTC | ~DELTA PUBLISHING | $0.00 | $44.80 | $0.00 | $0.00 |
| 20050712 13:01 | MA - Maintenance and Administration | 4915243 | | MTC | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20050713 16:51 | IS - Interest | 4929296 | | MTC | | $3.36 | $0.00 | $0.00 | $0.00 |
| 20050713 16:51 | IS - Interest | 4929297 | | MTC | | $0.00 | $0.00 | $0.00 | $0.00 |
| 20050714 22:30 | CN - Canteen | 4951258 | | MTC | ~Canteen Date : 20050714 | $0.00 | $59.80 | $0.00 | $0.00 |
| 20050721 22:30 | CN - Canteen | 4983671 | | MTC | ~Canteen Date : 20050721 | $0.00 | $56.75 | $0.00 | $0.00 |
| 20050722 10:13 | IC - Transfer from Inmate to Club A/c | 4986242 | | MTC | ~SPECIAL ORDER SNEAKERS~KCN WASH ACCOUNT - Z5~KCN WASH ACCOUNT - Z5 | $0.00 | $107.99 | $0.00 | $0.00 |
| 20050722 10:54 | EX - External Disbursement | 4986536 | 101600 | MTC | ~PARALYZED VETERANS OF AMERICA | $0.00 | $15.00 | $0.00 | $0.00 |
| 20050728 22:30 | CN - Canteen | 5013612 | | MTC | ~Canteen Date : 20050728 | $0.00 | $59.80 | $0.00 | $0.00 |
| 20050803 16:52 | IS - Interest | 5044152 | | MTC | | $2.20 | $0.00 | $0.00 | $0.00 |
| 20050803 16:52 | IS - Interest | 5044153 | | MTC | | $0.00 | $0.00 | $0.00 | $0.00 |
| 20050804 22:30 | CN - Canteen | 5067974 | | MTC | ~Canteen Date : 20050804 | $0.00 | $16.78 | $0.00 | $0.00 |
| 20050808 11:55 | CI - Transfer from Club to Inmate A/c | 5076769 | | MTC | ~REFUND 7/28/05~M81137 SCHMITT,JOSEPH PERSONAL~KCN WASH ACCOUNT - Z5 | $59.80 | $0.00 | $0.00 | $0.00 |
| 20050808 11:55 | TI - Transfer from Institution | 5076770 | | STH | ~Associate Receipt Number is 5076769 | $0.00 | $59.80 | $0.00 | $0.00 |
| 20050808 11:55 | TI - Transfer from Institution | 5076771 | | MTC | ~Associate Receipt Number is 5076769 | $59.80 | $0.00 | $0.00 | $0.00 |
| 20050808 13:55 | IC - Transfer from Inmate to Club A/c | 5077991 | | MTC | ~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.60 | $0.00 | $0.00 |
| 20050811 11:52 | IC - Transfer from Inmate to Club A/c | 5102778 | | MTC | ~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.60 | $0.00 | $0.00 |
| 20050812 10:19 | EX - External Disbursement | 5108101 | 102085 | MTC | ~DELTA PUBLISHING GROUP | $0.00 | $2.00 | $0.00 | $0.00 |
| 20050812 10:19 | MA - Maintenance and Administration | 5108103 | | MTC | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20050818 22:30 | CN - Canteen | 5137466 | | MTC | ~Canteen Date : 20050818 | $0.00 | $17.40 | $0.00 | $0.00 |
| 20050819 07:40 | EX - External Disbursement | 5140459 | 102244 | MTC | ~NATIONAL GEOGRAPHIC SOCIETY | $0.00 | $17.90 | $0.00 | $0.00 |
| 20050819 07:40 | EX - External Disbursement | 5140460 | 102243 | MTC | ~PENNY MARKETING | $0.00 | $23.45 | $0.00 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
# DEPARTMENT OF CORRECTION
## Inmate Transaction Report

Date: 20060829 09:41

| | | | | | | Page: 7 |
|---|---|---|---|---|---|---|
| Commit# : | M81137 | | | MASS. TREATMENT CENTER | | |
| Name : | SCHMITT, JOSEPH,, | | | Statement From | 20050101 | |
| Inst : | MASS. TREATMENT CENTER | | | To | 20060829 | |
| Block : | B2 | | | | | |
| Cell/Bed : | 020 /B | | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| 20050819 07:41 | EX - External Disbursement | 5140461 | 102242 | MTC | ~N.Y.C. DEPT. OF HEALTH | $0.00 | $15.00 | $0.00 | $0.00 |
| 20050819 13:15 | EX - External Disbursement | 5141731 | 102241 | MTC | ~PARALYZED VETERANS OF AMERICA | $0.00 | $10.00 | $0.00 | $0.00 |
| 20050825 22:30 | CN - Canteen | 5168612 | | MTC | ~Canteen Date : 20050825 | $0.00 | $29.34 | $0.00 | $0.00 |
| 20050901 12:38 | CN - Canteen | 5198932 | | MTC | ~Canteen Date : 20050831 | $0.00 | $32.44 | $0.00 | $0.00 |
| 20050906 10:47 | EX - External Disbursement | 5214978 | 102603 | MTC | ~TV GUIDE | $0.00 | $26.58 | $0.00 | $0.00 |
| 20050906 10:47 | MA - Maintenance and Administration | 5214980 | | MTC | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20050907 14:03 | IC - Transfer from Inmate to Club A/c | 5223643 | | MTC | ~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.83 | $0.00 | $0.00 |
| 20050908 22:30 | CN - Canteen | 5240723 | | MTC | ~Canteen Date : 20050908 | $0.00 | $29.31 | $0.00 | $0.00 |
| 20050909 13:04 | IC - Transfer from Inmate to Club A/c | 5243323 | | MTC | ~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $3.85 | $0.00 | $0.00 |
| 20050909 13:05 | IC - Transfer from Inmate to Club A/c | 5243344 | | MTC | ~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $8.30 | $0.00 | $0.00 |
| 20050909 17:12 | IS - Interest | 5251778 | | MTC | | $1.31 | $0.00 | $0.00 | $0.00 |
| 20050909 17:12 | IS - Interest | 5251779 | | MTC | | $0.00 | $0.00 | $0.00 | $0.00 |
| 20050913 13:31 | IC - Transfer from Inmate to Club A/c | 5271364 | | MTC | ~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $3.13 | $0.00 | $0.00 |
| 20050914 11:16 | IC - Transfer from Inmate to Club A/c | 5276777 | | MTC | ~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.83 | $0.00 | $0.00 |
| 20050914 11:19 | IC - Transfer from Inmate to Club A/c | 5276797 | | MTC | ~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $3.72 | $0.00 | $0.00 |
| 20050915 22:30 | CN - Canteen | 5292201 | | MTC | ~Canteen Date : 20050915 | $0.00 | $20.61 | $0.00 | $0.00 |
| 20050919 14:48 | CI - Transfer from Club to Inmate A/c | 5300387 | | MTC | ~TO OFFSET PREVIOUS ERROR - 3.72 CHARGED IN ERROR - SHOULD HAVE BEEN CHARGED TO ANOTHER INMATE.~M81137 SCHMITT,JOSEPH PERSONAL~POSTAGE - Z11 | $3.72 | $0.00 | $0.00 | $0.00 |
| 20050919 14:48 | TI - Transfer from Institution | 5300388 | | STH | ~Associate Receipt Number is 5300387 | $0.00 | $3.72 | $0.00 | $0.00 |
| 20050919 14:48 | TI - Transfer from Institution | 5300389 | | MTC | ~Associate Receipt Number is 5300387 | $3.72 | $0.00 | $0.00 | $0.00 |
| 20050922 22:30 | CN - Canteen | 5323798 | | MTC | ~Canteen Date : 20050922 | $0.00 | $21.21 | $0.00 | $0.00 |
| 20050923 14:56 | EX - External Disbursement | 5327997 | 103096 | MTC | ~PARALYZED VETERANS OF AMERICA | $0.00 | $15.00 | $0.00 | $0.00 |
| 20050929 22:30 | CN - Canteen | 5355075 | | MTC | ~Canteen Date : 20050929 | $0.00 | $57.36 | $0.00 | $0.00 |
| 20051006 15:14 | IC - Transfer from Inmate to Club A/c | 5393661 | | MTC | ~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $8.01 | $0.00 | $0.00 |
| 20051006 22:30 | CN - Canteen | 5394276 | | MTC | ~Canteen Date : 20051006 | $0.00 | $36.68 | $0.00 | $0.00 |
| 20051013 16:50 | IS - Interest | 5434968 | | MTC | | $0.60 | $0.00 | $0.00 | $0.00 |
| 20051013 16:50 | IS - Interest | 5434969 | | MTC | | $0.00 | $0.00 | $0.00 | $0.00 |
| 20051108 17:29 | IS - Interest | 5574480 | | MTC | | $0.00 | $0.00 | $0.00 | $0.00 |
| 20051108 17:29 | IS - Interest | 5574481 | | MTC | | $0.00 | $0.00 | $0.00 | $0.00 |
| 20051214 16:57 | IS - Interest | 5776473 | | MTC | | $0.00 | $0.00 | $0.00 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
# DEPARTMENT OF CORRECTION
## Inmate Transaction Report

Date: 20060829 09:41

| | | | | | |
|---|---|---|---|---|---|
| Commit#: | M81137 | | MASS. TREATMENT CENTER | | Page: 8 |
| Name: | SCHMITT, JOSEPH,, | | Statement From | 20050101 | |
| Inst: | MASS. TREATMENT CENTER | | To | 20060829 | |
| Block: | B2 | | | | |
| Cell/Bed: | 020 /B | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| 20051223 09:20 | ML - Mail | 5844577 | 252351 | STH | ~TV GUIDE | $5.80 | $0.00 | $0.00 | $0.00 |
| 20051223 09:20 | TI - Transfer from Institution | 5844583 | | MTC | ~Associate Receipt Number is 5844577 | $4.80 | $0.00 | $0.00 | $0.00 |
| 20051223 09:20 | TI - Transfer from Institution | 5844582 | | STH | ~Associate Receipt Number is 5844577 | $0.00 | $4.80 | $0.00 | $0.00 |
| 20051223 09:20 | MA - Maintenance and Administration | 5844580 | | STH | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20060110 10:53 | CI - Transfer from Club to Inmate A/c | 5930469 | | MTC | ~CANTEEN REFUND 8/25/05~M81137 SCHMITT,JOSEPH PERSONAL~KCN WASH ACCOUNT - Z5 | $29.34 | $0.00 | $0.00 | $0.00 |
| 20060110 10:53 | TI - Transfer from Institution | 5930470 | | STH | ~Associate Receipt Number is 5930469 | $0.00 | $29.34 | $0.00 | $0.00 |
| 20060110 10:53 | TI - Transfer from Institution | 5930471 | | MTC | ~Associate Receipt Number is 5930469 | $29.34 | $0.00 | $0.00 | $0.00 |
| 20060110 10:54 | CI - Transfer from Club to Inmate A/c | 5930475 | | MTC | ~CANTEEN REFUND 8/31/05~M81137 SCHMITT,JOSEPH PERSONAL~KCN WASH ACCOUNT - Z5 | $32.44 | $0.00 | $0.00 | $0.00 |
| 20060110 10:54 | TI - Transfer from Institution | 5930476 | | STH | ~Associate Receipt Number is 5930475 | $0.00 | $32.44 | $0.00 | $0.00 |
| 20060110 10:54 | TI - Transfer from Institution | 5930477 | | MTC | ~Associate Receipt Number is 5930475 | $32.44 | $0.00 | $0.00 | $0.00 |
| 20060110 10:55 | CI - Transfer from Club to Inmate A/c | 5930480 | | MTC | ~CANTEEN REFUND 9/8/05~M81137 SCHMITT,JOSEPH PERSONAL~KCN WASH ACCOUNT - Z5 | $29.31 | $0.00 | $0.00 | $0.00 |
| 20060110 10:55 | TI - Transfer from Institution | 5930482 | | MTC | ~Associate Receipt Number is 5930480 | $29.31 | $0.00 | $0.00 | $0.00 |
| 20060110 10:55 | TI - Transfer from Institution | 5930481 | | STH | ~Associate Receipt Number is 5930480 | $0.00 | $29.31 | $0.00 | $0.00 |
| 20060112 22:30 | CN - Canteen | 5951099 | | MTC | ~Canteen Date: 20060112 | $0.00 | $50.12 | $0.00 | $0.00 |
| 20060119 16:40 | IS - Interest | 5990066 | | MTC | | $0.00 | $0.00 | $0.00 | $0.00 |
| 20060120 14:20 | IC - Transfer from Inmate to Club A/c | 6004250 | | MTC | ~4 PIECES OF MAIL~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $4.92 | $0.00 | $0.00 |
| 20060125 14:02 | IC - Transfer from Inmate to Club A/c | 6019196 | | MTC | ~5 LETTERS~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $1.95 | $0.00 | $0.00 |
| 20060126 22:30 | CN - Canteen | 6032278 | | MTC | ~Canteen Date: 20060126 | $0.00 | $33.54 | $0.00 | $0.00 |
| 20060216 16:54 | IS - Interest | 6151383 | | MTC | | $0.12 | $0.00 | $0.00 | $0.00 |
| 20060216 16:54 | IS - Interest | 6151384 | | MTC | | $0.00 | $0.00 | $0.00 | $0.00 |
| 20060301 16:55 | IS - Interest | 6222447 | | MTC | | $0.00 | $0.00 | $0.00 | $0.00 |
| 20060301 16:55 | IS - Interest | 6222448 | | MTC | | $0.00 | $0.00 | $0.00 | $0.00 |
| 20060406 16:50 | IS - Interest | 6436528 | | MTC | | $0.00 | $0.00 | $0.00 | $0.00 |
| 20060406 16:50 | IS - Interest | 6436529 | | MTC | | $0.00 | $0.00 | $0.00 | $0.00 |
| 20060424 08:12 | ML - Mail | 6524549 | | STH | ~DEREK KOLB | $500.00 | $0.00 | $0.00 | $0.00 |
| 20060424 08:12 | TI - Transfer from Institution | 6524553 | | STH | ~Associate Receipt Number is 6524549 | $0.00 | $499.00 | $0.00 | $0.00 |
| 20060424 08:12 | TI - Transfer from Institution | 6524554 | | MTC | ~Associate Receipt Number is 6524549 | $499.00 | $0.00 | $0.00 | $0.00 |
| 20060424 08:12 | MA - Maintenance and Administration | 6524551 | | STH | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
# DEPARTMENT OF CORRECTION
## Inmate Transaction Report

Date : 20060829 09:41

| | | | | | |
|---|---|---|---|---|---|
| Commit# : | M81137 | | MASS. TREATMENT CENTER | | Page : 9 |
| Name : | SCHMITT, JOSEPH,, | | Statement From | 20050101 | |
| Inst : | MASS. TREATMENT CENTER | | To | 20060829 | |
| Block : | B2 | | | | |
| Cell/Bed : | 020 /B | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| 20060427 13:28 | IC - Transfer from Inmate to Club A/c | 6550810 | | MTC | ~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $4.05 | $0.00 | $0.00 |
| 20060427 13:30 | IC - Transfer from Inmate to Club A/c | 6550811 | | MTC | ~4 PIECES OF MAIL & 1 OVERWEIGHT~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $2.19 | $0.00 | $0.00 |
| 20060427 22:30 | CN - Canteen | 6551881 | | MTC | ~Canteen Date : 20060427 | $0.00 | $56.95 | $0.00 | $0.00 |
| 20060428 09:00 | IC - Transfer from Inmate to Club A/c | 6555267 | | MTC | ~2 PIECES OVERWEIGHT MAIL~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $1.26 | $0.00 | $0.00 |
| 20060428 15:23 | IC - Transfer from Inmate to Club A/c | 6556386 | | MTC | ~FRANCIS POWERS~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.63 | $0.00 | $0.00 |
| 20060502 10:13 | IC - Transfer from Inmate to Club A/c | 6568370 | | MTC | ~JUDGE CORNETTA CERT~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $4.64 | $0.00 | $0.00 |
| 20060503 09:44 | IC - Transfer from Inmate to Club A/c | 6575191 | | MTC | ~ROBT MURPHY~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $2.31 | $0.00 | $0.00 |
| 20060503 09:44 | IC - Transfer from Inmate to Club A/c | 6575199 | | MTC | ~GLEN EDDINGTON~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $2.31 | $0.00 | $0.00 |
| 20060503 09:45 | IC - Transfer from Inmate to Club A/c | 6575201 | | MTC | ~DOC LEGAL~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $2.79 | $0.00 | $0.00 |
| 20060503 09:46 | IC - Transfer from Inmate to Club A/c | 6575211 | | MTC | ~DOC DEFENDANT~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $2.31 | $0.00 | $0.00 |
| 20060503 09:46 | IC - Transfer from Inmate to Club A/c | 6575213 | | MTC | ~THOMAS COSTA~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $2.31 | $0.00 | $0.00 |
| 20060503 09:47 | IC - Transfer from Inmate to Club A/c | 6575229 | | MTC | ~US MARSHALL~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $4.05 | $0.00 | $0.00 |
| 20060503 09:48 | IC - Transfer from Inmate to Club A/c | 6575239 | | MTC | ~US MARSHALL~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $4.05 | $0.00 | $0.00 |
| 20060503 09:49 | IC - Transfer from Inmate to Club A/c | 6575241 | | MTC | ~ROPES & GRAY~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $4.05 | $0.00 | $0.00 |
| 20060503 09:49 | IC - Transfer from Inmate to Club A/c | 6575247 | | MTC | ~US MARSHALL~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $4.05 | $0.00 | $0.00 |
| 20060503 13:38 | IC - Transfer from Inmate to Club A/c | 6576874 | | MTC | ~ROPES & GRAY~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $4.06 | $0.00 | $0.00 |
| 20060503 13:43 | IC - Transfer from Inmate to Club A/c | 6576906 | | MTC | ~FRANCIS POWERS~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.87 | $0.00 | $0.00 |
| 20060503 13:44 | IC - Transfer from Inmate to Club A/c | 6576908 | | MTC | ~US DIST COURT~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $2.07 | $0.00 | $0.00 |
| 20060504 16:50 | IS - Interest | 6597194 | | MTC | | $0.62 | $0.00 | $0.00 | $0.00 |
| 20060504 16:50 | IS - Interest | 6597195 | | MTC | | $0.00 | $0.00 | $0.00 | $0.00 |
| 20060504 22:30 | CN - Canteen | 6607712 | | MTC | ~Canteen Date : 20060504 | $0.00 | $51.32 | $0.00 | $0.00 |
| 20060508 14:20 | IC - Transfer from Inmate to Club A/c | 6618804 | | MTC | ~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $3.89 | $0.00 | $0.00 |
| 20060508 14:26 | IC - Transfer from Inmate to Club A/c | 6618864 | | MTC | ~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.39 | $0.00 | $0.00 |
| 20060508 14:26 | IC - Transfer from Inmate to Club A/c | 6618870 | | MTC | ~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.63 | $0.00 | $0.00 |
| 20060508 14:36 | IC - Transfer from Inmate to Club A/c | 6619021 | | MTC | ~822,823~CANTEEN CORP. WASH ACCOUNT - Z6~CANTEEN CORP. WASH ACCOUNT - Z6 | $0.00 | $35.84 | $0.00 | $0.00 |
| 20060511 14:11 | IC - Transfer from Inmate to Club A/c | 6646043 | | MTC | ~CERT-70051820000779172844~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $5.12 | $0.00 | $0.00 |
| 20060511 22:30 | CN - Canteen | 6647205 | | MTC | ~Canteen Date : 20060511 | $0.00 | $59.72 | $0.00 | $0.00 |
| 20060512 13:55 | IC - Transfer from Inmate to Club A/c | 6651576 | | MTC | ~FRANCIS FORD~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.63 | $0.00 | $0.00 |
| 20060512 13:55 | IC - Transfer from Inmate to Club A/c | 6651577 | | MTC | ~3 LEGAL~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $1.17 | $0.00 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
# DEPARTMENT OF CORRECTION
## Inmate Transaction Report

Date: 20060829 09:41

| | | | |
|---|---|---|---|
| Commit# : | M81137 | MASS. TREATMENT CENTER | Page: 10 |
| Name : | SCHMITT, JOSEPH, , | Statement From  20050101 | |
| Inst : | MASS. TREATMENT CENTER | To  20060829 | |
| Block : | B2 | | |
| Cell/Bed : | 020 /B | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| 20060515 15:46 | IC - Transfer from Inmate to Club A/c | 6657053 | | MTC | ~2 LEGAL-POWERS & PAGANO 1 CERT - PAGANO--POSTAGE - Z11--POSTAGE - Z11 | $0.00 | $5.42 | $0.00 | $0.00 |
| 20060517 14:02 | IC - Transfer from Inmate to Club A/c | 6667801 | | MTC | ~822,823--CANTEEN CORP. WASH ACCOUNT - Z6--CANTEEN CORP. WASH ACCOUNT - Z6 | $0.00 | $35.84 | $0.00 | $0.00 |
| 20060518 22:30 | CN - Canteen | 6681272 | | MTC | ~Canteen Date : 20060518 | $0.00 | $58.93 | $0.00 | $0.00 |
| 20060519 09:27 | IC - Transfer from Inmate to Club A/c | 6684643 | | MTC | ~legal:LOCONTO, HIRCH, US DIST.CT, ROPES & GRAY, F.PAGANO, US CT/APPLS--POSTAGE - Z11--POSTAGE - Z11 | $0.00 | $2.34 | $0.00 | $0.00 |
| 20060519 09:37 | IC - Transfer from Inmate to Club A/c | 6684718 | | MTC | ~F POWERS--POSTAGE - Z11--POSTAGE - Z11 | $0.00 | $0.63 | $0.00 | $0.00 |
| 20060519 09:38 | IC - Transfer from Inmate to Club A/c | 6684723 | | MTC | ~CERT 70060100000644247634--POSTAGE - Z11--POSTAGE - Z11 | $0.00 | $9.25 | $0.00 | $0.00 |
| 20060519 10:59 | EX - External Disbursement | 6685148 | 108680 | MTC | ~DEREK KOLB | $0.00 | $25.00 | $0.00 | $0.00 |
| 20060519 10:59 | MA - Maintenance and Administration | 6685150 | | MTC | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20060519 14:38 | IC - Transfer from Inmate to Club A/c | 6685721 | | MTC | ~F POWERS--POSTAGE - Z11--POSTAGE - Z11 | $0.00 | $1.11 | $0.00 | $0.00 |
| 20060522 13:54 | IC - Transfer from Inmate to Club A/c | 6690090 | | MTC | ~LEGAL-CLERK,CHAVEZ,POWERS--POSTAGE - Z11--POSTAGE - Z11 | $0.00 | $1.17 | $0.00 | $0.00 |
| 20060524 14:08 | IC - Transfer from Inmate to Club A/c | 6701076 | | MTC | ~5 PIECES LEGAL MAIL--POSTAGE - Z11--POSTAGE - Z11 | $0.00 | $1.95 | $0.00 | $0.00 |
| 20060525 22:30 | CN - Canteen | 6715013 | | MTC | ~Canteen Date : 20060525 | $0.00 | $59.64 | $0.00 | $0.00 |
| 20060526 09:23 | ML - Mail | 6718727 | 6731669 | STH | ~LOCONTO BURKE MADAIO | $50.00 | $0.00 | $0.00 | $0.00 |
| 20060526 09:23 | TI - Transfer from Institution | 6718728 | | STH | ~Associate Receipt Number is 6718727 | $0.00 | $50.00 | $0.00 | $0.00 |
| 20060526 09:23 | TI - Transfer from Institution | 6718729 | | MTC | ~Associate Receipt Number is 6718727 | $50.00 | $0.00 | $0.00 | $0.00 |
| 20060526 09:39 | ML - Mail | 6718910 | 3312 | STH | ~SETTLEMENT COMM OF MA | $302.00 | $0.00 | $0.00 | $0.00 |
| 20060526 09:39 | TI - Transfer from Institution | 6718912 | | MTC | ~Associate Receipt Number is 6718910 | $302.00 | $0.00 | $0.00 | $0.00 |
| 20060526 09:39 | TI - Transfer from Institution | 6718911 | | STH | ~Associate Receipt Number is 6718910 | $0.00 | $302.00 | $0.00 | $0.00 |
| 20060526 11:03 | IC - Transfer from Inmate to Club A/c | 6719343 | | MTC | ~LEGAL MAIL--POSTAGE - Z11--POSTAGE - Z11 | $0.00 | $0.78 | $0.00 | $0.00 |
| 20060601 22:30 | CN - Canteen | 6745986 | | MTC | ~Canteen Date : 20060601 | $0.00 | $18.38 | $0.00 | $0.00 |
| 20060606 17:01 | IS - Interest | 6772073 | | MTC | | $1.61 | $0.00 | $0.00 | $0.00 |
| 20060606 17:01 | IS - Interest | 6772074 | | MTC | | $0.00 | $0.00 | $0.00 | $0.00 |
| 20060607 13:33 | IC - Transfer from Inmate to Club A/c | 6788454 | | MTC | ~US DIST CT--PHOTO - Z13--PHOTO - Z13 | $0.00 | $0.63 | $0.00 | $0.00 |
| 20060608 22:30 | CN - Canteen | 6803787 | | MTC | ~Canteen Date : 20060608 | $0.00 | $59.38 | $0.00 | $0.00 |
| 20060613 14:10 | IC - Transfer from Inmate to Club A/c | 6820195 | | MTC | ~619--CANTEEN CORP. WASH ACCOUNT - Z6--CANTEEN CORP. WASH ACCOUNT - Z6 | $0.00 | $6.19 | $0.00 | $0.00 |
| 20060613 14:11 | IC - Transfer from Inmate to Club A/c | 6820209 | | MTC | ~813,814,818,825--CANTEEN CORP. WASH ACCOUNT - Z6--CANTEEN CORP. WASH ACCOUNT - Z6 | $0.00 | $6.02 | $0.00 | $0.00 |
| 20060613 14:31 | IC - Transfer from Inmate to Club A/c | 6820355 | | MTC | ~CLOTHING--KCN WASH ACCOUNT - Z5--KCN WASH | $0.00 | $3.07 | $0.00 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
# DEPARTMENT OF CORRECTION
## Inmate Transaction Report

Date : 20060829 09:41

| | | | | | |
|---|---|---|---|---|---|
| Commit# : | M81137 | | MASS. TREATMENT CENTER | | Page: 11 |
| Name : | SCHMITT, JOSEPH,, | | Statement From | 20050101 | |
| Inst : | MASS. TREATMENT CENTER | | To | 20060829 | |
| Block : | B2 | | | | |
| Cell/Bed: | 020/B | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | ACCOUNT - Z5 | | | | |
| 20060613 14:59 | IC - Transfer from Inmate to Club A/c | 6820430 | | MTC | ~2 LEGAL~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.78 | $0.00 | $0.00 |
| 20060613 15:00 | IC - Transfer from Inmate to Club A/c | 6820432 | | MTC | ~2 LEGAL~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.78 | $0.00 | $0.00 |
| 20060614 14:08 | AT - Account Transfer | 6826259 | | MTC | ~M81137 SCHMITT,JOSEPH SAVINGS | $0.00 | $148.88 | $148.88 | $0.00 |
| 20060614 14:09 | IC - Transfer from Inmate to Club A/c | 6826260 | | MTC | ~LEGAL~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.39 | $0.00 | $0.00 |
| 20060615 15:35 | IC - Transfer from Inmate to Club A/c | 6839318 | | MTC | ~LEGAL~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.39 | $0.00 | $0.00 |
| 20060615 22:30 | CN - Canteen | 6839628 | | MTC | ~Canteen Date : 20060615 | $0.00 | $66.73 | $0.00 | $0.00 |
| 20060616 14:12 | IC - Transfer from Inmate to Club A/c | 6844361 | | MTC | ~F POWERS~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.63 | $0.00 | $0.00 |
| 20060616 14:13 | IC - Transfer from Inmate to Club A/c | 6844367 | | MTC | ~D HIRSH~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.87 | $0.00 | $0.00 |
| 20060616 14:14 | IC - Transfer from Inmate to Club A/c | 6844370 | | MTC | ~US APPEALS CT~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.87 | $0.00 | $0.00 |
| 20060616 14:14 | IC - Transfer from Inmate to Club A/c | 6844375 | | MTC | ~T REILLY~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.87 | $0.00 | $0.00 |
| 20060616 14:14 | IC - Transfer from Inmate to Club A/c | 6844376 | | MTC | ~DA'S OFFICE~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $1.11 | $0.00 | $0.00 |
| 20060616 14:15 | IC - Transfer from Inmate to Club A/c | 6844378 | | MTC | ~F FORD~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $1.11 | $0.00 | $0.00 |
| 20060622 22:30 | CN - Canteen | 6874611 | | MTC | ~Canteen Date : 20060622 | $0.00 | $12.15 | $0.00 | $0.00 |
| 20060623 14:49 | ST - Superintendent Act Transfer | 6878694 | | MTC | ~M81137 SCHMITT,JOSEPH PERSONAL | $150.00 | $0.00 | $0.00 | $150.00 |
| 20060627 14:41 | IC - Transfer from Inmate to Club A/c | 6888098 | | MTC | ~6 PC MAIL~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $2.73 | $0.00 | $0.00 |
| 20060628 14:17 | EX - External Disbursement | 6893188 | 109714 | MTC | ~MR. DEREK KOLB | $0.00 | $135.00 | $0.00 | $0.00 |
| 20060628 14:17 | MA - Maintenance and Administration | 6893190 | | MTC | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20060629 22:30 | CN - Canteen | 6906530 | | MTC | ~Canteen Date : 20060629 | $0.00 | $68.17 | $0.00 | $0.00 |
| 20060711 14:52 | CI - Transfer from Club to Inmate A/c | 6963082 | | MTC | ~REFUND~M81137 SCHMITT,JOSEPH PERSONAL~KCN WASH ACCOUNT - Z5 | $0.07 | $0.00 | $0.00 | $0.00 |
| 20060711 14:52 | TI - Transfer from Institution | 6963083 | | STH | ~Associate Receipt Number is 6963082 | $0.00 | $0.07 | $0.00 | $0.00 |
| 20060711 14:52 | TI - Transfer from Institution | 6963084 | | MTC | ~Associate Receipt Number is 6963082 | $0.07 | $0.00 | $0.00 | $0.00 |
| 20060711 16:47 | IS - Interest | 6969429 | | MTC | | $1.26 | $0.00 | $0.00 | $0.00 |
| 20060711 16:47 | IS - Interest | 6969430 | | MTC | | $0.27 | $0.00 | $0.00 | $0.00 |
| 20060721 15:07 | IC - Transfer from Inmate to Club A/c | 7038158 | | MTC | ~3 oversize legal~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $2.13 | $0.00 | $0.00 |
| 20060801 16:45 | IS - Interest | 7086640 | | MTC | | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | $6,504.01 | $9,406.26 | $148.88 | $150.00 |

| | Personal | Savings |
|---|---|---|
| Balance as of ending date : | $0.14 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
# DEPARTMENT OF CORRECTION
## Inmate Transaction Report

Date : 20060829 09:41

| | | | | |
|---|---|---|---|---|
| Commit# : | M81137 | | MASS. TREATMENT CENTER | Page : 12 |
| Name : | SCHMITT, JOSEPH, , | | Statement From   20050101 | |
| Inst : | MASS. TREATMENT CENTER | | To   20060829 | |
| Block : | B2 | | | |
| Cell/Bed : | 020 /B | | | |

Current Balances :

| Personal | Savings | Freeze | Loan | Restitution | Sentence |
|---|---|---|---|---|---|
| $0.14 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |