Civil Cases
Civil Name Search Results
13 Total Case matches for selection SCHMITT, JOSEPH 01/01/2005 to 08/31/2006 for MASSACHUSETTS
Thu Aug 31 13:00:29 CDT 2006

| Name | Court | Case No. | Filed | NOS | Closed |
|---|---|---|---|---|---|
| SCHMITT, JOSEPH P. | madce | 1:2006cv10569 | 03/30/2006 | 550 | |
| Schmitt v. Massachusetts Department of Corrections | | | | | |
| SCHMITT, JOSEPH P. | madce | 1:2005cv10572 | 03/25/2005 | 550 | 08/08/2005 |
| Schmitt v. Loconto | | | | | |
| SCHMITT, JOSEPH P. | madce | 1:2006cv10766 | 04/24/2006 | 550 | |
| Schmitt v. Kennedy | | | | | |
| SCHMITT, JOSEPH P. | madce | 1:2005cv12580 | 12/22/2005 | 550 | 08/08/2006 |
| Schmitt v. Massachusetts Department of Corrections | | | | | |
| SCHMITT, JOSEPH P. | madce | 1:2005cv12616 | 12/30/2005 | 550 | 05/02/2006 |
| Schmitt v. Massachusetts Department of Corrections | | | | | |
| SCHMITT, JOSEPH PETER | madce | 1:2005cv10571 | 03/25/2005 | 550 | |
| Schmitt v. Carter | | | | | |
| SCHMITT, JOSEPH PETER | madce | 1:2005cv10573 | 03/25/2005 | 550 | |
| Schmitt v. Massachusetts Department of Corrections | | | | | |
| SCHMITT, JOSEPH PETER | madce | 1:2005cv11348 | 05/31/2006 | 550 | |
| v. Schmitt | | | | | |
| SCHMITT, JOSEPH PETER | madce | 1:2005cv11603 | 05/31/2006 | 550 | |
| v. Schmitt | | | | | |

Appellate Cases
Appellate Name Search Results
13 Total Case matches for selection SCHMITT, JOSEPH 01/01/2005 to 08/31/2006 for MASSACHUSETTS
Thu Aug 31 13:00:29 CDT 2006

| Name | Court | Case No. | Filed | NOS | Closed |
|---|---|---|---|---|---|
| SCHMITT, JOSEPH P. | 01ca | 06-1778 | 05/11/2006 | 3550 | |
| SCHMITT vs. SMITH | | | | | |
| SCHMITT, JOSEPH P. | 01ca | 06-1789 | 05/15/2006 | 3550 | |
| SCHMITT vs. SMITH | | | | | |
| SCHMITT, JOSEPH P. | 01ca | 06-2050 | 07/12/2006 | 3550 | |
| SCHMITT vs. MULVEY, ET AL | | | | | |
| SCHMITT, JOSEPH P. | 01ca | 06-2210 | 08/16/2006 | 3550 | |
| SCHMITT vs. ALLLEN | | | | | |

EXHIBIT 3

Schmitt, Joseph

| Case | Date | Last | First | Middle | Def1 | Def2 | Def3 | Status | Code1 | Code2 | Code3 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Suff 02-1066 | 04/17/2002 | Schmitt | Joseph | | Maloney | Michael | DG | N/A | No | | |
| Suff 02-1074 | 04/02/2002 | Schmitt | Joseph | | DOC | | JD | N/A | No | | |
| Suff 02-1461 | 05/20/2002 | Schmitt | Joseph | | Kenneth | Stephen | WW | N/A | No | | |
| Suff 01-3882 | 09/12/2001 | Schmitt | Joseph | | DOC | | xx | N/A | No | | |
| Suff 01-4270 | 10/30/2001 | Schmitt | Joseph | | Shanks | | CWA | CJ | Yes | | |
| Suff 02-1492 | 04/26/2002 | Schmitt | Joseph | | DOC | | MM | N/A | No SJD | 1902 | |
| Suff 02-1662 | 05/20/2002 | Schmitt | Joseph | | Allen | Peter | JD | N/A | No | | |
| Suff 02-2562 | 06/25/2002 | Schmitt | Joseph | | Smith | Peter | PS | N/A | No | | |
| Suff 02-335 | 02/14/2002 | Schmitt | Joseph | | DOC | | JD | N/A | No | | |
| Suff 02-590 | 02/14/2002 | Schmitt | Joseph | | DOC | | TA | N/A | No OT | 1106 | |
| Suff 04-1702 | 06/10/2004 | Schmitt | Joseph | | Flannery | Paul | xx | N/A | Yes | | |
| Suff 04-2743 | 07/09/2004 | Schmitt | Joseph | | Hammond | Robert | xx | N/A | Yes | | |
| Suff 04-833 | 03/04/2004 | Schmitt | Joseph | | DOC | | BM | N/A | Yes | | |
| Suff 4/14/04 | 04/14/2004 | Schmitt | Joseph | | DOC | | xx | N/A | Yes | | |
| Suff 6/22/04 | 06/22/2004 | Schmitt | Joseph | | Hammond | Robert | BM | TC | No NEW | 1902 | |
| Suff 99-3630 | 08/23/1999 | Schmitt | Joseph | | DOC | | MM | N/A | No | | |
| Suff 99-3680 | 08/30/1999 | Schmitt | Joseph | | EOPS | | SD | N/A | Yes | | |
| Suff 99-3683 | 08/18/1999 | Schmitt | Joseph | | DOC | | WS | N/A | No | | |
| Suff 99-3684 | 08/23/1999 | Schmitt | Joseph | | DOC | | JK | N/A | No SJ | | |
| Suff 99-3687 | 08/18/1999 | Schmitt | Joseph | | DOC | | ITZ | N/A | No | | |
| Suff 99-4305 | 09/28/1999 | Schmitt | Joseph | | King | David | xx | N/A | No | | |
| Suff 99-4369 | 09/28/1999 | Schmitt | Joseph | | DOC | | WS | N/A | No | | |
| Suff 99-546 | 02/19/1999 | Schmitt | Joseph | | DOC | | DG | N/A | No DISC | STAY | 1103 | 1004 |
| USDC 03-11242 | 02/02/2004 | Schmitt | Joseph | | Maloney | Michael | PS | CJ | No | 1901 | 2703 |
| USDC 03-11386 | 01/22/2004 | Schmitt | Joseph | | Maloney | Michael | PS | N/A | No | | |
| USDC 04-10451 | 04/21/2004 | Schmitt | Joseph | | Smith | Jeffrey | CP | CJ | No | 1107 | 1902 |
| USDC 04-10717 | 04/21/2004 | Schmitt | Joseph | | Mulvey | Patrick | CP | CJ | No | 1107 | 1902 |
| USDC 05-11603 | 06/21/2005 | Schmitt | Joseph | | Clauss | Robert | BM | TC | Yes | 1101 | |
| USDC 05-11348 | 06/21/2005 | Schmitt | Joseph | | Murphy | Robert | BM | TC | Yes | 1101 | |
| Worc 02-1529 | 12/02/2002 | Schmitt | Joseph | | Commonw | | MPM | N/A | No | | |
| USDC 06-10569 | 03/09/2006 | Schmitt | Joseph | | DOC | | M81137 JA | TC | Yes NEW | 1101 | 1402 |
| Plym 06-369 | 03/09/2006 | Schmitt | Joseph | | DOC | | EB | N/A | Yes | 1902 | |
| USDC 05-12580 | 04/12/2006 | Schmitt | Joseph | | Dennehy | Kathleen | M81137 JA | CJ | Yes NEW | MD | 1101 | 1401 |
| USDC 4/21/06 | 04/21/2006 | Schmitt | Joseph | | Kennedy | Steven | JA | N/A | Yes | | |
| PPlym 06-490 | 04/28/2006 | Schmitt | Joseph | | DOC | | EB | TC | Yes | 1103 | 1902 |
| USDC 05-10571 | 05/09/2006 | Schmitt | Joseph | | Thomas | Carter | M81137 JA | CJ | Yes NEW | MD | 1401 | 1402 |
| USDC 05-10573 | 05/11/2006 | Schmitt | Joseph | | Thomas | Carter | M81137 JA | CJ | Yes NEW | MD | 1502 | 1902 | 1705 |
| Plym 06-667 | 05/11/2006 | Schmitt | Joseph | | Murphy | Robert | BF | TC | Yes | 1401 | 1902 |
| Worc 06/15/2006 | 06/15/2006 | Schmitt | Joseph | | Commonw | Steven | TXC | TC | Yes | 1401 | 1402 |
| USDC 06-10766 | 07/31/2006 | Schmitt | Joseph | | Dennehy | Steven | JA | N/A | Yes | 2705 | |

UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

CASE NOS. 06-1778 and
06-1789

JOSEPH SCHMITT,
    Plaintiff-Appellant,

v.

JEFFREY SMITH, et al.,
    Defendants-Appellees.

### AFFIDAVIT OF THOMAS A. LYNCH

I, Thomas A. Lynch, do hereby depose and state as follows:

1. I am the Warehouse Supervisor for Keefe Commissary located in Walpole, Massachusetts. Keefe Commissary provides the commissary food, stationary, personal hygiene, and clothing products to inmates under the custody and care of the Massachusetts Department of Correction, including the Massachusetts Treatment Center.

2. The attached records are a true and accurate copy of the items purchased at Keefe Commissary by Joseph Schmitt from April 1, 2006 until the present and are kept during the normal course of business at Keefe Commissary.

Signed under the pains and penalties of perjury this 29th day of August 2006.

*[signature]*
Thomas A. Lynch

**EXHIBIT 4**

```
Sent Order 100135268 for SCHMITT, JOSEPH
Tuesday, August 22, 2006 @11:13
```

| ID | Order # | Name |
|---|---|---|
| M81137 | 100135268 | SCHMITT, JOSEPH |

| Order Date | Location | Order Form |
|---|---|---|
| 2006-04-27 | MTC B2 020 | UNASSIGNED ORDER FORM |

| Alias | Description | Qty | Price | Extend | Tax | Total | Status |
|---|---|---|---|---|---|---|---|
| 0750 | NAIL CLIPPER NO FILE | 1 | 0.32 | 0.32 | 0.02 | 0.34 | Sent |
| 0751 | TRIM TOE NAIL CLIPPER | 1 | 0.66 | 0.66 | 0.03 | 0.69 | Sent |
| 1345 | SCOTCH TAPE | 1 | 0.65 | 0.65 | 0.03 | 0.68 | Sent |
| 1343 | MIRROR 6"X 4.5" | 1 | 1.77 | 1.77 | 0.09 | 1.86 | Sent |
| 0252 | DR. SCHOLL'S FOOT PWDR | 1 | 2.30 | 2.30 | 0.12 | 2.42 | Sent |
| 0522 | COLGATE B.S. PERX CLN 6.4 | 1 | 2.06 | 2.06 | 0.10 | 2.16 | Sent |
| 0544 | FLOSS LOOPS | 1 | 1.36 | 1.36 | 0.07 | 1.43 | Sent |
| 0361 | TOTAL CARE SHAMPOO | 1 | 1.70 | 1.70 | 0.09 | 1.79 | Sent |
| 1013 | ENVELOPE #10 50/CT | 1 | 0.99 | 0.99 | 0.05 | 1.04 | Sent |
| 1091 | BLACK PEN (PLASTIC CLIP) | 2 | 0.16 | 0.32 | 0.02 | 0.34 | Sent |
| 1092 | BLUE PEN (PLASTIC CLIP) | 2 | 0.16 | 0.32 | 0.02 | 0.34 | Sent |
| 0426 | SPORT BAR SOAP | 2 | 0.57 | 1.14 | 0.06 | 1.20 | Sent |
| 1124 | SPANISH FRIENDSHIP CARD | 1 | 0.65 | 0.65 | 0.03 | 0.68 | Sent |
| 1110 | FRIENDSHIP CARD - ACETATE | 1 | 0.65 | 0.65 | 0.03 | 0.68 | Sent |
| 0201 | BABY POWDER 15OZ | 1 | 1.37 | 1.37 | 0.07 | 1.44 | Sent |
| 0350 | AFTER SHAVE 7OZ. (CRAWFOR | 1 | 1.80 | 1.80 | 0.09 | 1.89 | Sent |
| 0147 | P-UF COOL WAVE A/P DEOD | 1 | 1.71 | 1.71 | 0.09 | 1.80 | Sent |
| 1050 | BOOK OF TEN STAMPS | 2 | 3.90 | 7.80 | 0.00 | 7.80 | Sent |
| 0374 | TWIN BLADE DISP RZRS 10PK | 1 | 1.43 | 1.43 | 0.07 | 1.50 | Sent |
| 0367 | MAXIMUM STRENGTH LOTION | 1 | 1.73 | 1.73 | 0.09 | 1.82 | Sent |
| 0760 | COTTON SWABS 100CT BOX | 1 | 0.76 | 0.76 | 0.04 | 0.80 | Sent |
| 2063 | KF PREMIUM COFFEE CLRPK | 1 | 2.13 | 2.13 | 0.00 | 2.13 | Sent |
| 2083 | SUGAR TWIN BOX 100 CT. | 1 | 1.32 | 1.32 | 0.00 | 1.32 | Sent |
| 2071 | 10 OZ. HOT COCOA CLR (KF) | 1 | 1.16 | 1.16 | 0.00 | 1.16 | Sent |
| 2021 | 8 OZ CREAMER CLEARPACK | 1 | 0.91 | 0.91 | 0.00 | 0.91 | Sent |
| 6002 | BEEF RAMEN NOODLE | 10 | 0.27 | 2.70 | 0.00 | 2.70 | Sent |
| 6000 | CHICKEN RAMEN NOODLES | 10 | 0.27 | 2.70 | 0.00 | 2.70 | Sent |
| 6013 | TOKYO DNR SPICY GARLIC RM | 0 | 0.27 | 0.00 | 0.00 | 0.00 | Unauthorized Item |
| 6500 | PICKLE (HOT) | 1 | 0.53 | 0.53 | 0.00 | 0.53 | Sent |
| 6050 | 7OZ RICE ZIPPER | 1 | 0.94 | 0.94 | 0.00 | 0.94 | Sent |
| 6711 | HOT CHILI REFRI BEAN&RICE | 1 | 0.71 | 0.71 | 0.00 | 0.71 | Sent |
| 6311 | SPLENDORA SLICE PEPPERONI | 1 | 1.45 | 1.45 | 0.00 | 1.45 | Sent |
| 6313 | SUMMER SAUSAGE 5 OZ. | 1 | 1.36 | 1.36 | 0.00 | 1.36 | Sent |
| 6174 | BC HOT CHILI W/ BEANS | 2 | 1.27 | 2.54 | 0.00 | 2.54 | Sent |
| 6429 | CC JALAP CHEESE SQUEEZE | 2 | 0.41 | 0.82 | 0.00 | 0.82 | Sent |
| 6150 | KEEFE 10OZ NACHO CHIPS | 2 | 1.42 | 2.84 | 0.00 | 2.84 | Sent |
| 6512 | 6 OZ LA HOT SAUCE | 1 | 0.58 | 0.58 | 0.00 | 0.58 | Sent |
| 6422 | CHEDDAR CHEESE BAR | 1 | 1.25 | 1.25 | 0.00 | 1.25 | Sent |
| 6507 | SLICED JALAPENO PEPPERS | 1 | 0.31 | 0.31 | 0.00 | 0.31 | Sent |

Order Total   55.74   1.21   56.95

| Category | Max Limit | Current | Funds Available |
|---|---|---|---|
| Order Form Max Limit | 70.00 | 0.00 | 0.14 |
| Commissary Items | 70.00 | 0.00 | |

```
Sent Order 100135640 for SCHMITT, JOSEPH
        Tuesday, August 22, 2006 @11:13
```

| ID | Order # | Name |
|---|---|---|
| M81137 | 100135640 | SCHMITT, JOSEPH |

| Order Date | Location | Order Form |
|---|---|---|
| 2006-05-04 | MTC B2 020 | UNASSIGNED ORDER FORM |

| Alias | Description | Qty | Price | Extend | Tax | Total | Status |
|---|---|---|---|---|---|---|---|
| 2063 | KF PREMIUM COFFEE CLRPK | 3 | 2.13 | 6.39 | 0.00 | 6.39 | Sent |
| 4135 | JOLLY RANCHERS ASST. 3.70 | 1 | 0.65 | 0.65 | 0.00 | 0.65 | Sent |
| 1500 | BB HONEY 12OZ CYLINDER | 1 | 2.39 | 2.39 | 0.00 | 2.39 | Sent |
| 6050 | 7OZ RICE ZIPPER | 1 | 0.94 | 0.94 | 0.00 | 0.94 | Sent |
| 6666 | SAZON GOYA AZAFRAN | 1 | 1.05 | 1.05 | 0.00 | 1.05 | Sent |
| 6313 | SUMMER SAUSAGE 5 OZ. | 4 | 1.36 | 5.44 | 0.00 | 5.44 | Sent |
| 6055 | SPANISH RICE W/CHEESE | 2 | 0.40 | 0.80 | 0.00 | 0.80 | Sent |
| 2093 | SUGAR RESLABLE CLRPK 12OZ | 1 | 0.99 | 0.99 | 0.00 | 0.99 | Sent |
| 2136 | SS WHITE CHOC HOT COCOA | 0 | 0.50 | 0.00 | 0.00 | 0.00 | |
| 2138 | SS HAZELNUT CRM CAPPUCHIN | 2 | 0.50 | 1.00 | 0.00 | 1.00 | Sent |
| 4396 | PEANUT BRITTLE | 0 | 1.05 | 0.00 | 0.00 | 0.00 | |
| 6002 | BEEF RAMEN NOODLE | 10 | 0.27 | 2.70 | 0.00 | 2.70 | Sent |
| 6014 | ROAST BEEF RAMEN | 10 | 0.27 | 2.70 | 0.00 | 2.70 | Sent |
| 4186 | HOLIDAY MARSH CRISPY TREA | 0 | 0.25 | 0.00 | 0.00 | 0.00 | |
| 6361 | ELBOW MACARONI 1 LB BAG | 1 | 0.97 | 0.97 | 0.00 | 0.97 | Sent |
| 6311 | SPLENDORA SLICE PEPPERONI | 1 | 1.45 | 1.45 | 0.00 | 1.45 | Sent |
| 6447 | SOUZ CHIPOTLE LIME SPREAD | 1 | 0.80 | 0.80 | 0.00 | 0.80 | Sent |
| 6429 | CC JALAP CHEESE SQUEEZE | 1 | 0.41 | 0.41 | 0.00 | 0.41 | Sent |
| 6501 | PICKLE (MILD) | 1 | 0.53 | 0.53 | 0.00 | 0.53 | Sent |
| 6258 | GARLIC POWDER 3 OZ. | 1 | 0.90 | 0.90 | 0.00 | 0.90 | Sent |
| 6275 | ONION POWDER | 1 | 1.25 | 1.25 | 0.00 | 1.25 | Sent |
| 6422 | CHEDDAR CHEESE BAR | 1 | 1.25 | 1.25 | 0.00 | 1.25 | Sent |
| 1050 | BOOK OF TEN STAMPS | 2 | 3.90 | 7.80 | 0.00 | 7.80 | Sent |
| 0374 | TWIN BLADE DISP RZRS 10PK | 1 | 1.43 | 1.43 | 0.07 | 1.50 | Sent |
| 6417 | CREAMY PEANUT BUTTER 18 O | 1 | 1.85 | 1.85 | 0.00 | 1.85 | Sent |
| 6246 | HUNTS KETCHUP 20 OZ | 1 | 1.65 | 1.65 | 0.00 | 1.65 | Sent |
| 2016 | NESCAFE 4OZ CLRPK W/ZIP | 1 | 2.28 | 2.28 | 0.00 | 2.28 | Sent |
| 6826 | FRESH CATCH TUNA 4.23 OZ. | 2 | 1.09 | 2.18 | 0.00 | 2.18 | Sent |
| 6428 | CC SHARP CHDR CHS SQUEEZE | 1 | 0.41 | 0.41 | 0.00 | 0.41 | Sent |
| 1013 | ENVELOPE #10 50/CT | 1 | 0.99 | 0.99 | 0.05 | 1.04 | Sent |
| | Order Total | | | 51.20 | 0.12 | 51.32 | |

| Category | Max Limit | Current | Funds Available |
|---|---|---|---|
| Order Form Max Limit | 70.00 | 0.00 | 0.14 |
| Commissary Items | 70.00 | 0.00 | |

```
Sent Order 100136124 for SCHMITT, JOSEPH
         Tuesday, August 22, 2006 @12:13
```

| ID | Order # | Name |
|---|---|---|
| M81137 | 100136124 | SCHMITT, JOSEPH |

Order Date
2006-05-11

Location
MTC B2 020

Order Form
UNASSIGNED ORDER FORM

| Alias | Description | Qty | Price | Extend | Tax | Total | Status |
|---|---|---|---|---|---|---|---|
| 1050 | BOOK OF TEN STAMPS | 1 | 3.90 | 3.90 | 0.00 | 3.90 | Sent |
| 0426 | SPORT BAR SOAP | 2 | 0.57 | 1.14 | 0.06 | 1.20 | Sent |
| 6002 | BEEF RAMEN NOODLE | 30 | 0.27 | 8.10 | 0.00 | 8.10 | Sent |
| 2063 | KF PREMIUM COFFEE CLRPK | 2 | 2.13 | 4.26 | 0.00 | 4.26 | Sent |
| 2093 | SUGAR RESLABLE CLRPK 12OZ | 1 | 0.99 | 0.99 | 0.00 | 0.99 | Sent |
| 6361 | ELBOW MACARONI 1 LB BAG | 1 | 0.97 | 0.97 | 0.00 | 0.97 | Sent |
| 6773 | BEEF SALAMI SUMR SAUSAGE | 3 | 1.36 | 4.08 | 0.00 | 4.08 | Sent |
| 4182 | CHIPOTLE CHDR CHEESE BAR | 1 | 0.99 | 0.99 | 0.00 | 0.99 | Sent |
| 6500 | PICKLE (HOT) | 2 | 0.53 | 1.06 | 0.00 | 1.06 | Sent |
| 6447 | SQUZ CHIPOTLE LIME SPREAD | 1 | 0.80 | 0.80 | 0.00 | 0.80 | Sent |
| 6512 | 6 OZ LA HOT SAUCE | 1 | 0.58 | 0.58 | 0.00 | 0.58 | Sent |
| 6360 | SPAGHETTI 1 LB BOX | 2 | 0.55 | 1.10 | 0.00 | 1.10 | Sent |
| 6174 | BC HOT CHILI W/ BEANS | 4 | 1.27 | 5.08 | 0.00 | 5.08 | Sent |
| 6429 | CC JALAP CHEESE SQUEEZE | 4 | 0.41 | 1.64 | 0.00 | 1.64 | Sent |
| 6062 | KF SPAGHETTI SQZ SAUCE | 1 | 1.55 | 1.55 | 0.00 | 1.55 | Sent |
| 6509 | SLICED JALAPENO PEPPERS | 4 | 0.31 | 1.24 | 0.00 | 1.24 | Sent |
| 6150 | KEEFE 10OZ NACHO CHIPS | 1 | 1.42 | 1.42 | 0.00 | 1.42 | Sent |
| 6422 | CHEDDAR CHEESE BAR | 1 | 1.25 | 1.25 | 0.00 | 1.25 | Sent |
| 6050 | 7OZ RICE ZIPPER | 1 | 0.94 | 0.94 | 0.00 | 0.94 | Sent |
| 6711 | HOT CHILI REFRI BEAN&RICE | 1 | 0.71 | 0.71 | 0.00 | 0.71 | Sent |
| 2071 | 10 OZ. HOT COCOA CLR (KF) | 2 | 1.16 | 2.32 | 0.00 | 2.32 | Sent |
| 2021 | 8 OZ CREAMER CLEARPACK | 2 | 0.91 | 1.82 | 0.00 | 1.82 | Sent |
| 6311 | SPLENDORA SLICE PEPPERONI | 1 | 1.45 | 1.45 | 0.00 | 1.45 | Sent |
| 6417 | CREAMY PEANUT BUTTER 18 O | 1 | 1.85 | 1.85 | 0.00 | 1.85 | Sent |
| 3112 | SALTINE CRACKERS | 1 | 1.30 | 1.30 | 0.00 | 1.30 | Sent |
| 2015 | 3OZ FD COFFEE CLRPK W/ZIP | 1 | 2.28 | 2.28 | 0.00 | 2.28 | Sent |
| 6394 | MM FROSTED FLAKES 22.5 OZ | 1 | 2.49 | 2.49 | 0.00 | 2.49 | Sent |
| 1305 | PINOCHLE CARDS | 2 | 1.25 | 2.50 | 0.13 | 2.63 | Sent |
| 1345 | SCOTCH TAPE | 1 | 0.65 | 0.65 | 0.03 | 0.68 | Sent |
| 013 | ENVELOPE #10 50/CT | 1 | 0.99 | 0.99 | 0.05 | 1.04 | Sent |

Order Total  59.45   0.27  59.72

Category
 Order Form Max Limit
 Commissary Items

Max Limit   Current
70.00       0.00
70.00       0.00

Funds Available
0.14

Page 1

```
Sent Order 100136685 for SCHMITT, JOSEPH
         Tuesday, August 22, 2006  @11:13
```

| ID | Order # | Name |
|---|---|---|
| M61137 | 100136685 | SCHMITT, JOSEPH |

| Order Date | Location | Order Form |
|---|---|---|
| 2006-05-18 | MTC B2 020 | UNASSIGNED ORDER FORM |

| Alias | Description | Qty | Price | Extend | Tax | Total | Status |
|---|---|---|---|---|---|---|---|
| 6050 | 7OZ RICE ZIPPER | 5 | 0.94 | 4.70 | 0.00 | 4.70 | Sent |
| 6002 | BEEF RAMEN NOODLE | 20 | 0.27 | 5.40 | 0.00 | 5.40 | Sent |
| 6014 | ROAST BEEF RAMEN | 20 | 0.27 | 5.40 | 0.00 | 5.40 | Sent |
| 6011 | RAMEN VEGETABLE | 10 | 0.27 | 2.70 | 0.00 | 2.70 | Sent |
| 3950 | BOOK OF TEN STAMPS | 3 | 3.90 | 11.70 | 0.00 | 11.70 | Sent |
| 2093 | SUGAR RESLABLE CLRPK 12OZ | 1 | 0.99 | 0.99 | 0.00 | 0.99 | Sent |
| 2083 | SUGAR TWIN BOX 100 CT. | 1 | 1.32 | 1.32 | 0.00 | 1.32 | Sent |
| 2071 | 10 OZ. HOT COCOA CLR (KF) | 2 | 1.16 | 2.32 | 0.00 | 2.32 | Sent |
| 2021 | 8 OZ CREAMER CLEARPACK | 2 | 0.91 | 1.82 | 0.00 | 1.82 | Sent |
| 2063 | KF PREMIUM COFFEE CLRPK | 2 | 2.13 | 4.26 | 0.00 | 4.26 | Sent |
| 6150 | KEEFE 1OOZ NACHO CHIPS | 2 | 1.42 | 2.84 | 0.00 | 2.84 | Sent |
| 6108 | MOON LODGE PRETZELS 11 OZ | 2 | 0.96 | 1.92 | 0.00 | 1.92 | Sent |
| 6166 | C.A. BBQ CORN CHIPS 12OZ. | 2 | 1.42 | 2.84 | 0.00 | 2.84 | Sent |
| 6258 | GARLIC POWDER 3 OZ. | 1 | 0.90 | 0.90 | 0.00 | 0.90 | Sent |
| 6275 | ONION POWDER | 1 | 1.25 | 1.25 | 0.00 | 1.25 | Sent |
| 6248 | HUNTS KETCHUP 20 OZ | 1 | 1.65 | 1.65 | 0.00 | 1.65 | Sent |
| 3500 | BB HONEY 12OZ CYLINDER | 1 | 2.39 | 2.39 | 0.00 | 2.39 | Sent |
| 6545 | MAYONAISE 18 OZ | 1 | 2.35 | 2.35 | 0.00 | 2.35 | Sent |
| 6512 | 6 OZ LA HOT SAUCE | 1 | 0.58 | 0.58 | 0.00 | 0.58 | Sent |
| 6447 | 8OUZ CHIPOTLE LIME SPREAD | 2 | 0.80 | 1.60 | 0.00 | 1.60 | Sent |

```
                          Order Total   58.93   0.00   58.93
```

| Category | Max Limit | Current | Funds Available |
|---|---|---|---|
| Order Form Max Limit | 70.00 | 0.00 | 0.14 |
| Commissary Items | 70.00 | 0.00 | |

```
Sent Order 100137175 for SCHMITT, JOSEPH
         Tuesday, August 22, 2006  @11:13
```

| ID | Order # | Name |
|---|---|---|
| M81137 | 100137175 | SCHMITT, JOSEPH |

| Order Date | Location | Order Form |
|---|---|---|
| 2006-05-25 | MTC B2 020 | UNASSIGNED ORDER FORM |

| Alias | Description | Qty | Price | Extend | Tax | Total | Status |
|---|---|---|---|---|---|---|---|
| 0426 | SPORT BAR SOAP | 4 | 0.57 | 2.28 | 0.11 | 2.39 | Sent |
| 1345 | SCOTCH TAPE | 1 | 0.65 | 0.65 | 0.03 | 0.68 | Sent |
| 1050 | BOOK OF TEN STAMPS | 2 | 3.90 | 7.80 | 0.00 | 7.80 | Sent |
| 0522 | COLGATE B.S. PERX CLN 6.4 | 1 | 2.06 | 2.06 | 0.10 | 2.16 | Sent |
| 6000 | CHICKEN RAMEN NOODLES | 10 | 0.27 | 2.70 | 0.00 | 2.70 | Sent |
| 6002 | BEEF RAMEN NOODLE | 10 | 0.27 | 2.70 | 0.00 | 2.70 | Sent |
| 6004 | TEXAS BEEF RAMEN NOODLE | 10 | 0.27 | 2.70 | 0.00 | 2.70 | Sent |
| 6011 | RAMEN VEGETABLE | 10 | 0.27 | 2.70 | 0.00 | 2.70 | Sent |
| 6005 | CHILI RAMEN NOODLE | 10 | 0.27 | 2.70 | 0.00 | 2.70 | Sent |
| 4182 | CHIPOTLE CHDR CHEESE BAR | 2 | 0.99 | 1.98 | 0.00 | 1.98 | Sent |
| 6773 | BEEF SALAMI SUMR SAUSAGE | 1 | 1.36 | 1.36 | 0.00 | 1.36 | Sent |
| 6500 | PICKLE (HOT) | 2 | 0.53 | 1.06 | 0.00 | 1.06 | Sent |
| 6361 | ELBOW MACARONI 1 LB BAG | 1 | 0.97 | 0.97 | 0.00 | 0.97 | Sent |
| 6311 | SPLENDORA SLICE PEPPERONI | 1 | 1.45 | 1.45 | 0.00 | 1.45 | Sent |
| 6304 | MM FROSTED FLAKES 22.5 OZ | 2 | 2.49 | 4.98 | 0.00 | 4.98 | Sent |
| 6447 | SQUZ CHIPOTLE LIME SPREAD | 1 | 0.80 | 0.80 | 0.00 | 0.80 | Sent |
| 2063 | KF PREMIUM COFFEE CLRPK | 2 | 2.13 | 4.26 | 0.00 | 4.26 | Sent |
| 2071 | 10 OZ. HOT COCOA CLR (KF) | 2 | 1.16 | 2.32 | 0.00 | 2.32 | Sent |
| 2021 | 8 OZ CREAMER CLEARPACK | 2 | 0.91 | 1.82 | 0.00 | 1.82 | Sent |
| 2093 | SUGAR RESLABLE CLRPK 12OZ | 1 | 0.99 | 0.99 | 0.00 | 0.99 | Sent |
| 6150 | KEEFE 10OZ NACHO CHIPS | 1 | 1.42 | 1.42 | 0.00 | 1.42 | Sent |
| 6174 | BC HOT CHILI W/ BEANS | 3 | 1.27 | 3.81 | 0.00 | 3.81 | Sent |
| 6313 | SUMMER SAUSAGE 5 OZ. | 1 | 1.36 | 1.36 | 0.00 | 1.36 | Sent |
| 6429 | CC JALAP CHEESE SQUEEZE | 4 | 0.41 | 1.64 | 0.00 | 1.64 | Sent |
| 6507 | SLICED JALAPENO PEPPERS | 4 | 0.31 | 1.24 | 0.00 | 1.24 | Sent |
| 6711 | HOT CHILI REFRI BEAN&RICE | 1 | 0.71 | 0.71 | 0.00 | 0.71 | Sent |
| 6050 | 7OZ RICE ZIPPER | 1 | 0.94 | 0.94 | 0.00 | 0.94 | Sent |

```
                          Order Total   59.40   0.24  59.64
```

| Category | Max Limit | Current | Funds Available |
|---|---|---|---|
| Order Form Max Limit | 70.00 | 0.00 | 0.14 |
| Commissary Items | 70.00 | 0.00 | |

```
                           1
Sent Order 100137429 for SCHMITT, JOSEPH
        Tuesday, August 22, 2006  @11:14
```

| ID | Order # | Name | Location | Order Form |
|---|---|---|---|---|
| M81137 | 100137429 | SCHMITT, JOSEPH | | |
| Order Date | | | Location | Order Form |
| 2006-06-01 | | | MTC B2 020 | UNASSIGNED ORDER FORM |

| Alias | Description | Qty | Price | Extend | Tax | Total | Status |
|---|---|---|---|---|---|---|---|
| 0100 | ROLL-ON A/P DEOD. | 1 | 1.11 | 1.11 | 0.06 | 1.17 | Sent |
| 0355 | 15OZ VOLUME SHAMPOO | 2 | 1.39 | 2.78 | 0.14 | 2.92 | Sent |
| 0515 | COLGATE TOTAL 4.2 OZ TP | 1 | 3.03 | 3.03 | 0.15 | 3.18 | Sent |
| 1050 | BOOK OF TEN STAMPS | 2 | 3.90 | 7.80 | 0.00 | 7.80 | Sent |
| 1091 | BLACK PEN (PLASTIC CLIP) | 1 | 0.16 | 0.16 | 0.01 | 0.17 | Sent |
| 1065 | TYPING PAPER 200ct | 1 | 2.99 | 2.99 | 0.15 | 3.14 | Sent |
| | Order Total | | | 17.87 | 0.51 | 18.38 | |

| Category | Max Limit | Current | Funds Available |
|---|---|---|---|
| Order Form Max Limit | 70.00 | 0.00 | 0.14 |
| Commissary Items | 70.00 | 0.00 | |

```
Sent Order 100137595 for SCHMITT, JOSEPH
         Tuesday, August 22, 2006 @11:14
```

| ID | Order # | Name |
|---|---|---|
| M81137 | 100137595 | SCHMITT, JOSEPH |

| Order Date | Location | Order Form |
|---|---|---|
| 2006-06-06 | MTC B2 020 | UNASSIGNED ORDER FORM |

| Alias | Description | Qty | Price | Extend | Tax | Total | Status |
|---|---|---|---|---|---|---|---|
| 1062 | 8.5 X 14 LEGAL PAD YELLOW | 4 | 0.85 | 3.40 | 0.17 | 3.57 | Sent |
| 2063 | KF PREMIUM COFFEE CLRPK | 2 | 2.13 | 4.26 | 0.00 | 4.26 | Sent |
| 2071 | 10 OZ. HOT COCOA CLR (KF) | 2 | 1.16 | 2.32 | 0.00 | 2.32 | Sent |
| 2021 | 8 OZ CREAMER CLEARPACK | 2 | 0.91 | 1.82 | 0.00 | 1.82 | Sent |
| 6011 | RAMEN VEGETABLE | 10 | 0.27 | 2.70 | 0.00 | 2.70 | Sent |
| 6004 | TEXAS BEEF RAMEN NOODLE | 10 | 0.27 | 2.70 | 0.00 | 2.70 | Sent |
| 6005 | CHILI RAMEN NOODLE | 10 | 0.27 | 2.70 | 0.00 | 2.70 | Sent |
| 6002 | BEEF RAMEN NOODLE | 10 | 0.27 | 2.70 | 0.00 | 2.70 | Sent |
| 6000 | CHICKEN RAMEN NOODLES | 10 | 0.27 | 2.70 | 0.00 | 2.70 | Sent |
| 6361 | ELBOW MACARONI 1 LB BAG | 4 | 0.97 | 3.88 | 0.00 | 3.88 | Sent |
| 6450 | CC SHARP CHEESE SPREAD | 1 | 1.52 | 1.52 | 0.00 | 1.52 | Sent |
| 6263 | MUSTARD 12PK | 2 | 0.46 | 0.92 | 0.00 | 0.92 | Sent |
| 6501 | PICKLE (MILD) | 3 | 0.53 | 1.59 | 0.00 | 1.59 | Sent |
| 6360 | SPAGHETTI 1 LB BOX | 4 | 0.55 | 2.20 | 0.00 | 2.20 | Sent |
| 6543 | PROVOLONE CHEESE BLOCK | 1 | 1.38 | 1.38 | 0.00 | 1.38 | Sent |
| 4182 | CHIPOTLE CHDR CHEESE BAR | 2 | 0.99 | 1.98 | 0.00 | 1.98 | Sent |
| 6773 | BEEF SALAMI SUMR SAUSAGE | 4 | 1.36 | 5.44 | 0.00 | 5.44 | Sent |
| 3092 | TRKY SAUSGE W/HNY&BRN SGR | 0 | 1.82 | 0.00 | 0.00 | 0.00 | Unauthorized Item |
| 4181 | SWISS CHEESE BAR | 1 | 0.99 | 0.99 | 0.00 | 0.99 | Sent |
| 6447 | SOUZ CHIPOTLE LIME SPREAD | 2 | 0.80 | 1.60 | 0.00 | 1.60 | Sent |
| 6512 | 6 OZ LA HOT SAUCE | 1 | 0.58 | 0.58 | 0.00 | 0.58 | Sent |
| 6452 | CC JALAPENO CHEESE SPREAD | 2 | 1.52 | 3.04 | 0.00 | 3.04 | Sent |
| 6507 | SLICED JALAPENO PEPPERS | 5 | 0.31 | 1.55 | 0.00 | 1.55 | Sent |
| 6311 | SPLENDORA SLICE PEPPERONI | 1 | 1.45 | 1.45 | 0.00 | 1.45 | Sent |
| 6170 | FC MACKEREL | 2 | 0.99 | 1.98 | 0.00 | 1.98 | Sent |
| 6174 | BC HOT CHILI W/ BEANS | 3 | 1.27 | 3.81 | 0.00 | 3.81 | Sent |
| 6172 | BC CHILI NO BEANS | 0 | 1.11 | 0.00 | 0.00 | 0.00 | Unauthorized Item |
| | Order Total | | | 59.21 | 0.17 | 59.38 | |

| Category | Max Limit | Current | Funds Available |
|---|---|---|---|
| Order Form Max Limit | 70.00 | 0.00 | 0.14 |
| Commissary Items | 70.00 | 0.00 | |

```
                                    1
================================================================
              Sent Order 100138206 for SCHMITT, JOSEPH
                   Tuesday, August 22, 2006 @11:14
----------------------------------------------------------------

ID              Order #          Name
M81137          100138206        SCHMITT, JOSEPH

Order Date                       Location              Order Form
2006-06-15                       MTC B2 020            UNASSIGNED ORDER FORM
```

| Alias | Description | Qty | Price | Extend | Tax | Total | Status |
|---|---|---|---|---|---|---|---|
| 6002 | BEEF RAMEN NOODLE | 20 | 0.27 | 5.40 | 0.00 | 5.40 | Sent |
| 6011 | RAMEN VEGETABLE | 10 | 0.27 | 2.70 | 0.00 | 2.70 | Sent |
| 6005 | CHILI RAMEN NOODLE | 10 | 0.27 | 2.70 | 0.00 | 2.70 | Sent |
| 6000 | CHICKEN RAMEN NOODLES | 10 | 0.27 | 2.70 | 0.00 | 2.70 | Sent |
| 1050 | BOOK OF TEN STAMPS | 2 | 3.90 | 7.80 | 0.00 | 7.80 | Sent |
| 6394 | MM FROSTED FLAKES 22.5 OZ | 2 | 2.49 | 4.98 | 0.00 | 4.98 | Sent |
| 1013 | ENVELOPE #10 50/CT | 1 | 0.99 | 0.99 | 0.05 | 1.04 | Sent |
| 6150 | KEEFE 10OZ NACHO CHIPS | 2 | 1.50 | 3.00 | 0.00 | 3.00 | Sent |
| 6166 | C.A. BBQ CORN CHIPS 12OZ. | 1 | 1.50 | 1.50 | 0.00 | 1.50 | Sent |
| 6155 | KEEFE 13OZ CORN CHIPS | 1 | 1.50 | 1.50 | 0.00 | 1.50 | Sent |
| 6692 | CHEESE CURLS 10OZ | 1 | 1.40 | 1.40 | 0.00 | 1.40 | Sent |
| 6050 | 7OZ RICE ZIPPER | 2 | 1.03 | 2.06 | 0.00 | 2.06 | Sent |
| 6174 | BC HOT CHILI W/ BEANS | 4 | 1.27 | 5.08 | 0.00 | 5.08 | Sent |
| 6314 | BEEF SALAMI 5 OZ. | 0 | 1.36 | 0.00 | 0.00 | 0.00 | Unauthorized Item |
| 3093 | TRKY SAUSGE W/HNY&BRN SGR | 2 | 1.55 | 3.10 | 0.00 | 3.10 | Sent |
| 6311 | SPLENDORA SLICE PEPPERONI | 1 | 1.55 | 1.55 | 0.00 | 1.55 | Sent |
| 6610 | KK PLAIN BAGEL 4OZ | 4 | 0.43 | 1.72 | 0.00 | 1.72 | Sent |
| 4182 | CHIPOTLE CHDR CHEESE BAR | 4 | 0.99 | 3.96 | 0.00 | 3.96 | Sent |
| 6360 | SPAGHETTI 1 LB BOX | 2 | 0.55 | 1.10 | 0.00 | 1.10 | Sent |
| 6361 | ELBOW MACARONI 1 LB BAG | 2 | 0.97 | 1.94 | 0.00 | 1.94 | Sent |
| 6761 | OCTOPUS 3.53OZ | 2 | 1.00 | 2.00 | 0.00 | 2.00 | Sent |
| 6500 | PICKLE (HOT) | 4 | 0.53 | 2.12 | 0.00 | 2.12 | Sent |
| 6452 | CC JALAPENO CHEESE SPREAD | 2 | 1.52 | 3.04 | 0.00 | 3.04 | Sent |
| 6507 | SLICED JALAPENO PEPPERS | 4 | 0.31 | 1.24 | 0.00 | 1.24 | Sent |
| 6306 | SQUEEZE PIZZA SAUCE 15.5 | 2 | 1.55 | 3.10 | 0.00 | 3.10 | Sent |

```
                                Order Total    66.68    0.05   66.73

Category                        Max Limit    Current         Funds Available
   Order Form Max Limit          70.00        0.00              0.14
   Commissary Items              70.00        0.00
```

```
                                     1
-------------------------------------------------------------
              Sent Order 100138350 for SCHMITT, JOSEPH
                  Tuesday, August 22, 2006  @11:14
-------------------------------------------------------------

ID              Order #          Name
M81137          100138350        SCHMITT, JOSEPH

Order Date                       Location              Order Form
2006-06-22                       MTC B2 020            UNASSIGNED ORDER FORM
```

| Alias | Description           | Qty | Price | Extend | Tax  | Total | Status |
|-------|-----------------------|-----|-------|--------|------|-------|--------|
| 1013  | ENVELOPE #10 50/CT    | 1   | 0.99  | 0.99   | 0.05 | 1.04  | Sent   |
| 1050  | BOOK OF TEN STAMPS    | 2   | 3.90  | 7.80   | 0.00 | 7.80  | Sent   |
| 1065  | TYPING PAPER 200ct    | 1   | 2.99  | 2.99   | 0.15 | 3.14  | Sent   |
| 1091  | BLACK PEN (PLASTIC CLIP) | 1 | 0.16 | 0.16   | 0.01 | 0.17  | Sent   |
|       |                       |     | Order Total | 11.94 | 0.21 | 12.15 |    |

| Category              | Max Limit | Current | Funds Available |
|-----------------------|-----------|---------|-----------------|
| Order Form Max Limit  | 70.00     | 0.00    | 0.14            |
| Commissary Items      | 70.00     | 0.00    |                 |

```
Sent Order 100138764 for SCHMITT, JOSEPH
              Tuesday, August 22, 2006  @11:14
```

| ID | Order # | Name | | Order Form |
|---|---|---|---|---|
| M81137 | 100138764 | SCHMITT, JOSEPH | | |
| Order Date | | Location | | Order Form |
| 2006-06-29 | | MTC B2 020 | | UNASSIGNED ORDER FORM |

| Alias | Description | Qty | Price | Extend | Tax | Total | Status |
|---|---|---|---|---|---|---|---|
| 1050 | BOOK OF TEN STAMPS | 1 | 3.90 | 3.90 | 0.00 | 3.90 | Sent |
| 6174 | BC HOT CHILI W/ BEANS | 6 | 1.27 | 7.62 | 0.00 | 7.62 | Sent |
| 6050 | 7OZ RICE ZIPPER | 2 | 1.03 | 2.06 | 0.00 | 2.06 | Sent |
| 6507 | SLICED JALAPENO PEPPERS | 4 | 0.31 | 1.24 | 0.00 | 1.24 | Sent |
| 6452 | CC JALAPENO CHEESE SPREAD | 2 | 1.52 | 3.04 | 0.00 | 3.04 | Sent |
| 6311 | SPLENDORA SLICE PEPPERONI | 2 | 1.55 | 3.10 | 0.00 | 3.10 | Sent |
| 6500 | PICKLE (HOT) | 4 | 0.53 | 2.12 | 0.00 | 2.12 | Sent |
| 2424 | WHEAT BREAD | 2 | 1.05 | 2.10 | 0.00 | 2.10 | Sent |
| 3093 | TRKY SAUSGE W/HNY&BRN SGR | 2 | 1.55 | 3.10 | 0.00 | 3.10 | Sent |
| 4182 | CHIPOTLE CHDR CHEESE BAR | 5 | 0.99 | 4.95 | 0.00 | 4.95 | Sent |
| 6772 | BEEF SALAMI SUMR SAUSAGE | 4 | 1.36 | 5.44 | 0.00 | 5.44 | Sent |
| 6447 | SQUZ CHIPOTLE LIME SPREAD | 3 | 0.80 | 2.40 | 0.00 | 2.40 | Sent |
| 4181 | SWISS CHEESE BAR | 2 | 0.99 | 1.98 | 0.00 | 1.98 | Sent |
| 6361 | ELBOW MACARONI 1 LB BAG | 5 | 0.97 | 4.85 | 0.00 | 4.85 | Sent |
| 3500 | BB HONEY 12OZ CYLINDER | 1 | 2.39 | 2.39 | 0.00 | 2.39 | Sent |
| 0284 | EXTRA VIRGIN OLIVE OIL | 1 | 2.36 | 2.36 | 0.00 | 2.36 | Sent |
| 0002 | BEEF RAMEN NOODLE | 20 | 0.27 | 5.40 | 0.00 | 5.40 | Sent |
| 2063 | KF PREMIUM COFFEE CLRPK | 2 | 2.13 | 4.26 | 0.00 | 4.26 | Sent |
| 2093 | SUGAR RESLABLE CLRPK 12OZ | 1 | 1.15 | 1.15 | 0.00 | 1.15 | Sent |
| 6052 | YELLOW RICE 2 OZ. | 5 | 0.45 | 2.25 | 0.00 | 2.25 | Sent |
| 6150 | KEEFE 10OZ NACHO CHIPS | 1 | 1.50 | 1.50 | 0.00 | 1.50 | Sent |
| 2021 | 8 OZ CREAMER CLEARPACK | 1 | 0.96 | 0.96 | 0.00 | 0.96 | Sent |
| 6426 | SALSA SQZ BOTTLE 15.5OZ | 0 | 1.47 | 0.00 | 0.00 | 0.00 | Insufficient Funds |
| 2071 | 10 OZ. HOT COCOA CLR (KF) | 0 | 1.25 | 0.00 | 0.00 | 0.00 | Insufficient Funds |
| | | Order Total | | 68.17 | 0.00 | 68.17 | |

| Category | Max Limit | Current | Funds Available |
|---|---|---|---|
| Order Form Max Limit | 70.00 | 0.00 | 0.14 |
| Commissary Items | 70.00 | 0.00 | |