UNITED STATES DISTRICT COURT
District of Massachusetts

FILED
IN CLERKS OFFICE
2006 NOV 27 P 2: 32
U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| Joseph Peter Schmitt, pro se., ) | |
|     Plaintiff, ) | |
| -vs- ) | USDC CASE NO. 04-10451-RWZ |
| Jeffrey Smith, et al., ) | |
|     Defendants ) | |

AND

| | |
|---|---|
| Joseph Peter Schmitt, pro se., ) | |
|     Plaintiff, ) | |
| -vs- ) | USDC CASE NO. 04-10717-RWZ |
| Patrick Mulvey, et al., ) | |
|     Defendants. ) | |

PLAINTIFF'S CROSS-MOTION IN OPPOSITION TO DEFENDANTS' MOTION
TO VACATE PLAINTIFF'S INDIGENCY STATUS

    Now comes the pro se, indigent plaintiff in the above captioned action with his cross-motion and oposes the defendants/appellees motion to vacate his indigency status.
    Plaintiff (Schmitt) opposes the the defendants/appellees motion on the grounds of Res Judica - Specifically "ISSUE PRECLUSION".
    Schmitt relies on his Memorandum of Law attached hereto.

Dated: November 22, 2006

Respectfully submitted,

Joseph P, Schmitt, pro se
Nemansket Correctional Facility
30 Administration Road
Bridgewater, Massachusetts
02324-3230