UNITED STATES DISTRICT COURT

JOSEPH P. SCHMITT, pro se,
       Plaintiff,

v.

JEFFREY SMITH, et al.,
       &
PATRICK MULVEY, et al.,
       Defendants

CIVIL DOCKET NUMBERS:
2004-10451-RWZ
2004-10717-RWZ

## MOTION FOR COURT TO RULE ON MOTION #72

Now comes the pro se plaintiff and moves this court to make a ruling on Plaintiff's motion [P#72].

As grounds Plaintiff states the following.

The court, JusticeRyaW.Zobel, declined to make any ruling on plaintiff's motion [P#72] because said action was under appeal.

Saidaction has been resolved in appealscourt and this court again has jurisdiction in this action to make the requested ruling.

WHEREFORE, Plaintiff hereby moves this court to rule on hispreviously filed motion [P#72].

Dated: February 26, 2007

Respectfully filed,

Joseph P. Schmitt, pro se
30 Administration Road
Bridgewater, Massachusetts
02324-3230

## CERTFICATE OF SERVICE

I, Joseph P. Schmitt, pro se Plaintiff in the above action hereby certify that a true copy of the above document was served upon C. Raye Poole, counsel of record for the defendants via pre paid first class mail on or about February 27, 2007

Joseph P. Schmitt, pro se