**JOHN S. DAY, ESQ.**
ATTORNEY AT LAW
THE WINSLOW-WARREN BUILDING
65 MAIN STREET
PLYMOUTH, MA 02360

508-746-2018 (TELEPHONE)  WWW.DAYLAW.COM (INTERNET)
508-746-2668 (FACSIMILE)  JDAY@DAYLAW.COM (E-MAIL)

November 1, 2007

BY FIRST CLASS MAIL
C. Raye Poole, Esquire
Department of Correction
77 Franklin Street, Suite 600
Boston, MA 02110

RE: *Schmitt v. Mulvey, et al.*, C.A. No. 04-10717-RWZ
*Schmitt v. Smith, et al.*, C.A. No. 04-10451-RWZ

Dear Ms. Poole:

As you know, I represent Joseph P. Schmitt, a resident at the Massachusetts Treatment Center, with regard to his pending petition for discharge pursuant to M.G.L. c. 123, §9. Mr. Schmitt has instructed me to return, to you, the two (2) stories you forwarded to me under cover of letter dated October 26, 2007, and he has informed me these letters are the subject of motions he has filed in the matters referenced above. Consequently, I have enclosed those two letters with this correspondence. I have neither made any copies of the two letters nor produced the letters to any other individual(s).

Please do not hesitate to contact me with any questions you may have regarding this correspondence.

Very truly yours,

John S. Day

cc: Honorable Rya Zobel, USDC (w/out enclosures)
Robert Murphy, MTC Superintendent (w/out enclosures)
Joseph P. Schmitt (w/out enclosures)