Joseph P. Schmitt
30 Administration Road
Bridgewater, MA. 02324

Clerks Office/Customer Service
United States District Court
1 Courthouse Way, Suite 2300
Boston, Ma. 02210

FILED
IN CLERKS OFFICE

2007 NOV 14  A 11: 49

U.S. DISTRICT COURT
DISTRICT OF MASS.

RE: USDC Case 04-10717-RWZ Schmitt v. Mulvey, et al.
    USDC Case 04-10451-RWZ Schmitt v. Smith, et al.

Dear Clerk:

Please forward me the following regarding the above cases;

1. Docket entry sheets for both cases fully updated,

2. Docket entries P#103 & P#104 in case 04-10717-RWZ

3. Docket entry P#104 in case 04-10451-RWZ

4. The Courts Order/Decision regarding P#103 & P#104 in case 04-10717-RWZ

5. Docket entries P#90, P#93, P#95 in case 04-451-RWZ

6. The Courts Order/Decision GRANTING defendants motion for clarification on October 15,2007 (Docket No. 104 in case 04-10451-RWZ).

7. Docket entries P#105 & P#106 in case 04-10451-RWZ

Please note that I am indigent and have no means of paying any fees for the above requested materials. Furthermore, the above cases are once again on appeal and the requested material is very mich needed in a very timely manner.

I thank this Office in advance for their prompt action in this matter.

Respectfully filed,

Cc: JPS file,
    USCA.