# United States Court of Appeals
## For the First Circuit

No. 07-2601

JOSEPH P. SCHMITT,

Plaintiff, Appellant,

v.

PATRICK MULVEY, ET AL.,

Defendants, Appellees.

ORDER OF COURT

Entered: December 27, 2007

    Plaintiff-appellant Joseph P. Schmitt seeks review of the denial of supplemental relief he requested from the United States District Court for the District of Massachusetts following a jury trial on his civil rights claims against prison authorities. Defendants have challenged Schmitt's in forma pauperis status with a motion to stay proceedings until Schmitt pays in full the filing fee for this appeal.

    Rule 24(a)(3) of the Federal Rules of Appellate Procedure permits a litigant, like Schmitt, who is granted in forma pauperis status in the district court to retain that same status on appeal. See id. ("A party who was permitted to proceed in forma pauperis in the district-court action ... may proceed on appeal in forma pauperis without further authorization...."). At the same time, Rule 24 allows "inquiry into whether the circumstances of the party who was originally entitled to proceed in forma pauperis have changed during the course of the litigation." Advisory Committee's Note (1967 adoption). Rule 24(a)(3)(A) specifically preserves a district court's authority to revisit a litigant's in forma pauperis status while an appeal is pending. The district court can certify that a party is not "entitled to proceed in forma pauperis" either "before or after the notice of appeal is filed...." Id. (emphasis added). It follows that the United States District Court for the District of Massachusetts continues to have jurisdiction to rule upon Schmitt's in forma pauperis status even



while his appeal is pending in this court. The district court should decide on the defendant-appellees' challenge to Schmitt's in forma pauperis status in the first instance. Accordingly, we deny the defense request without prejudice to the defendant-appellees' option to bring their challenge before the district court in the first instance. Defendants' "Motion to Stay All Further Proceedings, Including the Filing of Defendants-Appellees' Brief, Until Such Time as Plaintiff-Appellant Has Paid the Filing Fee in Full" is **denied**.

By the Court:

Richard Cushing Donovan, Clerk.

By: _AMY R. LEDET_____
      Appeals Attorney.

[cc: Joseph P. Schmitt, C. Raye Poole, Esq.,
Jody Adams Brenner, Esq., Philip W. Silva, IV, Esq.]

Inmate Name............. Joseph Schmitt

Commitment number.... M81137

Period encompassed.... 7/8/2007    1/8/2008

|  |  | personal | savings | total |
|---|---|---|---|---|
| Beginning Balance: | 07/08/07 | $ 15.77 | $ - | $ 15.77 |
| Balance as of | 08/08/07 | $ 27.83 | $ - | $ 27.83 |
| Balance as of | 08/09/07 | $ 3.05 | $ - | $ 3.05 |
| Balance as of | 10/08/07 | $ 134.66 | $ - | $ 134.66 |
| Balance as of | 11/08/07 | $ 2,587.39 | $ - | $ 2,587.39 |
| Balance as of | 12/08/07 | $ 2,049.60 | $ - | $ 2,049.60 |
| Ending Balance: | 01/08/07 | $ 191.87 | $ - | $ 191.67 |

Six month average balance:    $ 715.71

20% of six month average balance:    $ 143.14

total expenditures for period:    $ 3,521.38

total income for period:    $ 3,697.28

To the best of my knowledge the above summary information is true and accurate:

Signed: *[signature]*
Jeanne Petrillo                                                            1/8/2008

note to clear numbers Ctrl-Z

EXHIBIT B

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date: 20080108 15:05

| Commit# : | M81137 | | MASS. TREATMENT CENTER | | Page 1 |
| Name : | SCHMITT, JOSEPH, , | | Statement From | 20070708 | |
| Inst : | MASS TREATMENT CENTER | | To | 20080108 | |
| Block : | B2 | | | | |
| Cell/Bed : | 029 /B | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Total Transaction before this Period : | $20,968.98 | $20,953.21 | $1,905.99 | $1,905.99 |
| 20070711 15:54 | IS - Interest | 9079018 | | MTC | | $0.01 | $0.00 | $0.00 | $0.00 |
| 20070711 21:21 | PY - Payroll | 9094065 | | MTC | ~20070624 To 20070630 | $7.50 | $0.00 | $0.00 | $0.00 |
| 20070712 22:30 | CN - Canteen | 9107603 | | MTC | ~Canteen Date : 20070712 | $0.00 | $15.14 | $0.00 | $0.00 |
| 20070718 21:21 | PY - Payroll | 9129978 | | MTC | ~20070701 To 20070707 | $6.00 | $0.00 | $0.00 | $0.00 |
| 20070719 22:30 | CN - Canteen | 9140519 | | MTC | ~Canteen Date 20070719 | $0.00 | $7.36 | $0.00 | $0.00 |
| 20070725 21:28 | PY - Payroll | 9163924 | | MTC | ~20070708 To 20070714 | $6.00 | $0.00 | $0.00 | $0.00 |
| 20070801 21:24 | PY - Payroll | 9198680 | | MTC | ~20070715 To 20070721 | $7.50 | $0.00 | $0.00 | $0.00 |
| 20070806 16:51 | IS - Interest | 9228306 | | MTC | | $0.05 | $0.00 | $0.00 | $0.00 |
| 20070808 21:24 | PY - Payroll | 9257188 | | MTC | ~20070722 To 20070728 | $7.50 | $0.00 | $0.00 | $0.00 |
| 20070809 22:30 | CN - Canteen | 9269017 | | MTC | ~Canteen Date 20070809 | $0.00 | $15.73 | $0.00 | $0.00 |
| 20070815 21:16 | PY - Payroll | 9294544 | | MTC | ~20070729 To 20070804 | $7.50 | $0.00 | $0.00 | $0.00 |
| 20070816 22:30 | CN - Canteen | 9305751 | | MTC | ~Canteen Date 20070816 | $0.00 | $15.37 | $0.00 | $0.00 |
| 20070822 21:23 | PY - Payroll | 9328888 | | MTC | ~20070805 To 20070811 | $6.00 | $0.00 | $0.00 | $0.00 |
| 20070822 21:24 | PY - Payroll | 9329036 | | MTC | ~20070805 To 20070811~Corrected Payroll 20070708 | $1.50 | $0.00 | $0.00 | $0.00 |
| 20070822 21:24 | PY - Payroll | 9329056 | | MTC | ~20070805 To 20070811~Corrected Payroll 20070701 | $1.50 | $0.00 | $0.00 | $0.00 |
| 20070823 22:30 | CN - Canteen | 9338752 | | MTC | ~Canteen Date 20070823 | $0.00 | $7.24 | $0.00 | $0.00 |
| 20070829 21:27 | PY - Payroll | 9362126 | | MTC | ~20070812 To 20070818 | $7.50 | $0.00 | $0.00 | $0.00 |
| 20070830 22:30 | CN - Canteen | 9372055 | | MTC | ~Canteen Date : 20070830 | $0.00 | $8.90 | $0.00 | $0.00 |
| 20070905 21:23 | PY - Payroll | 9399561 | | MTC | ~20070819 To 20070825 | $7.50 | $0.00 | $0.00 | $0.00 |
| 20070906 16:38 | IS - Interest | 9415803 | | MTC | | $0.04 | $0.00 | $0.00 | $0.00 |
| 20070906 22:30 | CN - Canteen | 9428772 | | MTC | ~Canteen Date 20070906 | $0.00 | $6.08 | $0.00 | $0.00 |
| 20070912 10:08 | CI - Transfer from Club to Inmate A/c | 9452759 | | MTC | ~REFUND 9/6/07-M81137 SCHMITT,JOSEPH PERSONAL-KCN WASH ACCOUNT - Z5 | $6.08 | $0.00 | $0.00 | $0.00 |
| 20070912 10:08 | TI - Transfer from Institution | 9452761 | | MTC | ~Associate Receipt Number is 9452759 | $6.08 | $0.00 | $0.00 | $0.00 |
| 20070912 10:08 | TI - Transfer from Institution | 9452760 | | STH | ~Associate Receipt Number is 9452759 | $0.00 | $6.08 | $0.00 | $0.00 |
| 20070912 21:22 | PY - Payroll | 9457128 | | MTC | ~20070826 To 20070901 | $7.50 | $0.00 | $0.00 | $0.00 |
| 20070914 13:24 | ML - Mail | 9473000 | | STH | ~COLLEEN HORNE | $500.00 | $0.00 | $0.00 | $0.00 |
| 20070914 13:24 | TI - Transfer from Institution | 9473004 | | STH | ~Associate Receipt Number is 9473000 | $0.00 | $499.00 | $0.00 | $0.00 |
| 20070914 13:24 | MA - Maintenance and Administration | 9473002 | | STH | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20070914 13:24 | TI - Transfer from Institution | 9473005 | | MTC | ~Associate Receipt Number is 9473000 | $499.00 | $0.00 | $0.00 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date : 20080108 15:05

| Commit# : | M81137 | | MASS. TREATMENT CENTER | | Page . 2 |
| --- | --- | --- | --- | --- | --- |
| Name : | SCHMITT, JOSEPH. | | Statement From | 20070708 | |
| Inst : | MASS TREATMENT CENTER | | To | 20080108 | |
| Block : | B2 | | | | |
| Cell/Bed : | 029/B | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 20070919 21:24 | PY - Payroll | 9493567 | | MTC | ~20070902 To 20070908 | $4.50 | $0.00 | $0.00 | $0.00 |
| 20070920 22:30 | CN - Canteen | 9504092 | | MTC | ~Canteen Date 20070920 | $0.00 | $69.60 | $0.00 | $0.00 |
| 20070926 09:14 | IC - Transfer from Inmate to Club A/c | 9523259 | | MTC | ~822(5), 823(2)~CANTEEN CORP. WASH ACCOUNT - Z6~CANTEEN CORP. WASH ACCOUNT - Z6 | $0.00 | $35.64 | $0.00 | $0.00 |
| 20070926 21:38 | PY - Payroll | 9527945 | | MTC | ~20070909 To 20070915 | $7.50 | $0.00 | $0.00 | $0.00 |
| 20070927 22:30 | CN - Canteen | 9539043 | | MTC | ~Canteen Date 20070927 | $0.00 | $68.95 | $0.00 | $0.00 |
| 20071001 10:08 | IC - Transfer from Inmate to Club A/c | 9547261 | | MTC | ~CLOTHING~KCN WASH ACCOUNT - Z5~KCN WASH ACCOUNT - Z5 | $0.00 | $210.67 | $0.00 | $0.00 |
| 20071003 21:23 | PY - Payroll | 9567806 | | MTC | ~20070916 To 20070922 | $7.50 | $0.00 | $0.00 | $0.00 |
| 20071004 22:30 | CN - Canteen | 9579478 | | MTC | ~Canteen Date 20071004 | $0.00 | $15.38 | $0.00 | $0.00 |
| 20071010 10:33 | IC - Transfer from Inmate to Club A/c | 9600292 | | MTC | ~808,819,822,723~CANTEEN CORP. WASH ACCOUNT - Z6~CANTEEN CORP. WASH ACCOUNT - Z6 | $0.00 | $56.27 | $0.00 | $0.00 |
| 20071010 21:37 | PY - Payroll | 9605838 | | MTC | ~20070923 To 20070929 | $3.00 | $0.00 | $0.00 | $0.00 |
| 20071011 22:30 | CN - Canteen | 9617129 | | MTC | ~Canteen Date 20071011 | $0.00 | $1.99 | $0.00 | $0.00 |
| 20071012 16:47 | IS - Interest | 9627897 | | MTC | | $1.15 | $0.00 | $0.00 | $0.00 |
| 20071015 14:33 | ML - Mail | 9645601 | | STH | ~COLLEN THORNE | $500.00 | $0.00 | $0.00 | $0.00 |
| 20071015 14:33 | TI - Transfer from Institution | 9645605 | | STH | ~Associate Receipt Number is 9645601 | $0.00 | $499.00 | $0.00 | $0.00 |
| 20071015 14:33 | MA - Maintenance and Administration | 9645603 | | STH | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20071015 14:33 | TI - Transfer from Institution | 9645606 | | MTC | ~Associate Receipt Number is 9645601 | $499.00 | $0.00 | $0.00 | $0.00 |
| 20071018 09:46 | IC - Transfer from Inmate to Club A/c | 9669151 | | MTC | ~SPECIAL ORDER~KCN WASH ACCOUNT - Z5~KCN WASH ACCOUNT - Z5 | $0.00 | $186.34 | $0.00 | $0.00 |
| 20071018 22:30 | CN - Canteen | 9673317 | | MTC | ~Canteen Date 20071018 | $0.00 | $65.45 | $0.00 | $0.00 |
| 20071019 11:24 | IC - Transfer from Inmate to Club A/c | 9675438 | | MTC | ~CLOTHING~KCN WASH ACCOUNT - Z5~KCN WASH ACCOUNT - Z5 | $0.00 | $46.00 | $0.00 | $0.00 |
| 20071023 10:26 | IC - Transfer from Inmate to Club A/c | 9685522 | | MTC | ~810~CANTEEN CORP. WASH ACCOUNT - Z6~CANTEEN CORP. WASH ACCOUNT - Z6 | $0.00 | $23.63 | $0.00 | $0.00 |
| 20071025 22:30 | CN - Canteen | 9706615 | | MTC | ~Canteen Date 20071025 | $0.00 | $69.95 | $0.00 | $0.00 |
| 20071026 11:06 | IC - Transfer from Inmate to Club A/c | 9710515 | | MTC | ~CLOTHING~KCN WASH ACCOUNT - Z5~KCN WASH ACCOUNT - Z5 | $0.00 | $35.99 | $0.00 | $0.00 |
| 20071029 10:41 | CI - Transfer from Club to Inmate A/c | 9713827 | | MTC | ~RETURNED PROPERTY~M81137 SCHMITT,JOSEPH PERSONAL~KCN WASH ACCOUNT - Z5 | $26.60 | $0.00 | $0.00 | $0.00 |
| 20071029 10:41 | TI - Transfer from Institution | 9713829 | | MTC | ~Associate Receipt Number is 9713827 | $26.60 | $0.00 | $0.00 | $0.00 |
| 20071029 10:41 | TI - Transfer from Institution | 9713828 | | STH | ~Associate Receipt Number is 9713827 | $0.00 | $26.60 | $0.00 | $0.00 |
| 20071101 13:49 | ML - Mail | 9739877 | | STH | ~COLLEEN HORNE | $1,000.00 | $0.00 | $0.00 | $0.00 |
| 20071101 13:49 | TI - Transfer from Institution | 9739886 | | STH | ~Associate Receipt Number is 9739883 | $0.00 | $1,000.00 | $0.00 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date: 20080108 15:05

| | | |
|---|---|---|
| Commit# : | M81137 | |
| Name : | SCHMITT, JOSEPH | |
| Inst : | MASS TREATMENT CENTER | |
| Block : | B2 | |
| Cell/Bed : | 029/B | |

MASS. TREATMENT CENTER   Page 1
Statement From 20070708
To 20080108

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| 20071101 13:49 | TI - Transfer from Institution | 9739887 | | MTC | ~Associate Receipt Number is 9739885 | $1,000.00 | $0.00 | $0.00 | $0.00 |
| 20071101 13:49 | ML - Mail | 9739885 | | STH | ~COLLEEN HORNE | $1,000.00 | $0.00 | $0.00 | $0.00 |
| 20071101 13:49 | MA - Maintenance and Administration | 9739880 | | STH | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20071101 13:49 | TI - Transfer from Institution | 9739882 | | STH | ~Associate Receipt Number is 9739877 | $0.00 | $999.00 | $0.00 | $0.00 |
| 20071101 13:49 | TI - Transfer from Institution | 9739883 | | MTC | ~Associate Receipt Number is 9739877 | $999.00 | $0.00 | $0.00 | $0.00 |
| 20071101 13:50 | ML - Mail | 9739888 | | STH | ~COLLEEN HORNE | $500.00 | $0.00 | $0.00 | $0.00 |
| 20071101 13:50 | TI - Transfer from Institution | 9739889 | | STH | ~Associate Receipt Number is 9739888 | $0.00 | $500.00 | $0.00 | $0.00 |
| 20071101 13:50 | TI - Transfer from Institution | 9739890 | | MTC | ~Associate Receipt Number is 9739888 | $500.00 | $0.00 | $0.00 | $0.00 |
| 20071101 22:30 | CN - Canteen | 9743749 | | MTC | ~Canteen Date - 20071101 | $0.00 | $69.38 | $0.00 | $0.00 |
| 20071106 08:37 | EX - External Disbursement | 9759535 | 122213 | MTC | ~CODE NAST PUBLICATIONS | $0.00 | $21.97 | $0.00 | $0.00 |
| 20071106 16:57 | IS - Interest | 9767620 | | MTC | | $0.95 | $0.00 | $0.00 | $0.00 |
| 20071112 22:30 | CN - Canteen | 9809324 | | MTC | ~Canteen Date 20071109 | $0.00 | $63.80 | $0.00 | $0.00 |
| 20071114 11:12 | IC - Transfer from Inmate to Club A/c | 9823002 | | MTC | ~819, 822(5), 823(3)~CANTEEN CORP WASH ACCOUNT - Z6~CANTEEN CORP WASH ACCOUNT - Z6 | $0.00 | $37.13 | $0.00 | $0.00 |
| 20071115 22:30 | CN - Canteen | 9840301 | | MTC | ~Canteen Date . 20071115 | $0.00 | $69.76 | $0.00 | $0.00 |
| 20071116 10:31 | IC - Transfer from Inmate to Club A/c | 9842639 | | MTC | ~CLOTHING~KCN WASH ACCOUNT - Z5 -KCN WASH ACCOUNT - Z5 | $0.00 | $36.10 | $0.00 | $0.00 |
| 20071119 09:36 | EX - External Disbursement | 9848468 | 122550 | MTC | ~MARY OUTHOUSE | $0.00 | $50.00 | $0.00 | $0.00 |
| 20071121 08:43 | IC - Transfer from Inmate to Club A/c | 9860546 | | MTC | ~PLYMOUTH CTY COURT~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.58 | $0.00 | $0.00 |
| 20071121 08:44 | IC - Transfer from Inmate to Club A/c | 9860548 | | MTC | ~US DIST COURT~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $1.48 | $0.00 | $0.00 |
| 20071121 08:44 | IC - Transfer from Inmate to Club A/c | 9860556 | | MTC | ~US COURT APPEALS~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $1.14 | $0.00 | $0.00 |
| 20071121 22:30 | CN - Canteen | 9873567 | | MTC | ~Canteen Date - 20071121 | $0.00 | $76.32 | $0.00 | $0.00 |
| 20071123 08:16 | EX - External Disbursement | 9876057 | 122657 | MTC | ~EDWARD HAMILTON | $0.00 | $35.40 | $0.00 | $0.00 |
| 20071123 08:52 | IC - Transfer from Inmate to Club A/c | 9876241 | | MTC | ~2 LEGAL~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $1.16 | $0.00 | $0.00 |
| 20071123 08:54 | IC - Transfer from Inmate to Club A/c | 9876259 | | MTC | ~2- RAYE & CLERK~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $11.35 | $0.00 | $0.00 |
| 20071128 10:46 | CI - Transfer from Club to Inmate A/c | 9891968 | | MTC | ~REFUND 11/21/07~M81137 SCHMITT,JOSEPH PERSONAL~KCN WASH ACCOUNT - Z5 | $2.07 | $0.00 | $0.00 | $0.00 |
| 20071128 10:46 | TI - Transfer from Institution | 9891970 | | STH | ~Associate Receipt Number is 9891968 | $0.00 | $2.07 | $0.00 | $0.00 |
| 20071128 10:46 | TI - Transfer from Institution | 9891971 | | MTC | ~Associate Receipt Number is 9891968 | $2.07 | $0.00 | $0.00 | $0.00 |
| 20071129 22:30 | CN - Canteen | 9908650 | | MTC | ~Canteen Date : 20071129 | $0.00 | $89.27 | $0.00 | $0.00 |
| 20071206 16:41 | IS - Interest | 9954439 | | MTC | | $10.03 | $0.00 | $0.00 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date: 20080108 15:05

| Commit#: | M81137 | | MASS. TREATMENT CENTER | | Page 4 |
| Name: | SCHMITT, JOSEPH | | Statement From | 20070708 | |
| Inst: | MASS. TREATMENT CENTER | | To | 20080108 | |
| Block: | B2 | | | | |
| Cell/Bed: | 029/B | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| 20071206 22:30 | CN - Canteen | 9969743 | | MTC | ~Canteen Date 20071206 | $0.00 | $76.40 | $0.00 | $0.00 |
| 20071210 11:03 | IC - Transfer from Inmate to Club A/c | 9979203 | | MTC | ~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $4.60 | $0.00 | $0.00 |
| 20071211 08:14 | VC - Voided Check | 9985332 | 122550 | STH | ~MARY OUTHOUSE | $50.00 | $0.00 | $0.00 | $0.00 |
| 20071211 08:14 | TI - Transfer from Institution | 9985333 | | STH | ~Associate Receipt Number is 9985332 | $0.00 | $50.00 | $0.00 | $0.00 |
| 20071211 08:14 | TI - Transfer from Institution | 9985334 | | MTC | ~Associate Receipt Number is 9985332 | $50.00 | $0.00 | $0.00 | $0.00 |
| 20071211 09:16 | CI - Transfer from Club to Inmate A/c | 9985749 | | MTC | ~CANTEEN REFUND 12/6/07~M81137 SCHMITT,JOSEPH PERSONAL~KCN WASH ACCOUNT - Z5 | $4.30 | $0.00 | $0.00 | $0.00 |
| 20071211 09:16 | TI - Transfer from Institution | 9985750 | | STH | ~Associate Receipt Number is 9985749 | $0.00 | $4.30 | $0.00 | $0.00 |
| 20071211 09:16 | TI - Transfer from Institution | 9985751 | | MTC | ~Associate Receipt Number is 9985749 | $4.30 | $0.00 | $0.00 | $0.00 |
| 20071213 09:13 | IC - Transfer from Inmate to Club A/c | 10006996 | | MTC | ~US COURT /APPEALS~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $6.85 | $0.00 | $0.00 |
| 20071213 22:30 | CN - Canteen | 10011122 | | MTC | ~Canteen Date 20071213 | $0.00 | $89.18 | $0.00 | $0.00 |
| 20071214 08:15 | EX - External Disbursement | 10013952 | 123168 | MTC | ~CLERK - U.S DIST COURT | $0.00 | $1.70 | $0.00 | $0.00 |
| 20071214 08:15 | MA - Maintenance and Administration | 10013954 | | MTC | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20071218 09:19 | EX - External Disbursement | 10025859 | 123205 | MTC | ~CLERK U.S. DISTRICT COURT | $0.00 | $20.00 | $0.00 | $0.00 |
| 20071221 22:30 | CN - Canteen | 10059064 | | MTC | ~Canteen Date 20071221 | $0.00 | $87.68 | $0.00 | $0.00 |
| 20071226 10:02 | IC - Transfer from Inmate to Club A/c | 10069570 | | MTC | ~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.79 | $0.00 | $0.00 |
| 20071226 10:02 | IC - Transfer from Inmate to Club A/c | 10069572 | | MTC | ~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $2.33 | $0.00 | $0.00 |
| 20071226 22:30 | CN - Canteen | 10083690 | | MTC | ~Canteen Date: 20071226 | $0.00 | $87.43 | $0.00 | $0.00 |
| 20071228 11:06 | IC - Transfer from Inmate to Club A/c | 10092394 | | MTC | ~819,822~CANTEEN CORP. WASH ACCOUNT - Z6~CANTEEN CORP. WASH ACCOUNT - Z6 | $0.00 | $26.89 | $0.00 | $0.00 |
| 20071231 07:50 | EX - External Disbursement | 10096453 | 123500 | MTC | ~PSI PUBLISHING INC. | $0.00 | $54.95 | $0.00 | $0.00 |
| 20071231 07:52 | EX - External Disbursement | 10096457 | 123504 | MTC | ~JOHN DAY, ESQ. | $0.00 | $500.00 | $0.00 | $0.00 |
| 20071231 07:52 | EX - External Disbursement | 10096458 | 123505 | MTC | ~JOHN DAY, ESQ. | $0.00 | $500.00 | $0.00 | $0.00 |
| 20071231 07:53 | EX - External Disbursement | 10096460 | 123506 | MTC | ~JOHN DAY, ESQ. | $0.00 | $500.00 | $0.00 | $0.00 |
| 20080102 09:33 | IC - Transfer from Inmate to Club A/c | 10106324 | | MTC | ~CERT 700608100005443961$5~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $5.21 | $0.00 | $0.00 |
| 20080102 09:33 | IC - Transfer from Inmate to Club A/c | 10106327 | | MTC | ~CLERK OF COURTS~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.97 | $0.00 | $0.00 |
| 20080103 08:49 | IC - Transfer from Inmate to Club A/c | 10120562 | | MTC | ~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $6.85 | $0.00 | $0.00 |
| 20080104 08:34 | EX - External Disbursement | 10127893 | 123594 | MTC | ~FHS | $0.00 | $7.90 | $0.00 | $0.00 |
| 20080104 08:34 | MA - Maintenance and Administration | 10127895 | | MTC | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| | | | | | | $7,280.33 | $7,107.43 | $0.00 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date: 20080108 15:05

| | | | | |
|---|---|---|---|---|
| Commit# : | M81137 | | MASS. TREATMENT CENTER | Page: 5 |
| Name : | SCHMITT, JOSEPH. . | Statement From | 20070708 | |
| Inst : | MASS TREATMENT CENTER | To | 20080108 | |
| Block : | B2 | | | |
| Cell/Bed : | 029 /B | | | |

|  | Personal | Savings |
|---|---|---|
| Balance as of ending date : | $191.67 | $0.00 |

Current Balances :

| Personal | Savings | Freeze | Loan | Restitution | Sentence |
|---|---|---|---|---|---|
| $191.67 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

```
Sent Order 100166574 for SCHMITT, JOSEPH
Wednesday, November 14, 2007  @10:20
```

| ID | Order # | Name |
|---|---|---|
| 841137 | 100166574 | SCHMITT, JOSEPH |

| Order Date | Location | Order Form |
|---|---|---|
| 2007-11-06 | MTC B2 020 | UNASSIGNED ORDER FORM |

| Alias | Description | Qty | Price | Extend | Tax | Total | Status |
|---|---|---|---|---|---|---|---|
| 6770 | BF SUMMER SAUSAGE ORG FLV | 8 | 1.55 | 12.40 | 0.00 | 12.40 | Sent |
| 6173 | BC CHILI W/ BEANS | 6 | 1.35 | 8.10 | 0.00 | 8.10 | Sent |
| 6429 | CC JALAP CHEESE SQUEEZE | 10 | 0.48 | 4.80 | 0.00 | 4.80 | Sent |
| 6294 | BC PASTA SAUCE (ITALIAN) | 10 | 0.43 | 4.30 | 0.00 | 4.30 | Sent |
| 2093 | SUGAR RESLABLE CLRPK 12OZ | 1 | 1.25 | 1.25 | 0.00 | 1.25 | Sent |
| 6417 | CREAMY PEANUT BUTTER 18 O | 2 | 2.00 | 4.00 | 0.00 | 4.00 | Sent |
| 2077 | 10 OZ. HOT COCOA CLR (KF) | 2 | 1.25 | 2.50 | 0.00 | 2.50 | Sent |
| 6241 | DELUX MIXED NUTS 10 OZ | 1 | 2.42 | 2.42 | 0.00 | 2.42 | Sent |
| 4030 | M&M PLAIN | 4 | 0.60 | 2.40 | 0.00 | 2.40 | Sent |
| 4214 | BROWNIE | 2 | 0.43 | 0.86 | 0.00 | 0.86 | Sent |
| 3034 | PB CREME COOKIES 6OZ | 2 | 0.74 | 1.48 | 0.00 | 1.48 | Sent |
| 3132 | HONEY GRAHAM CRACKERS | 1 | 1.40 | 1.40 | 0.00 | 1.40 | Sent |
| 6636 | FLOUR TORTILLAS | 4 | 0.81 | 3.24 | 0.00 | 3.24 | Sent |
| 6315 | SPLENDORA SLICE PEPPERONI | 4 | 1.55 | 6.20 | 0.00 | 6.20 | Sent |
| 6445 | JALAPENO CHEESE BAR 4 OZ. | 2 | 1.25 | 2.50 | 0.00 | 2.50 | Sent |
| 6736 | POPPERS ORIGINAL FLAVOR | 2 | 1.23 | 2.46 | 0.00 | 2.46 | Sent |
| 6507 | SLICED JALAPENO PEPPERS | 4 | 0.31 | 1.24 | 0.00 | 1.24 | Sent |
| 6501 | PICKLE (MILD) | 1 | 0.60 | 0.60 | 0.00 | 0.60 | Sent |
| 6333 | ELBOW MACARONI 1 LB BAG | 0 | 0.97 | 0.00 | 0.00 | 0.00 | |
| 6360 | SPAGHETTI 1 LB BOX | 3 | 0.55 | 1.65 | 0.00 | 1.65 | Sent |
| 6754 | ORANGE SLICES 5.7 OZ | 0 | 0.53 | 0.00 | 0.00 | 0.00 | Exceeded Spend Group |

```
                        Order Total   63.80   0.00  63.80
```

| Category | Max Limit | Current | Funds Available |
|---|---|---|---|
| Order Form Max Limit | 70.00 | 0.00 | 70.00 |
| Commissary Items | 70.00 | 0.00 | |

EXHIBIT C

```
Sent Order 100165929 for SCHMITT, JOSEPH
Wednesday, November 14, 2007  @10:20
```

| ID | Order # | Name: |
|---|---|---|
| 381137 | 100165929 | SCHMITT, JOSEPH |

| Order Date | Location | Order Form |
|---|---|---|
| 2007-11-01 | MTC B2 020 | UNASSIGNED ORDER FORM |

| Alias | Description | Qty | Price | Extend | Tax | Total | Status |
|---|---|---|---|---|---|---|---|
| 6392 | TOOTIE FRUTIE CREAL 12.5 | 1 | 2.49 | 2.49 | 0.00 | 2.49 | Sent |
| 6417 | CREAMY PEANUT BUTTER 18 O | 2 | 2.00 | 4.00 | 0.00 | 4.00 | Sent |
| 7071 | 10 OZ. HOT COCOA CLR (KF) | 2 | 1.25 | 2.50 | 0.00 | 2.50 | Sent |
| 2653 | SUGAR RESLABLE CLRPK 12OZ | 1 | 1.25 | 1.25 | 0.00 | 1.25 | Sent |
| 3004 | PB CREME COOKIES 6OZ | 2 | 0.74 | 1.48 | 0.00 | 1.48 | Sent |
| 4154 | ORANGE SLICES 5.7 OZ | 2 | 0.53 | 1.06 | 0.00 | 1.06 | Sent |
| 4800 | M&M PLAIN | 4 | 0.60 | 2.40 | 0.00 | 2.40 | Sent |
| 3214 | BROWNIE | 4 | 0.43 | 1.72 | 0.00 | 1.72 | Sent |
| 6141 | DELUX MIXED NUTS 10 OZ | 1 | 2.42 | 2.42 | 0.00 | 2.42 | Sent |
| 6019 | ROAST CHICKEN RAMEN | 25 | 0.27 | 6.75 | 0.00 | 6.75 | Sent |
| 6024 | TEXAS BEEF RAMEN NOODLE | 25 | 0.27 | 6.75 | 0.00 | 6.75 | Sent |
| 6610 | 4K PLAIN BAGEL 4OZ | 8 | 0.43 | 3.44 | 0.00 | 3.44 | Sent |
| 6503 | PICKLE (HOT) | 2 | 0.60 | 1.20 | 0.00 | 1.20 | Sent |
| 6504 | PICKLE (MILD) | 2 | 0.60 | 1.20 | 0.00 | 1.20 | Sent |
| 3621 | 2 OZ CREAMER CLEARPACK | 2 | 0.96 | 1.92 | 0.00 | 1.92 | Sent |
| 6311 | SPLENGORA SLICE PEPPERONI | 2 | 1.55 | 3.10 | 0.00 | 3.10 | Sent |
| 6770 | GF SUMMER SAUSAGE ORG FLV | 4 | 1.55 | 6.20 | 0.00 | 6.20 | Sent |
| 6304 | SQUEEZE PIZZA SAUCE 15.5 | 2 | 1.55 | 3.10 | 0.00 | 3.10 | Sent |
| 6456 | GARLIC POWDER | 1 | 0.90 | 0.90 | 0.00 | 0.90 | Sent |
| 6597 | SLICED JALAPENO PEPPERS | 6 | 0.31 | 1.86 | 0.00 | 1.86 | Sent |
| 6425 | OZ SHARP CHDR CHS SQUEEZE | 5 | 0.48 | 2.40 | 0.00 | 2.40 | Sent |
| 6429 | OZ JALAP CHEESE SQUEEZE | 5 | 0.48 | 2.40 | 0.00 | 2.40 | Sent |
| 6174 | EC HOT CHILI W/ BEANS | 3 | 1.35 | 4.05 | 0.00 | 4.05 | Sent |
| 6300 | SPAGHETTI 1 LB BOX | 4 | 0.55 | 2.20 | 0.00 | 2.20 | Sent |
| 6600 | FLOUR TORTILLAS | 2 | 0.81 | 1.62 | 0.00 | 1.62 | Sent |
| 6361 | ELBOW MACARONI 1 LB BAG | 1 | 0.97 | 0.97 | 0.00 | 0.97 | Exceeded Spend Group |

```
Order Total   69.38   0.00   69.38
```

| Category | Max Limit | Current | Funds Available |
|---|---|---|---|
| Order Form Max Limit | 70.00 | 0.00 | 70.00 |
| Commissary Items | 70.00 | 0.00 | |

Sent Order 100165801 for SCHMITT, JOSEPH
Wednesday, November 14, 2007 @10:20

| ID | Order # | Name |
|---|---|---|
| 881737 | 100165801 | SCHMITT, JOSEPH |

Order Date: 2007-10-25
Location: MTC B2 020
Order Form: UNASSIGNED ORDER FORM

| Alias | Description | Qty | Price | Extend | Tax | Total | Status |
|---|---|---|---|---|---|---|---|
| 6015 | ROAST CHICKEN RAMEN | 20 | 0.27 | 5.40 | 0.00 | 5.40 | Sent |
| 6094 | TEXAS BEEF RAMEN NOODLE | 20 | 0.27 | 5.40 | 0.00 | 5.40 | Sent |
| 6543 | PROVOLONE CHEESE BLOCK | 2 | 1.25 | 2.50 | 0.00 | 2.50 | Sent |
| 6549 | JALAPENO CHEESE BAR 4 OZ. | 2 | 1.25 | 2.50 | 0.00 | 2.50 | Sent |
| 1092 | SUGAR RESLABLE CLRPK 12OZ | 1 | 1.25 | 1.25 | 0.00 | 1.25 | Sent |
| 6500 | PICKLE (HOT) | 2 | 0.60 | 1.20 | 0.00 | 1.20 | Sent |
| 6501 | PICKLE (MILD) | 2 | 0.60 | 1.20 | 0.00 | 1.20 | Sent |
| 6609 | FLOUR TORTILLAS | 4 | 0.81 | 3.24 | 0.00 | 3.24 | Sent |
| 6626 | FRESH CATCH TUNA 4.23 OZ. | 2 | 1.25 | 2.50 | 0.00 | 2.50 | Sent |
| 6311 | SPLENDORA SLICE PEPPERONI | 3 | 1.55 | 4.65 | 0.00 | 4.65 | Sent |
| 6770 | BEEF SALAMI SUMR SAUSAGE | 3 | 1.36 | 4.08 | 0.00 | 4.08 | Sent |
| 4009 | M&M PLAIN | 6 | 0.60 | 3.60 | 0.00 | 3.60 | Sent |
| 2071 | 10 OZ. HOT COCOA CLR (KF) | 3 | 1.25 | 3.75 | 0.00 | 3.75 | Sent |
| 6768 | POPPERS ORIGINAL FLAVOR | 2 | 1.23 | 2.46 | 0.00 | 2.46 | Sent |
| 6241 | DELUX MIXED NUTS 10 OZ | 1 | 2.42 | 2.42 | 0.00 | 2.42 | Sent |
| 6417 | CREAMY PEANUT BUTTER 18 O | 1 | 2.00 | 2.00 | 0.00 | 2.00 | Sent |
| 3509 | BB HONEY 12OZ CYLINDER | 1 | 2.39 | 2.39 | 0.00 | 2.39 | Sent |
| 6248 | HUNTS KETCHUP 20 OZ | 1 | 1.65 | 1.65 | 0.00 | 1.65 | Sent |
| 6503 | SLICED JALAPENO PEPPERS | 6 | 0.31 | 1.86 | 0.00 | 1.86 | Sent |
| 3102 | HONEY GRAHAM CRACKERS | 1 | 1.40 | 1.40 | 0.00 | 1.40 | Sent |
| 6426 | CC-SHARP CHDR CHS SQUEEZE | 5 | 0.48 | 2.40 | 0.00 | 2.40 | Sent |
| 6429 | CC-JALAP CHEESE SQUEEZE | 5 | 0.48 | 2.40 | 0.00 | 2.40 | Sent |
| 6173 | BC CHILI W/ BEANS | 2 | 1.35 | 2.70 | 0.00 | 2.70 | Sent |
| 3802 | PB CREME COOKIES 6OZ | 3 | 0.74 | 2.22 | 0.00 | 2.22 | Sent |
| 6156 | KEEFE 10OZ NACHO CHIPS | 2 | 1.60 | 3.20 | 0.00 | 3.20 | Sent |
| 6158 | ML BTTR LGHT MICRO POPCRN | 3 | 0.46 | 1.38 | 0.00 | 1.38 | Exceeded Spend Group |
| 4156 | VANILLA CARAMELS | 0 | 0.56 | 0.00 | 0.00 | 0.00 | Exceeded Spend Group |
| 6258 | GARLIC POWDER | 0 | 0.99 | 0.00 | 0.00 | 0.00 | Exceeded Spend Group |
| 6178 | FC MACKERAL | 0 | 1.14 | 0.00 | 0.00 | 0.00 | Exceeded Spend Group |
| 2805 | TC COFFEE (1-STICK) | 1 | 0.20 | 0.20 | 0.00 | 0.20 | Exceeded Spend Group |
| 3214 | BROWNIE | 0 | 0.43 | 0.00 | 0.00 | 0.00 | Exceeded Spend Group |

Order Total   69.95   0.00   69.95

| Category | Max Limit | Current | Funds Available |
|---|---|---|---|
| Order Form Max Limit | 70.00 | 0.00 | 70.00 |
| Commissary Items | 70.00 | 0.00 | |

```
Sent Order 100165345 for SCHMITT, JOSEPH
Wednesday, November 14, 2007  @10:20
```

| | Order # | Name |
|---|---|---|
| MM 137 | 100165345 | SCHMITT, JOSEPH |

| Order Date | Location | Order Form |
|---|---|---|
| 2007-10-18 | MTC B2 020 | UNASSIGNED ORDER FORM |

| Alias | Description | Qty | Price | Extend | Tax | Total | Status |
|---|---|---|---|---|---|---|---|
| 6600 | FLOUR TORTILLAS | 4 | 0.81 | 3.24 | 0.00 | 3.24 | Sent |
| 6610 | KK PLAIN BAGEL 4OZ | 10 | 0.43 | 4.30 | 0.00 | 4.30 | Sent |
| 6757 | HORMEL SPAM - 3OZ POUCH | 2 | 1.25 | 2.50 | 0.00 | 2.50 | Sent |
| 6720 | SWEET SUE CHICKEN POUCH | 0 | 1.80 | 0.00 | 0.00 | 0.00 | Unauthorized Item |
| 2093 | SUGAR RESEALABLE CLRPK 12OZ | 1 | 1.25 | 1.25 | 0.00 | 1.25 | Sent |
| 6507 | SLICED JALAPENO PEPPERS | 5 | 0.31 | 1.55 | 0.00 | 1.55 | Sent |
| 6543 | PROVOLONE CHEESE BLOCK | 4 | 1.25 | 5.00 | 0.00 | 5.00 | Sent |
| 6449 | JALAPENO CHEESE BAR 4 OZ. | 2 | 1.25 | 2.50 | 0.00 | 2.50 | Sent |
| 6306 | SQUEEZE PIZZA SAUCE 15.5 | 4 | 1.55 | 6.20 | 0.00 | 6.20 | Sent |
| 6417 | CREAMY PEANUT BUTTER 18 O | 3 | 2.00 | 6.00 | 0.00 | 6.00 | Sent |
| 2071 | 10 OZ. HOT COCOA CLR (KF) | 3 | 1.25 | 3.75 | 0.00 | 3.75 | Sent |
| 6343 | DELUX MIXED NUTS 10 OZ | 2 | 2.42 | 4.84 | 0.00 | 4.84 | Sent |
| 3214 | BROWNIE | 7 | 0.43 | 3.01 | 0.00 | 3.01 | Sent |
| 4000 | M&M PLAIN | 2 | 0.60 | 1.20 | 0.00 | 1.20 | Sent |
| 4036 | HERSHEY''S CHOCOLATE BAR | 4 | 0.60 | 2.40 | 0.00 | 2.40 | Sent |
| 6313 | SPLENDORA SLICE PEPPERONI | 4 | 1.55 | 6.20 | 0.00 | 6.20 | Sent |
| 3004 | PB CREME COOKIES 6OZ | 1 | 0.74 | 0.74 | 0.00 | 0.74 | Sent |
| 3045 | DUPLEX CREME COOKIES 6OZ | 1 | 0.74 | 0.74 | 0.00 | 0.74 | Sent |
| 8010 | ROAST CHICKEN RAMEN | 10 | 0.27 | 2.70 | 0.00 | 2.70 | Sent |
| 6457 | PARMESAN CHEESE 4OZ CLEAR | 1 | 1.13 | 1.13 | 0.00 | 1.13 | Sent |
| 5778 | BF SUMMER SAUSAGE ORG FLV | 4 | 1.55 | 6.20 | 0.00 | 6.20 | Sent |

```
                        Order Total   65.45   0.00   65.45
```

| Category | Max Limit | Current | Funds Available |
|---|---|---|---|
| Order Form Max Limit | 70.00 | 0.00 | 70.00 |
| Commissary Items | 70.00 | 0.00 | |

```
Sent Order 100164815 for SCHMITT, JOSEPH
Wednesday, November 14, 2007  810:20
```

| IC | Order # | Name |
|---|---|---|
| 931137 | 100164815 | SCHMITT, JOSEPH |

Order Date
2007-10-11

Location
MTC B2 020

Order Form
UNASSIGNED ORDER FORM

| Alias | Description | Qty | Price | Extend | Tax | Total | Status |
|---|---|---|---|---|---|---|---|
| 2093 | SUGAR RESLABLE CLRPK 12OZ | 1 | 1.25 | 1.25 | 0.00 | 1.25 | Sent |
| 3004 | PB CREME COOKIES 6OZ | 1 | 0.74 | 0.74 | 0.00 | 0.74 | Sent |
| | Order Total | | | 1.99 | 0.00 | 1.99 | |

Category
  Order Form Max Limit
  Commissary Items

| | Max Limit | Current | | Funds Available |
|---|---|---|---|---|
| | 70.00 | 0.00 | | 70.00 |
| | 70.00 | 0.00 | | |

```
Sent Order 100164414 for SCHMITT, JOSEPH
Wednesday, November 14, 2007  010:20
```

```
ID            Order #         Name
M31137        100164414       SCHMITT, JOSEPH

Order Date                    Location
2007-10-04                    MTC B2 020            Order Form
                                                    UNASSIGNED ORDER FORM
```

| Alias | Description | Qty | Price | Extend | Tax | Total | Status |
|---|---|---|---|---|---|---|---|
| 0309 | BIC DISP. RAZOR | 5 | 0.12 | 0.60 | 0.03 | 0.63 | Sent |
| 0169 | ROLL-ON A/P DEOD. | 1 | 1.11 | 1.11 | 0.06 | 1.17 | Sent |
| 0355 | 15OZ VOLUME SHAMPOO | 1 | 1.39 | 1.39 | 0.07 | 1.46 | Sent |
| 0440 | PURE & NATURAL BAR SOAP | 3 | 0.55 | 1.65 | 0.08 | 1.73 | Sent |
| 0549 | TOOTHBRUSH (MEDIUM) | 1 | 0.06 | 0.06 | 0.00 | 0.06 | Sent |
| 0771 | TOILET TISSUE/1ROLL | 1 | 0.88 | 0.88 | 0.04 | 0.92 | Sent |
| 1050 | BOOK OF TEN STAMPS | 2 | 4.10 | 8.20 | 0.00 | 8.20 | Sent |
| 1091 | BLACK PEN (PLASTIC CLIP) | 1 | 0.16 | 0.16 | 0.01 | 0.17 | Sent |
| 1617 | ENVELOPE #10 50/CT | 1 | 0.99 | 0.99 | 0.05 | 1.04 | Sent |

```
                          Order Total   15.04   0.34   15.38

Category                  Max Limit   Current
  Order Form Max Limit      70.00      0.00            Funds Available
  Commissary Items          70.00      0.00                70.00
```

```
                                    1
              Sent Order 100164378 for SCHMITT, JOSEPH
                 Wednesday, November 14, 2007  @10:20
```

```
     ID              Order #        Name
     H81137          100164378      SCHMITT, JOSEPH

     Order Date                     Location
     2007-09-27                     MTC B2 020              Order Form
                                                            UNASSIGNED ORDER FORM
```

| Alias | Description              | Qty | Price | Extend | Tax  | Total | Status |
|-------|--------------------------|-----|-------|--------|------|-------|--------|
| 1343  | SCOTCH TAPE              | 1   | 0.65  | 0.65   | 0.03 | 0.68  | Sent   |
| CO ?  | 15OZ VO5 SHAMPOO         | 1   | 1.49  | 1.49   | 0.07 | 1.56  | Sent   |
| 0363  | ULTIMATE STYLING GEL     | 1   | 2.28  | 2.28   | 0.11 | 2.39  | Sent   |
| 6607  | HOT PEANUTS 1.75 OZ      | 10  | 0.40  | 4.00   | 0.00 | 4.00  | Sent   |
| 3506  | BB HONEY 12OZ CYLINDER   | 1   | 2.39  | 2.39   | 0.00 | 2.39  | Sent   |
| 6447  | SQUZ CHIPOTLE LIME SPREAD| 2   | 0.80  | 1.60   | 0.00 | 1.60  | Sent   |
| 6426  | CC SHARP CHDR CHS SQUEEZE| 10  | 0.48  | 4.80   | 0.00 | 4.80  | Sent   |
| 6429  | CC JALAP CHEESE SQUEEZE  | 10  | 0.48  | 4.80   | 0.00 | 4.80  | Sent   |
| 6513  | 6 OZ LA HOT SAUCE        | 2   | 0.58  | 1.16   | 0.00 | 1.16  | Sent   |
| 5457  | PARMESAN CHEESE 4OZ CLEAR| 1   | 1.13  | 1.13   | 0.00 | 1.13  | Sent   |
| 6666  | SAZON COYA AZAFRAN       | 1   | 1.15  | 1.15   | 0.00 | 1.15  | Sent   |
| 6770  | BF SUMMER SAUSAGE ORG FLV| 5   | 1.55  | 7.75   | 0.00 | 7.75  | Sent   |
| 673   | SPLENDORA SLICE PEPPERONI| 5   | 1.55  | 7.75   | 0.00 | 7.75  | Sent   |
| 6543  | PROVOLONE CHEESE BLOCK   | 5   | 1.25  | 6.25   | 0.00 | 6.25  | Sent   |
| 6561  | PICKLE (MILD)            | 5   | 0.60  | 3.00   | 0.00 | 3.00  | Sent   |
| 624   | DELUX MIXED NUTS 10 OZ   | 2   | 2.42  | 4.84   | 0.00 | 4.84  | Sent   |
| 7118  | WHEAT THINS              | 2   | 2.05  | 4.10   | 0.00 | 4.10  | Sent   |
| 4936  | HERSHEY'S CHOCOLATE BAR  | 4   | 0.60  | 2.40   | 0.00 | 2.40  | Sent   |
| 2077  | MF PREMIUM COFFEE CLRPK  | 1   | 2.23  | 2.23   | 0.00 | 2.23  | Sent   |
| 6443  | JALAPENO CHEESE BAR 4 OZ | 4   | 1.25  | 5.00   | 0.00 | 5.00  | Sent   |

```
                                    Order Total    68.77   0.21   68.98

     Category
     Order Form Max Limit              Max Limit    Current              Funds Available
     Commissary Items                  70.00        0.00                 70.00
                                       70.00        0.00
```

```
                                      1
          Sent Order 100163695 for SCHMITT, JOSEPH
                 Wednesday, November 14, 2007  @10:20

ID                 Order #         Name
041137             100163695       SCHMITT, JOSEPH

Order Date                         Location
 2007-09-20                         MTC B2 020         Order Form
                                                       UNASSIGNED ORDER FORM


Alias Description                          Qty  Price  Extend  Tax   Total  Status
6465  BIT O HONEY                           1   0.61   0.61    0.00  0.61   Sent
2053  KF PREMIUM COFFEE CLRPK               2   2.23   4.46    0.00  4.46   Sent
5004  FB CREME COOKIES 6OZ                  2   0.74   1.48    0.00  1.48   Sent
3274  BROWNIE                               6   0.43   2.58    0.00  2.58   Sent
3023  OREO SANDWICH COOKIES                 3   0.39   1.17    0.00  1.17   Sent
2113  SALTINE CRACKERS                      1   1.44   1.44    0.00  1.44   Sent
6426  SALSA 5OZ BOTTLE 15.5OZ               1   1.47   1.47    0.00  1.47   Sent
6537  SLICED JALAPENO PEPPERS              10   0.31   3.10    0.00  3.10   Sent
7345  SCOTCH TAPE                           1   0.65   0.65    0.03  0.68   Sent
2093  SUGAR RESLABLE CLRPK 12OZ             1   1.25   1.25    0.00  1.25   Sent
6261  ML BUTTER MICRO POPCORN              10   0.46   4.60    0.00  4.60   Sent
6064  TEXAS BEEF RAMEN NOODLE              20   0.27   5.40    0.00  5.40   Sent
6015  ROAST CHICKEN RAMEN                  20   0.27   5.40    0.00  5.40   Sent
9374  TWIN BLADE DISP RZRS 10PK             1   1.43   1.43    0.07  1.50   Sent
8109  ROLL-ON A/P DEOD.                     2   1.11   2.22    0.11  2.33   Sent
0443  PURE & NATURAL BAR SOAP               2   0.55   1.10    0.06  1.16   Sent
0304  BIC DISP. RAZOR                       5   0.12   0.60    0.03  0.63   Sent
2023  KF TEA BAGS 48 COUNT                  1   1.34   1.34    0.00  1.34   Sent
2112  SPLENDORA SLICE PEPPERONI             2   1.55   3.10    0.00  3.10   Sent
3502  ANIMAL CRACKERS 11OZ.                 2   0.83   1.66    0.00  1.66   Sent
6196  HOUR LODGE PRETZELS 11 OZ             1   0.96   0.96    0.00  0.96   Sent
6243  PROVOLONE CHEESE BLOCK                2   1.25   2.50    0.00  2.50   Sent
8712  KF SUMMER SAUSAGE ORG FLV             2   1.55   3.10    0.00  3.10   Sent
2010  INST. CAPPUCCINO FR.VANIL             5   0.20   1.00    0.00  1.00   Sent
6692  CHEESE CURLS 10OZ                     2   1.50   3.00    0.00  3.00   Sent
1343  MIRROR 6"X 4.5"                       1   1.77   1.77    0.09  1.86   Sent
0523  COLGATE B.S. PERX CLN 6.4             1   2.15   2.15    0.11  2.26   Sent
6173  BC CHILI W/ BEANS                     4   1.35   5.40    0.00  5.40   Sent
5159  KEEFE 10OZ NACHO CHIPS                2   1.60   3.20    0.00  3.20   Sent
2021  5 OZ CREAMER CLEARPACK                1   0.96   0.96    0.00  0.96   Sent

                                     Order Total  69.10   0.50  69.60

Category
  Order Form Max Limit               Max Limit   Current         Funds Available
  Commissary Items                    70.00       0.00            70.00
                                      70.00       0.00
```

Page 1

Joseph P. Schmitt
30 Administration Road
Bridgewater, MA. 02324

Clerks Office/Customer Service
United States District Court
1 Courthouse Way, Suite 2300
Boston, Ma. 02210



FILED
IN CLERKS OFFICE

2007 NOV 14  A 11: 49

U.S. DISTRICT COURT
DISTRICT OF MASS.

RE: USDC Case 04-10717-RWZ Schmitt v. Mulvey, et al.
    USDC Case 04-10451-RWZ Schmitt v. Smith, et al.

Dear Clerk:

Please forward me the following regarding the above cases;

1. Docket entry sheets for both cases fully updated,

2. Docket entries  P#103 & P#104 in case 04-10717-RWZ

3. Docket entry  P#104 in case 04-10451-RWZ

4. The Courts Order/Decision regarding P#103 & P#104 in case 04-10717-RWZ

5. Docket entries P#90, P#93, P#95 in case 04-451-RWZ

6. The Courts Order/Decision GRANTING defendants motion for clarification on October 15, 2007 (Docket No. 104 in case 04-10451-RWZ).

7. Docket entries P#105 & P#106 in case 04-10451-RWZ

Please note that I am indigent and have no means of paying any fees for the above requested materials. Furthermore, the above cases are once again on appeal and the requested material is very mich needed in a very timely manner.

I thank this Office in advance for their prompt action in this matter.

Respectfully filed,

Cc: JPS file,
    USCA.


EXHIBIT D



*The Commonwealth of Massachusetts*
*Executive Office of Public Safety and Security*
*Department of Correction*
*Legal Division*
*70 Franklin St., Suite 600*
*Boston, Massachusetts 02110-1300*
*Tel: (617-727-3300 Ext. 124)*
*www.mass.gov/doc*

**Deval L. Patrick**
Governor

**Timothy P. Murray**
Lieutenant Governor

**Kevin M. Burke**
Secretary

FILED IN CLERKS OFFICE
2007 NOV 16 P 12: 21
U.S. DISTRICT COURT
DISTRICT OF MASS.

**James R. Bender**
Acting Commissioner

**Timothy Hall**
Acting Deputy Commissioner

**Nancy Ankers White**
General Counsel

November 15, 2007

Docket Clerk for the Honorable Rya Zobel
United States District Court for the District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

    RE:    <u>Schmitt v. Mulvey, et al.</u>, C.A. No. 04-10717-RWZ
            <u>Schmitt v. Smith, et al.</u>, C.A. No. 04-10451-RWZ

Dear Sir/Madam:

    I am writing in response to plaintiff Joseph Schmitt's letter to you (Document No. 107, docketed in 04-10451), in which he is requesting copies of papers, and in which he states: "I am indigent and have no means of paying any fees for the above requested materials." Please be advised that this is an outright lie, as his inmate transaction report indicates that as of today, he has $2,486.46 in his inmate account. A copy of the last page of his inmate transaction report is enclosed.

                                                 Very truly yours,

                                                 C. Raye Poole
                                                 Counsel

cc:    Joseph Schmitt, MTC

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date: 20071115 14:50

| Commit# : | M81137 | | MASS. TREATMENT CENTER | | Page : 34 |
|---|---|---|---|---|---|
| Name : | SCHMITT, JOSEPH. | | Statement From | 20020101 | |
| Inst : | MASS. TREATMENT CENTER | | To | 20071115 | |
| Block : | B2 | | | | |
| Cell/Bed : | 020 /B | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| 20071101 13:49 | TI - Transfer from Institution | 9739882 | | STH | ~Associate Receipt Number is 9739877 | $0.00 | $999.00 | $0.00 | $0.00 |
| 20071101 13:49 | TI - Transfer from Institution | 9739883 | | MTC | ~Associate Receipt Number is 9739877 | $999.00 | $0.00 | $0.00 | $0.00 |
| 20071101 13:49 | ML - Mail | 9739885 | | STH | ~COLLEEN HORNE | $1,000.00 | $0.00 | $0.00 | $0.00 |
| 20071101 13:49 | TI - Transfer from Institution | 9739886 | | STH | ~Associate Receipt Number is 9739885 | $0.00 | $1,000.00 | $0.00 | $0.00 |
| 20071101 13:49 | TI - Transfer from Institution | 9739887 | | MTC | ~Associate Receipt Number is 9739885 | $1,000.00 | $0.00 | $0.00 | $0.00 |
| 20071101 13:50 | ML - Mail | 9739888 | | STH | ~COLLEEN HORNE | $500.00 | $0.00 | $0.00 | $0.00 |
| 20071101 13:50 | TI - Transfer from Institution | 9739889 | | STH | ~Associate Receipt Number is 9739888 | $0.00 | $500.00 | $0.00 | $0.00 |
| 20071101 13:50 | TI - Transfer from Institution | 9739890 | | MTC | ~Associate Receipt Number is 9739888 | $500.00 | $0.00 | $0.00 | $0.00 |
| 20071101 22:30 | CN - Canteen | 9743749 | | MTC | ~Canteen Date : 20071101 | $0.00 | $69.38 | $0.00 | $0.00 |
| 20071106 08:37 | EX - External Disbursement | 9759535 | 122213 | MTC | ~CODE NAST PUBLICATIONS | $0.00 | $21.97 | $0.00 | $0.00 |
| 20071106 16:57 | IS - Interest | 9767620 | | MTC | | $0.95 | $0.00 | $0.00 | $0.00 |
| 20071112 22:30 | CN - Canteen | 9809324 | | MTC | ~Canteen Date : 20071109 | $0.00 | $63.80 | $0.00 | $0.00 |
| 20071114 11:12 | IC - Transfer from Inmate to Club A/c | 9823002 | | MTC | ~S19, 822(5), 823(3)~CANTEEN CORP. WASH ACCOUNT - Z6~CANTEEN CORP. WASH ACCOUNT - Z6 | $0.00 | $37.13 | $0.00 | $0.00 |
| | | | | | | $28,129.54 | $25,643.08 | $1,905.99 | $1,905.99 |

| | Personal | Savings |
|---|---|---|
| Balance as of ending date : | $2,486.46 | $0.00 |

Current Balances :

| Personal | Savings | Freeze | Loan | Restitution | Sentence |
|---|---|---|---|---|---|
| $2,486.46 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |