UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-10451-RWZ

JOSEPH P. SCHMITT, PRO SE
PLAINTIFF

v.

JEFFREY SMITH, ET AL
DEFENDANTS

------------

CIVIL ACTION NO. 04-10717-RWZ

JOSEPH P. SCHMITT, PRO SE
PLAINTIFF

v.

PATRICK MULVEY, ET AL
DEFENDANTS

## NOTICE OF APPEAL

Now comes the pro se plaintiff and gives his notice of appeal regarding the February 13,2008 ORDER of Rya W. Zobel regarding the plaintiff's indigency status. Plaintiff also gives notice of appeal as to District Court Justice Rya W. Zobel refusing to recuse herself and as a result, continuing to make prejudice rulings in the above cases.

Dated: February 22,2008

Submitted By:

Joseph P. Schmitt, Pro se
30 Administration Road
Bridgewater, Massachusetts
02324-3230

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above was served upon opposing counsel on/or about 2/25/08 via inter department mail